UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| Alexander Clark,<br><br>       Plaintiff,<br>vs.<br><br>Jean Hotard, et al.,<br><br>       Defendants. | Civ. A. No.: 3:22-cv-00326<br><br>JUDGE: JOHN W. DEGRAVELLES<br><br>MAGISTRATE JUDGE: RICHARD L. BOURGEOIS, JR. |

## **MOTION TO ENROLL COUNSEL**

NOW INTO COURT, through undersigned counsel, comes Plaintiff, who respectfully moves this Honorable Court to grant permission to enroll Malcolm Lloyd (La. Bar No. 41573) of the ACLU Foundation of Louisiana, 1340 Poydras Street, Suite 2160, New Orleans, Louisiana, 70112, as additional counsel of record on his behalf in this proceeding.

WHEREFORE, Plaintiff, respectfully requests that his Motion to Enroll Additional Counsel be granted and that Malcolm Lloyd be enrolled as additional counsel of record for Plaintiff in the above-captioned action.

Dated: June 10, 2025

*/s/ Malcolm Lloyd*
Malcolm Lloyd, La. Bar No. 41573
mlloyd@laaclu.org
Charles Andrew Perry, La. Bar No. 40906
aperry@laaclu.org
Nora S. Ahmed*
nahmed@laaclu.org
*Admitted pro hac vice
ACLU FOUNDATION OF LOUISIANA
1340 Poydras St., Suite 2160
New Orleans, LA 70112
Telephone: 504-522-0628