**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

| | |
|---|---|
| Alexander Clark, | Civ. A. No.: 3:22-cv-00326 |
| Plaintiff, | JUDGE: JOHN W. DEGRAVELLES |
| vs. | MAGISTRATE JUDGE: RICHARD L. BOURGEOIS, JR. |
| Jean Hotard, et al., | |
| Defendants. | |

### ORDER

Considering the foregoing Motion to Enroll Counsel,

IT IS HEREBY ORDERED that Malcolm Lloyd of the ACLU of Louisiana shall be entered into the record of this Court as counsel for Plaintiff.

_____, Louisiana, this \_\_\_\_\_ day of June 2025

_____

U.S. Magistrate Judge