**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

| | |
|---|---|
| Alexander Clark,<br><br>       Plaintiff,<br>vs.<br><br>Jean Hotard, et al.,<br><br>       Defendants. | Civ. A.  No.: 3:22-cv-00326<br><br>JUDGE: JOHN W. DEGRAVELLES<br><br>MAGISTRATE JUDGE: RICHARD L. BOURGEOIS, JR. |

### MOTION TO SUBSTITUTE COUNSEL

NOW INTO COURT, through undersigned counsel, comes Plaintiff, who respectfully moves this Honorable Court to grant permission to withdraw Charles Andrew Perry (La. Bar No. 40906) and to enroll Malcolm Lloyd (La. Bar No. 41573) as counsel of record in the above-captioned action.

Mr. Lloyd is an attorney with the American Civil Liberties Union of Louisiana. He was recently admitted to this Court and will assume the duties of counsel of record in this case. Plaintiff's other enrolled counsel shall remain the same.

WHEREFORE, Plaintiff respectfully requests that his Motion to Substitute Counsel be granted, that Malcolm Lloyd be enrolled as additional counsel of record for Plaintiff, and that Charles Andrew Perry be permitted to withdraw in the above-captioned action.

Dated: June 17, 2025

       Respectfully Submitted,

*/s/Charles Andrew Perry*
Charles Andrew Perry
La. Bar No. 40906
ACLU FOUNDATION OF LOUISIANA

        1340 Poydras St., Suite 2160
        New Orleans, LA 70112
        Telephone: 504-522-0628
        aperry@laaclu.org

        */s/Malcolm Lloyd*
        Malcolm Lloyd
        La. Bar No. 41573
        ACLU FOUNDATION OF LOUISIANA
        1340 Poydras St., Suite 2160
        New Orleans, LA 70112
        Telephone: (504) 522-0628
        mlloyd@laaclu.org