## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| Alexander Clark,<br><br>    Plaintiff,<br>vs.<br><br>Jean Hotard, et al.,<br><br>    Defendants. | Civ. A. No.: 3:22-cv-00326<br><br>JUDGE: JOHN W. DEGRAVELLES<br><br>MAGISTRATE JUDGE: RICHARD L. BOURGEOIS, JR. |

### **ORDER**

Considering the foregoing Motion to Substitute Counsel,

IT IS HEREBY ORDERED that Malcolm Lloyd of the ACLU of Louisiana shall be entered into the record of this Court as counsel for Plaintiff.

IT IS HEREBY ORDERED that Charles Andrew Perry be removed as counsel of record herein on behalf of Plaintiff.

_____, Louisiana, this \_\_\_\_\_ day of June 2025

_____
U.S. Magistrate Judge