UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| Alexander Clark,<br><br>　　　Plaintiff,<br>vs.<br><br>Jean Hotard, et al.,<br><br>　　　Defendants. | Civ. A. No.: 3:22-cv-00326<br><br>JUDGE JOHN W. DEGRAVELLES<br><br>MAGISTRATE JUDGE RICHARD L. BOURGEOIS, JR. |

## MOTION TO ADMIT JOSHUA Z. BEHRENS *PRO HAC VICE*

　　NOW INTO COURT, comes Malcom Lloyd, counsel for Plaintiff, who, upon the accompanying declaration of Joshua Behrens and certificate of good standing, respectfully moves this Honorable Court pursuant to Local Rule 83(b)(14)(A) for an Order Enrolling Joshua Behrens (*pro hac vice*) as counsel of record in the above-captioned action.

　　I am confident that Mr. Behrens will acquit himself uprightly in proceedings before this Court in the above-captioned matter.

　　A proposed order admitting Mr. Behrens *pro hac vice* is attached hereto. Respectfully submitted this 2nd day of September, 2025.

By: /s/ *Malcom Lloyd*
Malcolm Lloyd (LA Bar No. 41573)
ACLU FOUNDATION OF LOUISIANA
1340 Poydras St., Suite 2160
New Orleans, LA 70112
Telephone: (504) 522-0628
Email: mlloyd@laaclu.org

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 2, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to all CM/ECF participants.

/s/ *Malcolm Lloyd*

MALCOLM LLOYD (LA Bar No. 41573)