UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| Alexander Clark,<br><br>     Plaintiff,<br><br>vs.<br><br>Jean Hotard, et al., | Case No. 22-cv-0326<br><br>Judge John W. Degravelles<br><br>Magistrate Judge Richard L. Bourgeois, Jr. |

**EXHIBIT LIST TO MOTION TO ADMIT JOSHUA Z. BEHRENS *PRO HAC VICE***

1. Exhibit 1 – Declaration
2. Exhibit 2 – Certificate of Good Standing
3. Exhibit 3 – Proposed Order

Dated: September 2, 2025

Respectfully submitted,

*/s/ Malcolm Lloyd*
Malcolm Lloyd (LA Bar No. 41573)
ACLU FOUNDATION OF LOUISIANA
1340 Poydras St., Suite 2160
New Orleans, LA 70112
Telephone: (504) 522-0628
Email: mlloyd@laaclu.org