# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| Alexander Clark, | Case No. 22-cv-00326 |
|     Plaintiff, | |
| vs. | |
| Jean Hotard, et al., | Judge John W. DeGravelles |
|     Defendants. | Magistrate Judge Richard L. Bourgeois, Jr. |

## <u>DECLARATION OF JOSHUA Z. BEHRENS</u>

I, Joshua Z. Behrens, declare as follows:

1.      I am an attorney at the Social Justice Legal Foundation, co-counsel for Plaintiffs in the above-captioned matter. I submit this declaration in support of the motion of Malcolm Lloyd for my *pro hac vice* admission to practice in this court in the above-captioned matter. I am associated in this matter with Mr. Lloyd, who is a member in good standing of this Court.

2.      I have been a member in good standing of the State Bar of California since December 12, 2024. A certificate of Good Standing is attached hereto as Exhibit A.

3.      No criminal or disciplinary proceedings are currently pending against me.

4.      Plaintiff in the above-captioned matter has requested my representation.

5.      I have familiarized myself with the local rules of this court.

6.      I DO SOLEMNLY AFFIRM that I will conduct myself as an attorney and counselor of this court uprightly and according to law, and that I will support the Constitution of the United States.

I declare under penalty of perjury that the forgoing is true and correct.

Executed on this 22nd day of August, 2025, in Los Angeles, CA

_____
Joshua Z. Behrens