- 3 -

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| Alexander Clark,<br><br>    Plaintiff,<br>vs.<br><br>Jean Hotard et al.,<br><br>    Defendants. | Civ. A. No.: 3:22-cv-00326<br><br>JUDGE JOHN W. DEGRAVELLES<br><br>MAGISTRATE JUDGE RICHARD L. BOURGEOIS, JR. |

## **ORDER**

Considering the foregoing Motion to Admit Joshua Z. Behrens *Pro Hac Vice*,

IT IS HEREBY ORDERED that Joshua Z. Behrens of the Social Justice Legal Foundation shall be entered into the record of this Court as counsel for Plaintiff.

Signed in Baton Rouge, Louisiana on _____, 2025.

_____
**Hon. John W. DeGravelles**
**UNITED STATES DISTRICT COURT JUDGE**