UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| ALEXANDER CLARK | CIVIL ACTION NO.: 3:22-CV-00326 |
| VS. | JUDGE JOHN W. deGRAVELLES |
| JEAN HOTARD, ET AL | MAGISTRATE RICHARD L. BOURGEOIS, JR. |

### ORDER

Considering the foregoing Motion to Withdraw Counsel and Enroll Counsel of Record;

**IT IS ORDERED** that Thomas W. Darling is allowed to withdraw as counsel of record for the Denham Defendants;

**IT IS FURTHER ORDERED** that Allison J. Johnson of the law firm of Gaudry, Ranson, Higgins & Gremillion, LLC be allowed to enroll as additional counsel of record for Defendants, City of Denham Springs, J. Shannon Womack, former Chief of Police of the City of Denham Springs, in his official capacity, and Officer Sidney McCullough, in her individual capacity

Baton Rouge, Louisiana, this _____ day of _____, 2025.

_____
HONORABLE JOHN W. DEGRAVELLES
JUDGE, U.S. DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA