UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| ALEXANDER CLARK | CIVIL ACTION NO.: 3:22-CV-00326 |
| VS. | JUDGE JOHN W. deGRAVELLES |
| JEAN HOTARD, ET AL | MAGISTRATE RICHARD L. BOURGEOIS, JR. |

**MOTION TO SUBSTITUTE MOTION TO WITHDRAW
COUNSEL AND ENROLL ADDITIONAL COUNSEL OF RECORD**

NOW COME defendants, City of Denham Springs, J. Shannon Womack, former Chief of Police of the City of Denham Springs, in his official capacity, and Officer Sidney McCullough, in her individual capacity (hereinafter collectively "Denham Defendants"), who move to substitute the pending Motion to Withdraw Counsel of Record and Enroll Counsel of Record [Rec. Doc. 164]. In that motion, the Denham Defendants moved to enroll Allison J. Johnson (La. Bar #36207) of the law firm of Gaudry, Ranson, Higgins & Gremillion, LLC as additional counsel of record for the Denham Defendants, but inadvertently did not include Allison J. Johnson's Louisiana Bar #36207, and Allison J. Johnson's electronic signature in the signature block. For these reasons, the Denham Defendants move to substitute the Motion attached hereto as Exhibit "A" in place of Rec. Doc. 164.

WHEREFORE, the Denham Defendants pray that the proposed pleading attached hereto as Exhibit "A" be substituted in place of Rec. Doc. 164.

| | |
|---|---|
| /s/ Thomas W. Darling | /s/ Wade A. Langlois, III |
| THOMAS W. DARLING (#23020)<br>2223 Quail Run Drive, Suite C-2<br>Baton Rouge, Louisiana 70808<br>Telephone: 225-663-6101<br>Fax: 225-663-6102<br>Email: tdarling@grhg.net | WADE A. LANGLOIS, III (#17681)<br><br>/s/ John J. Danna, Jr.<br><br>JOHN J. DANNA, JR. (#28894)<br><br>/s/ Allison J. Johnson<br><br>ALLISON J. JOHNSON. (#36207)<br><br>**GAUDRY, RANSON,**<br>**HIGGINS & GREMILLION, L.L.C.**<br>401 Whitney Avenue, Suite 500<br>Gretna, LA 70056<br>Telephone: (504) 362-2466<br>Fax:    (504) 362-5938<br>Email:  wlanglois@grhg.net<br>           jdanna@grhg.net<br>           ajohnson@grhg.net<br><br>*Counsel for City of Denham Springs, J. Shannon Womack, former Chief of Police of the City of Denham Springs, in his official capacity, and Officer Sidney McCullough, in her individual capacity* |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the above and foregoing was filed electronically with the Clerk of Court using the CM/ECF system on this 5th day of September, 2025. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system.

/s/ John J. Danna, Jr.

JOHN J. DANNA, JR.