UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| ALEXANDER CLARK | CIVIL ACTION NO.: 3:22-CV-00326 |
| VS. | JUDGE JOHN W. deGRAVELLES |
| JEAN HOTARD, ET AL | MAGISTRATE RICHARD L. BOURGEOIS, JR. |

**ORDER ON MOTION TO SUBSTITUTE MOTION TO
<u>WITH DRAW COUNSEL AND ENROLL COUNSEL OF RECORD</u>**

Considering the foregoing Motion to Substitute Motion to Withdraw Counsel and Enroll Counsel of Record [Rec. Doc. 164];

**IT IS HEREBY ORDERED** that the Motion to Substitute is granted, and the revised Motion to Withdraw Counsel and Enroll Counsel of Record is to be substituted for the Motion to Withdraw Counsel and Enroll Counsel of Record [Rec. Doc. 164].

Baton Rouge, Louisiana, this _____ day of _____, 2025.

_____
HONORABLE JOHN W. DEGRAVELLES
JUDGE, U.S. DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA