UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| ALEXANDER CLARK | CIVIL ACTION NO.: 3:22-CV-00326 |
| VS. | JUDGE JOHN W. deGRAVELLES |
| JEAN HOTARD, ET AL | MAGISTRATE RICHARD L. BOURGEOIS, JR. |

**MOTION TO WITHDRAW COUNSEL AND**
**ENROLL ADDITIONAL COUNSEL OF RECORD**

NOW INTO COURT, through undersigned counsel, come defendants, City of Denham Springs, J. Shannon Womack, former Chief of Police of the City of Denham Springs, in his official capacity, and Officer Sidney McCullough, in her individual capacity (hereinafter collectively "Denham Defendants"), who respectfully pray for an order from this Court allowing Thomas W. Darling to withdraw as counsel of record for Denham Defendants and allowing Allison J. Johnson (La. Bar #36207) to enroll as additional counsel of record for Denham Defendants, for the reasons set forth below:

1.

Thomas W. Darling is no longer with the firm of Gaudry, Ranson, Higgins & Gremillion, LLC and therefore, the Denham Defendants request that he be withdrawn as counsel of record.

2.

The Denham Defendants desire to enroll Allison J. Johnson (La. Bar #36207) of the law firm of Gaudry, Ranson, Higgins & Gremillion, LLC as additional counsel of record.

3.

Wade A. Langlois, III and John J. Danna, Jr. will continue to represent the Denham Defendants in this matter.

WHEREFORE, the Denham Defendants pray for an Order from this Court allowing Thomas W. Darling to withdraw as counsel of record for the Denham Defendants, and to enroll Allison J. Johnson (La. Bar #36207) as additional counsel of record for the Denham Defendants.

| | |
|---|---|
| /s/ Thomas W. Darling | /s/ Wade A. Langlois, III |
| THOMAS W. DARLING (#23020)<br>2223 Quail Run Drive, Suite C-2<br>Baton Rouge, Louisiana 70808<br>Telephone: 225-663-6101<br>Fax: 225-663-6102<br>Email: tdarling@grhg.net | WADE A. LANGLOIS, III (#17681)<br><br>/s/ John J. Danna, Jr.<br><br>JOHN J. DANNA, JR. (#28894)<br><br>/s/ Allison J. Johnson<br><br>ALLISON J. JOHNSON. (#36207)<br><br>**GAUDRY, RANSON,<br>HIGGINS & GREMILLION, L.L.C.**<br>401 Whitney Avenue, Suite 500<br>Gretna, LA 70056<br>Telephone: (504) 362-2466<br>Fax:    (504) 362-5938<br>Email:  wlanglois@grhg.net<br>           jdanna@grhg.net<br>           ajohnson@grhg.net<br>*Counsel for City of Denham Springs, J. Shannon Womack, former Chief of Police of the City of Denham Springs, in his official capacity, and Officer Sidney McCullough, in her individual capacity* |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the above and foregoing was filed electronically with the Clerk of Court using the CM/ECF system on this 5th day of September, 2025. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system.

/s/ John J. Danna, Jr.

JOHN J. DANNA, JR.