**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

| | |
|---|---|
| Alexander Clark,<br><br>Plaintiff,<br>vs.<br><br>Jean Hotard, et al.,<br><br>Defendants. | Case No. 3:22-CV-00326-JWD-RLB<br><br>JUDGE JOHN W. DEGRAVELLES |

**MOTION TO EXCLUDE CERTAIN EXPERT TESTIMONY OF C. SCOTT COURREGE**

NOW INTO COURT, through undersigned counsel, comes Plaintiff who respectfully petitions this Court to exclude certain testimony of Defendants' expert C. Scott Courrege. Plaintiff makes this motion under Federal Rules of Evidence 702, 704 and 403. Among other reasons set forth in the Memorandum attached to this Motion, Mr. Courrege opines on subject matter outside of his expertise, fails to ground his opinions in sufficient factual foundation, improperly reaches ultimate conclusions of law, and asserts impermissible credibility determinations.

WHEREFORE, Mr. Clark prays the Court grants this Motion and issues an order limiting Mr. Courrege's testimony in the manner addressed in this Motion.

**SIGNATURE BLOCK AND CERTIFICATE ON FOLLOWING PAGES**

Dated: September 29, 2025

Respectfully submitted,

*/s/ Joshua Z. Behrens*
Joshua Z. Behrens (*pro hac vice*)
Marjorie H. Menza (*pro hac vice*)
Sara Haji (*pro hac vice*)
SOCIAL JUSTICE LEGAL FOUNDATION
523 West 6th St., Suite 450
Los Angeles, CA 90014
T: 213-677-0883
F: 213-677-0883
jbehrens@socialjusticelaw.org
mmenza@socialjusticelaw.org
shaji@socialjusticelaw.org

/s/ *Emma Douglas*
Emma Douglas (La. Bar No. 39076)
**Southern Poverty Law Center**
201 Saint Charles Avenue, Suite 2000
New Orleans, Louisiana 70170
Telephone: (225) 316-6709
emma.douglas@splcenter.org

/s/ *Andrea Alajbegovic*
Andrea Alajbegovic (*pro hac vice*)
**Southern Poverty Law Center**
111 East Capitol Street, Suite 280
Jackson, Mississippi 39201
Telephone: (601) 265-8309
andrea.alajbegovic@splcenter.org

/s/ *Nora Ahmed*
Nora Ahmed (*pro hac vice*)
Malcolm Clark Lloyd (La. Bar No. 41573)
ACLU FOUNDATION OF LOUISIANA
1340 Poydras Street, Suite 2160
New Orleans, Louisiana 70112
Telephone: (504) 522-0628
nahmed@laaclu.org
mlloyd@laaclu.org
justicelab@laaclu.org

Attorneys for Plaintiff, Alexander Clark

**CERTIFICATE OF SERVICE**

I hereby certify that that on this 29th day of September, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notice to counsel of record.

.

*/s/ Joshua Z. Behrens*

Joshua Z. Behrens (*pro hac vice*)
Cal. Bar 359126
SOCIAL JUSTICE LEGAL FOUNDATION
523 W. 6th Street, Suite 450
Los Angeles, CA 90014
Telephone: (213) 259-2508
Facsimile: (323) 784-2008
jbehrens@socialjusticelaw.org