**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **ALEXANDER CLARK** | * | **CIVIL ACTION NO: 3:22-cv-326-JWD-RLB** |
| | * | |
| **VERSUS** | * | **JUDGE: JOHN W. deGRAVELLES** |
| | * | |
| **JEAN HOTARD, ET AL** | * | **MAGISTRATE JUDGE: RICHARD L.** |
| | * | **BOURGEOIS** |

# MEMORANDUM IN OPPOSITION TO PLAINTIFF'S MOTION IN LIMINE TO EXCLUDE CERTAIN TESTIMONY OF DEFENDANTS' EXPERT C. SCOTT COURREGE

MAY IT PLEASE THE COURT:

Defendants, Jason Ard, Sheriff of Livingston Parish, State of Louisiana, Deputy Calvin Taylor Bowden, and Deputy Jean Hotard (collectively, the "LPSO Defendants"), respectfully submit this Memorandum in Opposition to plaintiff's Motion in Limine to Exclude Certain Testimony of Defendants' Expert Scott C. Courrge (R. Doc. 173). In opposition to plaintiff's Motion, the LPSO Defendants respectfully adopt the arguments set forth in the Opposition Memorandum filed by co-defendants, the City of Denham Springs, Sydney McCullough, and J. Shannon Womack (R. Doc. 179).

WHEREFORE, for the reasons set forth in the opposition memorandum filed by the City of Denham Springs, Sydney McCullough, and J. Shannon Womack (R. Doc. 179), defendants, Jason Ard, Sheriff of Livingston Parish, State of Louisiana, Deputy Jean Hotard, and Deputy Calvin Taylor Bowden, respectfully request that plaintiff's Motion in Limine (R. Doc. 173) be denied.

RESPECTFULLY SUBMITTED:

**LIVINGSTON PARISH SHERIFF'S OFFICE**
20300 Government Blvd.
Livingston, LA 70754
P: 225-686-2241
E: dgremillion@lpso.org

*/s/ Druit G. Gremillion, Jr.*
**Druit G. Gremillion, Jr. (La. Bar Roll No. 33867)**

***Counsel for Defendants, Jason Ard, Jean Hotard, and Calvin Taylor Bowden***