# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| Alexander Clark,<br><br>    Plaintiff,<br>vs.<br><br>Livingston Parish Sheriff's Office;<br>Deputy Jean Hotard;<br>Deputy Calvin Taylor Bowden;<br>Sheriff Jason Ard;<br>Denham Springs Police<br>Officer Sydney McCullough;<br>Chief J. Shannon Womack; and City of<br>Denham Springs,<br><br>    Defendants. | CASE NO. 22-326-JWD-RLB<br><br>JUDGE JOHN W. DEGRAVELLES<br><br>MAGISTRATE JUDGE RICHARD L. BOURGEOIS, JR. |

## **PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE EXCESS PAGES**

Plaintiff Nia Mills, through undersigned counsel, respectfully moves this Court for leave to file Plaintiff's Opposition to Motion for Summary Judgment by Defendants Livingston Parish Sheriff's Office, Deputy Jean Hotard, Deputy Calvin Taylor Bowden, and Sheriff Jason Ard (collectively the "LPSO Defendants") which exceeds the twenty-five page limit set forth in Local Rule 7(g). Despite counsel's diligence, this motion is necessary so that Plaintiff may fully respond to Defendants' factual claims and legal arguments. As discussed with Defendant, given the number of claims at issue, Plaintiff requires additional pages for briefing. Plaintiff contacted counsel for Defendant, and Defendant does not oppose this Motion. Plaintiff therefore respectfully requests leave to exceed the twenty-five page limit by two pages.

Attached to the instant motion are Plaintiff's proposed: (1) Opposition to Motion for Summary Judgment by Defendant's Livingston Parish Sheriff's Office, Deputy Jean Hotard,

Deputy Calvin Taylor Bowden, and Sheriff Jason Ard (ECF No. 171); (2) Plaintiff's Opposing Statement of Material Facts; and (3) Exhibits 1-24. Plaintiff respectfully requests this Court issue an Order to the Clerk of Court directing that Plaintiff's Opposition to the LPSO Defendants Motion for Summary Judgment, including all accompanying documents, be filed onto the record of this matter.

**WHEREFORE**, Plaintiff respectfully requests that the instant Unopposed Motion for Leave to File Excess Pages should be granted, and that this Court issue an Order to the Clerk of Court directing that Plaintiff's Opposition to the LPSO Defendants Motion for Summary Judgment, including all accompanying documents, be filed onto the record of this matter.

Dated:  October 20, 2025          Respectfully submitted,

/s/ *Emma Douglas*
Emma Douglas  (La. Bar No. 39076)
**Southern Poverty Law Center**
201 Saint Charles Avenue, Suite 2000
New Orleans, Louisiana 70170
Telephone: (225) 316-6709
emma.douglas@splcenter.org

/s/ *Andrea Alajbegovic*
Andrea Alajbegovic (*pro hac vice*)
**Southern Poverty Law Center**
111 East Capitol Street, Suite 280
Jackson, Mississippi 39201
Telephone: (601) 265-8309
andrea.alajbegovic@splcenter.org

/s/ *Marjorie H. Menza*
Marjorie H. Menza (*pro hac vice*)
Joshua Z. Behrens (*pro hac vice*)
Sara Haji (*pro hac vice*)
**Social Justice Legal Foundation**
523 West 6th St., Suite 450
Los Angeles, CA 90014
T: 213-677-0883
F: 213-677-0883


jbehrens@socialjusticelaw.org
mmenza@socialjusticelaw.org
shaji@socialjusticelaw.org

<u>/s/ *Nora Ahmed*</u>
Nora Ahmed (*pro hac vice*)
Malcolm C. Lloyd (La. Bar No. 41573)
**ACLU Foundation of Louisiana**
1340 Poydras Street, Suite 2160
New Orleans, Louisiana 70112
Telephone: (504) 522-0628
nahmed@laaclu.org
mlloyd@laaclu.org
justicelab@laaclu.org

**Attorneys for Plaintiff, Alexander Clark**

Case 3:22-cv-00326-JWD-RLB    Document 184    10/20/25    Page 4 of 4