## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| Alexander Clark,<br><br>　　　Plaintiff,<br>vs.<br><br>Livingston Parish Sheriff's Office;<br>Deputy Jean Hotard;<br>Deputy Calvin Taylor Bowden;<br>Sheriff Jason Ard;<br>Denham Springs Police<br>Officer Sydney McCullough;<br>Chief J. Shannon Womack; and City of<br>Denham Springs,<br><br>　　　Defendants. | CASE NO. 22-326-JWD-RLB<br><br>JUDGE JOHN W. DEGRAVELLES<br><br>MAGISTRATE JUDGE RICHARD L. BOURGEOIS, JR. |

## [PROPOSED] ORDER ON PLAINTIFF'S MOTION FOR LEAVE TO FILE EXCESS PAGES

**UPON CONSIDERATION** of Plaintiff's Motion for Leave to File Excess Pages, and finding the same to be good and sufficient;

**IT IS ORDERED** that the Motion is **GRANTED**.

Done in Baton Rouge, Louisiana this _____ day of _____, 2025.

_____

**THE HONORABLE JOHN W. DEGRAVELLES**
**UNITED STATES DISTRICT JUDGE**