UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| Alexander Clark,<br><br>    Plaintiff,<br>vs.<br><br>Livingston Parish Sheriff's Office;<br>Deputy Jean Hotard;<br>Deputy Calvin Taylor Bowden;<br>Sheriff Jason Ard;<br>Denham Springs Police<br>Officer Sydney McCullough;<br>Chief J. Shannon Womack; and City of<br>Denham Springs,<br><br>    Defendants. | CASE NO. 22-326-JWD-RLB<br><br>JUDGE JOHN W. DEGRAVELLES<br><br>MAGISTRATE JUDGE RICHARD L.<br>BOURGEOIS, JR. |

**EXHIBIT LIST TO PLAINTIFF'S OPPOSITION TO DEFENDANTS LIVINGSTON PARISH SHERIFF'S OFFICE, DEPUTY JEAN HOTARD, DEPUTY CALVIN TAYLOR BOWDEN, AND SHERIFF JASON ARD'S MOTION FOR SUMMARY JUDGMENT**

1. Exhibit 1 - Excerpts from Deposition Transcript of Jean Hotard
2. Exhibit 2 - Excerpts from Deposition Transcript of Alexander Clark
3. Exhibit 3 - 1_2021-05-24_23-28-36_LELLIS.avi
4. Exhibit 4 - 1_2021-05-24_23-38-00_LELLIS.avi
5. Exhibit 5 - 1_2021-05-24_23-43-00_LELLIS.avi
6. Exhibit 6 - 1_2021-05-24_23-48-00_LELLIS.avi
7. Exhibit 7 - 1_2021-05-25_00-14-00_CBOWDEN.avi
8. Exhibit 8 - 1_2021-05-25_00-09-48_CBOWDEN.avi
9. Exhibit 9 - Excerpts from Deposition Transcript of Calvin Taylor Bowden

1

10. Exhibit 10 - Calvin Taylor Bowden's Interrogatory Responses, Set Two (February 7, 2025)

11. Exhibit 11 - LPSO0000050-LPSO0000058 - Summons and Incident Report

12. Exhibit 12 – Declaration and Expert Report of Dr. Sarah Abraham

13. Exhibit 13 - Declaration of Marjorie Menza

14. Exhibit 13-1 - December 23, 2024 Requests for Production 22, 23 and 24 (Set Two) to Sheriff Ard

15. Exhibit 13-2 - December 23, 2024 Public Records Request to LPSO

16. Exhibit 13-3 - January 13, 2025 Email Correspondence with Druit Gremillion

17. Exhibit 13-4 - January 30, 2025 Email Correspondence with Druit Gremillion

18. Exhibit 13-5 - February 7, 2025 Defendant Livingston Parish Sheriff's Office Responses and Objections to Plaintiff's Second Set of Requests for Production

19. Exhibit 13-6 - Correspondence with LPSO Counsel and Chief Legal Officer regarding RFP's 23 and 24

20. Exhibit 13-7 - April Public Records Requests to Livingston Parish Courthouse

21. Exhibit 13-8 - June 20, 2025 Plaintiff's Production to Defendant LPSO (bates-stamped copies of tickets retrieved from Livingston Parish Courthouse)

22. Exhibit 14 - Excerpts from Deposition Transcript of Dr. Mark Garon

23. Exhibit 15 – Declaration and Expert Report of Dr. Sierra Carter

24. Exhibit 16 - 1_2021-05-24_23-33-00_LELLIS.avi

25. Exhibit 17 - LPSO000228-LPSO000271 - Transcript of Mr. Alexander Clark's Criminal Trial

26. Exhibit 18 – Excerpts from Deposition Transcript of Daniel Busken

27. Exhibit 19 - CLARK_000537-8 – Occupational Therapy Discharge Summary, March 2, 2022

28. Exhibit 20 - CLARK_001168, CLARK_001175, CLARK_001149, CLARK_000444 - Medical Records of Mr. Alexander Clark

29. Exhibit 21 - LPSO0000058 – Mr. Alexander Clark's Original Traffic Citation

30. Exhibit 22 - Declaration, Expert Report, and Expert Rebuttal Report of Daniel Busken

31. Exhibit 23 - Excerpts from Deposition Transcript of Charles Scott Courrege

32. Exhibit 24 - 2021-05-25_00-19-00_CBOWDEN

Dated:  October 20, 2025                    Respectfully submitted,

/s/ *Emma Douglas*
Emma Douglas (La. Bar No. 39076)
**Southern Poverty Law Center**
201 Saint Charles Avenue, Suite 2000
New Orleans, Louisiana 70170
Telephone: (225) 316-6709
emma.douglas@splcenter.org