# EXHIBIT 10

## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| Alexander Clark,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>Jean Hotard, et al.,<br><br>　　　　　Defendants. | **CIVIL ACTION NO. 22-326-JWD-RLB**<br><br>**JUDGE JOHN W. DEGRAVELLES**<br><br>**MAGISTRATE JUDGE RICHARD L. BOURGEOIS, JR.** |

### ANSWER TO PLAINTIFF'S SECOND SET OF INTERROGATORIES TO DEFENDANT CALVIN TAYLOR BOWDEN

**NOW COME** Defendant, through undersigned counsel, Calvin Taylor Bowden, who responds to Plaintiff's Second Set of Interrogatories as follows:

### ANSWER TO INTERROGATORY

1. Identify any and all songs or rap songs that you sang aloud, including portions thereof, during the traffic stop and arrest of Plaintiff Alexander Clark on May 24, 2021.

**ANSWER TO INTERROGATORY NO. 1:**

Defendant objects to Interrogatory No. 1 as seeking information that is not relevant in proportion to the needs of this case. Subject to said objection, defendant states that he believes that he was singing a portion of the song "Crack" by 2 Chainz during a portion of the traffic stop made subject of this litigation.

Dated: February 7, 2025                Respectfully submitted,

**LIVINGSTON PARISH SHERIFF'S OFFICE**
20300 Government Blvd.
Livingston, LA 70754
P: 225-686-2241
E: dgremillion@lpso.org

*/s/Druit G. Gremillion, Jr.*
**Druit G. Gremillion, Jr. (La. Bar Roll No. 33867)**

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on February 7, 2025, a copy of the foregoing *ANSWERS TO PLAINTIFF'S SECOND SET OF INTERROGATORIES TO DEFENDANT CALVIN TAYLOR BOWDEN* were served on Counsel via email to:

| | |
|---|---|
| Emma L. Douglas, (La. Bar No. 39076)<br>Andrea Alajbegovic, *pro hac vice*<br>SOUTHERN POVERTY LAW CENTER<br>201 St. Charles Ave<br>New Orleans, LA 70170<br>T: 504-377-6086<br>Email: Emma.douglas@splcenter.org<br>         andrea.alajbegovic@splcenter.org | John Joseph Danna, Jr.<br>Gaudry, Ranson, Higgins & Gremillion<br>2223 Quail Run<br>Suite C-2<br>Baton Rouge, LA 70808<br>225-663-6101<br>Fax: 225-663-6102<br>jdanna@grhg.net<br>*Counsel for J. Shannon Womack, Syndney McCullough, and City of Denham Springs* |
| Lars Robert Dybdahl Odland<br>Marjorie J. Menza<br>Sara Haji<br>The Social Justice Legal Foundation<br>523 West 6th Street, Suite 450<br>Los Angeles, CA  90014<br>213-542-5241<br>Email: lodland@socialjusticelaw.org<br>         mmenza@socialjusticelaw.org<br>         shaji@socialjusticelaw.org | |

2

Charles Andrew Perry
Nora Ahmed
American Civil Liberties Union Foundation
  of Louisiana
1340 Poydras St
Suite 2160
New Orleans, LA 70112
917-842-3902
Email: nahmed@laaclu.org
       aperry@laaclu.org
*Counsel for Plaintiff*

Livingston, Louisiana, this 7th day of February, 2025.

*/s/ Druit G. Gremillion, Jr.*
**Druit G. Gremillion, Jr. (#33867)**

3