# EXHIBIT 11

# Livingston Parish Sheriff's Office

## MISDEMEANOR SUMMONS

RECEIVED
MAY 27 2021
SHERIFF OFFICE
JASON ARD

File No. 21-7849

**SUMMONS**

№ 78228

STATE OF LOUISIANA
PARISH OF LIVINGSTON
in the 21st JUDICIAL DISTRICT COURT

The undersigned being duly sworn upon his/her oath deposes and says that:

on the 24th day of May, 20 21, at 2350 AM/PM

NAME Clark (Last) Alexander (First) (Middle)

ALIAS A C

ADDRESS 4506 Fourchon Dr (Street) Baker (City) LA (State)

EMPLOYMENT Painter

TELEPHONE 225 993 0953 (Home) (Work)

DOB 9-24-54 AGE 66 RACE/SEX B/M HT. 5'11 WT. 200

D/L NO. 00288400E STATE LA SOC/SEC. NO. 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

The above named did willfully and intentionally violate:

LA R.S. 32:104, 14:108 to-wit: Failure to Signal
Resisting an officer

The undersigned further states that he/she has just and reasonable grounds to believe and does state that the person named above committed the offense herein set forth, contrary to the law in such case made and provided, and against the peace and dignity of the same.

Sworn to and subscribed before me on this 25 day of May 20 21

Deputy Sean Hotard LP 332 (Name & Title) [signature] (Signature of Affiant)

Court Appearance 26 day of July; 20 21 at 0830 AM

I hereby promise to appear at the time and place specified above:

Defendant's Signature: [signature]

**Livingston Sheriff's Office** — Printed by: CR4982 - ROBERTS,CHARLIE

# Incident Report

## Administration Information

Report Number: 21 0000784 9 000 — Report Type: OFFENSE

Report Date: 05 / 24 / 2021 — Time: 23 28 — District/Zone: Z3

Address: 00222 SE FLORIDA 01 — Apt:

Report Officer 1 - JH6043 HOTARD, JEAN — Assign Date: 05 / 24 / 2021

Report Officer 2- — Assign Date: / /

Investigator 1 - — Assign Date: / / — Review Date: / /

Investigator 2- — Assign Date: / / — Review Date: / /

Assigned By: — Review Date: / /

UCR Status: C CLEARED BY ARREST — Status Date: 05 / 24 / 2021

CaseStatus: C CLEARED BY ARREST — Status Date: 05 / 24 / 2021

## Primary Offense

Offense Type: 32:104 FAIL TO SIGNAL, IMPROPER TURN — ☐ Attempted ☒ Completed

Address: 00222 SE FLORIDA 01

City: DENHAM SPRINGS — State: LA — Zip: 70726 -

District/Zone: Z3 — Location Type: 13 HIGHWAY/ROAD/ALLEY

Begin Date: 05 / 24 / 2021 — Time: 23 28

End Date: 05 / 25 / 2021 — Time: 00 02

Lighting: — Weather: — Gang Activity: N

Bias Motive: 88 NONE(NO BIAS) — Premises Enter: — ☐ Force Used ☐ Home Inv

Point Entry: — Point Exit: — Means Entry:

Tools Used: — Entry Dir: — Exit Dir:

- ☐ B-Buying Receiving
- ☐ C-Cultivation/Manufacturing/Publishing
- ☐ D-Distributing/Selling
- ☐ E-Exploiting Children
- ☐ O-Operating/Promoting/Assisting
- ☐ P-Possessing/Concealing
- ☐ T-Transporting/Transmitting/Importing
- ☐ U-Using/Consuming
- ☐ I-Pos With Intent To Sell
- ☐ X-Other

☐ Consumed Alcohol ☐ Photo/Video ☐ Used Computer Equipment ☐ Used Drugs ☐ Prints Lifted

Weapons:

Comments:

LPSO000051

*Report approved by Ronald Trey Roberts on 05/31/2021*

Livingston Sheriff's Office

Printed by: CR4982 - ROBERTS,CHARLIE

21 - 00007849

## Offense

Offense Type: 14:108 RESISTING AN OFFICER ☐ Attempted ☒ Completed

Address: 00222 SE FLORIDA 01

City: DENHAM SPRINGS State: LA Zip: 70726 -

District/Zone: Z3 Location Type: 07 CONVENIENCE STORE

Begin Date: 05/24/2021 Time: 23 28

End Date: 05/25/2021 Time: 00 02

Lighting: Weather: Gang Activity: N

Bias Motive: 88 NONE(NO BIAS) Premises Enter: ☐ Force Used ☐ Home Inv

Point Entry: Point Exit: Means Entry:

Tools Used: Entry Dir: Exit Dir:

- ☐ B-Buying Receiving
- ☐ C-Cultivation/Manufacturing/Publishing
- ☐ D-Distributing/Selling
- ☐ E-Exploiting Children
- ☐ O-Operating/Promoting/Assisting
- ☐ P-Possessing/Concealing
- ☐ T-Transporting/Transmitting/Importing
- ☐ U-Using/Consuming
- ☐ I-Pos With Intent To Sell
- ☐ X-Other

☐ Consumed Alcohol ☐ Photo/Video ☐ Used Computer Equipment ☐ Used Drugs ☐ Prints Lifted

Weapons:

Comments:

## Offense

Offense Type: ☐ Attempted ☐ Completed

Address:

City: State: Zip: -

District/Zone: Location Type:

Begin Date: / / Time:

End Date: / / Time:

Lighting: Weather: Gang Activity:

Bias Motive: Premises Enter: ☐ Force Used ☐ Home Inv

Point Entry: Point Exit: Means Entry:

Tools Used: Entry Dir: Exit Dir:

- ☐ B-Buying Receiving
- ☐ C-Cultivation/Manufacturing/Publishing
- ☐ D-Distributing/Selling
- ☐ E-Exploiting Children
- ☐ O-Operating/Promoting/Assisting
- ☐ P-Possessing/Concealing
- ☐ T-Transporting/Transmitting/Importing
- ☐ U-Using/Consuming
- ☐ I-Pos With Intent To Sell
- ☐ X-Other

☐ Consumed Alcohol ☐ Photo/Video ☐ Used Computer Equipment ☐ Used Drugs ☐ Prints Lifted

Weapons:

Comments:

**Livingston Sheriff's Office** Printed by: CR4982 - ROBERTS,CHARLIE | 21 - 00007849

## Person Information

☐ Victim ☐ Complainant ☒ Suspect ☒ Arrestee ☐ Witness ☐ Prop/Veh Owner ☐ Business
☐ Financial ☐ Government ☐ Religious ☐ Society ☐ Other/Unknown ☐ Custodian –

Name, Last: CLARK Name, First: ALEXANDER MNI #- 17 00000624

Middle Name: Suffix:

Social Security: 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

Date of Birth: 09 / 24 / 1954 Report Age: 066

Age From: 066 to: 066 Sex: M Race: B Ethnicity: N

Height/From: 5 11 to: 5 11 Weight/From: 200 to: 200 Resident Status: Non-Resident

Eye Color: BRO Hair Color: BLK Birth Place (City): State:

Address: 04506 FOURCHON DR 15 Apt:

Phone: (225) 993 - 0953 Hours There/From: to:

City: BAKER State: LA Zip Code: 70714 -

Driver License: 002884008 State: LA Exp Year: ☐ Juvenile

Comments:

## Employer Information

Employer's Name:

Address: Apt:

City: State: Zip Code: -

Phone: ( ) - Hours From: Hours To:

Start Date: / /

## Alias Information

Name: Date of Birth: / /

Social Security: - -

Name: Date of Birth: / /

Social Security: - -

Name: Date of Birth: / /

Social Security: - -

Livingston Sheriff's Office — Printed by: CR4982 - ROBERTS,CHARLIE — 21 - 00007849

## Suspect

Disposition: [ ] [ ] [X] Suspect is Named [ ] Count Arrestee [ ] Multiple [X] N/A

[X] None [ ] Unconscious [ ] Broken Bones
[ ] Internal Injuries [ ] Minor Injury [ ] Lacerations
[ ] Major Injuries [ ] Loss of Teeth [ ] Killed

Date: 05 / 24 / 2021
Time: 23 50

[ ] Taken Into Custody [ ] On View Arrest [X] Summons

Arrest Location: 00222 SE FLORIDA 01 Apt:

Location Remarks:

[X] Orally
[ ] Waiver #

01 UNARMED [ ] Auto
[ ] Auto

## Physical Description

Hair Style: Hair Color #1:
Type Build: Hair Color #2:
Facial Hair: Facial Color:
Glasses Type: Glasses Color:
Coat Type: Coat Color:
Shirt Type: Shirt Color:
Pants Type: Pants Color:
Shoe Type: Shoe Color:
Voice Type: Hat/Cap Type:
Demeanor:
Accent Type:
Complexion:
Other Clothing:
Spoken Words:

Livingston Sheriff's Office — Printed by: CR4982 - ROBERTS,CHARLIE — 21 - 00007849

## Person Information

[X] Victim [ ] Complainant [ ] Suspect [ ] Arrestee [ ] Witness [ ] Prop/Veh Owner [ ] Business
[ ] Financial [ ] Government [ ] Religious [X] Society [ ] Other/Unknown [ ] Custodian –

Name, Last: STATE OF LOUISIANA Name, First: MNI #- 2 1 8 9 8 9 8 9 8 9

Middle Name: Suffix:

Social Security: – –

Date of Birth: / / Report Age:

Age From: 000 to: 000 Sex: Race: Ethnicity:

Height/From: to: Weight/From: to: Resident Status:

Eye Color: Hair Color: Birth Place (City): State:

Address: Apt:

Phone: ( ) . Hours There/From: to:

City: State: Zip Code: -

Driver License: State: Exp Year: [ ] Juvenile

Comments:

## Employer Information

Employer's Name:

Address: Apt:

City: State: Zip Code: -

Phone: ( ) . Hours From: Hours To:

Start Date: / /

## Alias Information

Name: Date of Birth: / /

Social Security: – –

Name: Date of Birth: / /

Social Security: – –

Name: Date of Birth: / /

Social Security: – –

**Livingston Sheriff's Office**

Printed by: CR4982 - ROBERTS,CHARLIE

21 - 00007849

# Vehicle(s) Information

VEH #: 21 | 0 0 0 0 6 4 8 0

☐ Stolen ☐ Recovered ☐ Victimized ☐ Suspect ☐ Towed ☒ Other

| | | | | | |
|---|---|---|---|---|---|
| Vehicle Make: | CHEV | Style: | | | |
| Vehicle Model: | SILVERADO 1500 | Engine Type: | | Year: | 2002 |
| Color 1 : | WHI | Color 2: | | Value: | $1,000.00 |
| License Number: | Z103268 | State: | L A | Year: | 2024 |
| VIN Number: | 2GCEC19T421209801 | Sticker#: | | | |

Characteristics:

Release Info:

☐ Keys in car ☐ Doors locked ☐ Property in car Value___

## Recovery Information

Address: Apt:

City: State: Zip Code: -

Recovered By:

Date: / / Time:

Condition: Recovery Value:

## Tow Company Information

Name:

Address: Apt:

City: State: Zip Code: -

Phone Number: ( ) -

## Insurance Information

Insurance Co. Name: SF

Policy Number: 1843675280001 Expiration Date: / /

Agent's Name: Phone Number: ( ) -

Address: Apt:

City: State: Zip Code: -

## Narrative

*On May 24th, 2021 at approximately 2328 hours I, Deputy Jean Hotard, conducted a traffic stop at 222 South East Florida, in the city limits of Denham Springs.*

*I observed a white Chevrolet pickup truck turning eastbound on Florida Avenue in Denham Springs from Eugene Street. The vehicle failed to use a blinker while making the turn. I initiated a traffic stop using my emergency lights on my fully-marked patrol vehicle.*

*The vehicle came to a stop at the aforementioned address. I then made contact with the driver of the vehicle, identified as Alexander Clark. I identified myself to Alexander and informed him of the reason for the stop.*

*I then requested Alexander to provided me with his driver's license, registration, and proof of insurance for the vehicle. While I stood near the driver's door of the vehicle I detected the obvious odor of marijuana emitting from the vehicle and an unlabeled bottle of pills sitting in the cupholder. I advised Alexander to step to the rear of his vehicle and sit on the tailgate. I went back to my patrol vehicle to check the status of Alexander's driver's license and vehicle.*

*I then returned to Alexander and advised him of his rights per Miranda, which he understood. Alexander was asked if there were any illegal substances in the vehicle, to which he stated, no. I then questioned Alexander on the unlabeled bottle of pill found. Alexander informed me that the pills were his prescription for a condition that he has.*

*It was found that the pills located were indeed non-narcotics.*

*I then conducted a systematic search of the vehicle with the assistance of Deputy T. Bowden.*

*The search did not yield any results besides a small piece of a copper scrubbing pad, which is commonly used as a filter when ingesting crack cocaine.*

*I then asked Alexander if he was concealing anything on his person. Alexander was asked if he would empty his pockets and be checked for any illegal substances. Alexander emptied everything out of his pockets except one small coin pocket on his cargo shorts. It was found to be a balled-up $20.00 bill. This is common that narcotic users will conceal narcotics inside of US currency.*

*When unfolding the $20.00 bill I observed what appeared to be possibly the residue of crack cocaine. I then asked what was inside the $20.00 bill and Alexander stated nothing. I then asked if the substance was narcotics and Alexander then began angrily swiftly snatching the $20.00 bill out of my hands stating, "Give me my money back". Deputy T. Bowden and I attempted to detain Alexander in handcuffs.*

*Alexander refused to place his hands behind his back and was forcefully placed in handcuffs then secured in the rear of my fully marked patrol vehicle.*

*When Alexander snatched the $20.00 bill out of my hands it caused the suspected narcotics to be lost on the concrete of the parking lot at the stop location.*

*Alexander was placed under arrest and transported to the Livingston Parish Detention Center for booking. Alexander was processed and given misdemeanor*

Livingston Sheriff's Office
Printed by: CR4982 - ROBERTS,CHARLIE
21 - 00007849

## Narrative

summons #78228.

LPSO000058