# EXHIBIT 13-1

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| Alexander Clark,<br><br>Plaintiff,<br><br>vs.<br><br>Jean Hotard, et al.,<br><br>Defendants. | **CIVIL ACTION NO. 22-326-JWD-RLB**<br><br>**JUDGE JOHN W. DEGRAVELLES**<br><br>**MAGISTRATE JUDGE RICHARD L. BOURGEOIS, JR.** |

**PLAINTIFF'S SECOND SET OF REQUESTS FOR PRODUCTION TO DEFENDANT SHERIFF JASON ARD**

Plaintiff Alexander Clark, by and through his undersigned attorneys, propounds the following Requests for Production pursuant to Rule 34 of the Federal Rules of Civil Procedure upon Defendant Sheriff Jason Ard, to be answered under oath and in writing within thirty (30) days after service hereof.

**DEFINITIONS**

1. The terms "And" and "Or" shall be construed conjunctively or disjunctively as necessary to make the Requests inclusive rather than exclusive; the singular shall include the plural and the plural shall include the singular; the use of a verb in any tense shall be construed as the use of the verb in all other tenses whenever necessary to bring within the scope of the Requests any response that might otherwise be construed outside their scope.

2. The terms "Reflecting, "Referring," or "Relating to," or any part thereof, in addition to their customary and usual meaning, mean and refer to discussing, constituting,

mentioning, pertaining to, assessing, embodying, recording, stating, concerning, constituting, mentioning, pertaining to, assessing, embodying, recording, stating, concerning, describing touching upon, or summarizing.

3. The term "Document(s)" includes all written and graphic matter, however produced or reproduced, of any kind or description, whether sent or received or neither, including originals, non-identical copies, and drafts, and both sides thereof, including but not limited to: papers, memoranda, statements, reports, studies, worksheets, notes, audits, charges, calendar logs, recordings, instructions, lists, orders, resolutions, audio or visual images, facsimile transmissions, electronic mail, messages, text messages, chat messages sent via any online messaging service (including, without limitation, WeChat, WhatsApp, Signal, Facebook Messenger, Instagram, Hangouts, Google chat, and Skype), comments and posts (whether text, photo, video, or otherwise) on social media applications (including, without limitation, Facebook, Instagram, and Twitter), summaries, tabulations, tallies, statistical analyses, tapes, computer files stored by any electronic means (including, without limitation, on cloudbased storage platforms such as Dropbox, Google Drive, iCloud, OneDrive, and SharePoint), computer printouts, and all other informal or formal writing or tangible things on which any handwriting, typing, printing, video or sound is recorded or reproduced, and any and all amendments or supplements to all of the foregoing, whether prepared by a party or another person.

4. "CAD Report," shall mean a computer aided dispatch report, such as that produced by Defendants at LPSO000059-60.

5. "LPSO" shall refer to the Livingston Parish Sheriff's Office and its employees, agents, attorneys, and representatives.

6. "Incident Report" shall mean the reporting documentation used by the LPSO to document and record official law enforcement interactions with the public such as that produced by Defendants at LPSO000051-58.

7. "Affidavit" shall the mean the charge Document described in Policy 401, Citing Traffic Violations and Court Utilizations, of the Livingston Parish Sheriff's Office Operations Manual produced by Defendants at LPSO000012.

8. "Uniform Arrest and Summons Report" shall mean the Document filed with the clerk of court described in Policy 401, Citing Traffic Violations and Court Utilizations, of the Livingston Parish Sheriff's Office Operations Manual produced by Defendants at LPSO000012.

9. "Arrest Report" shall mean the report of arrest Document described in Policy 402, Physical Arrest of Violators, of the Livingston Parish Sheriff's Office Operation Manual produced by Defendants at LPSO000013.

10. "Use of Force Report" shall mean the Document described in Policy 501-A(D), Use of Force, Reporting Requirements, of the Livingston Parish Sheriff's Office Operation Manual produced by Defendants at LPSO000024-25.

11. "Uniform Patrol Deputies" shall mean the sworn LPSO employees responsible for carrying out traffic stops and enforcement.

### REQUESTS FOR PRODUCTION

22. All CAD Reports created from 2018 to 2022 that Reflect traffic stops initiated by LPSO Uniform Patrol Deputies.

23. All Incident Reports, Affidavits, Uniform Arrest and Summons Reports, and Arrest Reports created by the LPSO from 2018 to 2022 Related to traffic stops initiated by

3

LPSO Uniform Patrol Deputies that resulted in a charge of Louisiana Revised Statute 32:104, Improper Turn and/or Failure to Give Required Signal.

24. All Incident Reports, Affidavits, Uniform Arrest and Summons Reports, Use of Force Reports, and Arrest Reports created by the LPSO from 2018 to 2022 Related to traffic stops initiated by LPSO Uniform Patrol Deputies that resulted in a charge of Louisiana Revised Statute 14:108, Resisting an Officer.

25. All Documents of any policies, including but not limited to written standard operating procedures, guidelines or trainings related to searches and seizures of narcotics, including during traffic stops.

Dated: December 23, 2024

Respectfully submitted,

*s/ Marjorie Menza*
Marjorie Menza, *pro hac vice*
Cal. Bar No. 321512
Sara Haji, *pro hac vice*
Cal. Bar No. 330834
SOCIAL JUSTICE LEGAL FOUNDATION
523 W. 6th Street, Suite 450
Los Angeles, CA 90014
Telephone: (213) 542-5241
mmenza@socialjusticelaw.org
shaji@socialjusticelaw.org

*s/ Emma L. Douglas*
Emma L. Douglas, (La. Bar No. 39076)
SOUTHERN POVERTY LAW CENTER
201 St. Charles Ave
New Orleans, LA 70170
T: 504-377-6086
Emma.douglas@splcenter.org

*s/ Andrea Alajbegovic*
Andrea Alajbegovic, *pro hac vice*
SOUTHERN POVERTY LAW CENTER

4

111 East Capitol St., Ste 280
Jackson, MS 39202
T: 601-265-8309
andrea.alajbegovic@splcenter.org

*s/ Charles Andrew Perry*
Charles Andrew Perry, La Bar No. 37546
Nora Ahmed, *pro hac vice*
ACLU OF LOUISIANA
P.O. Box 56157
New Orleans, LA 70156
Telephone: (504) 522-0628
nahmed@laaclu.org
justicelab@laalcu.org
*Attorneys for Plaintiff Alexander Clark*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Plaintiff's Second Set of Requests for Production has been sent by email (from mmenza@socialjusticelaw.org) to all counsel of record in this matter on December 23, 2024.

                                                s/ *Marjorie Menza*
                                                Marjorie Menza, *pro hac vice*
                                                Cal. Bar No. 321512
                                                SOCIAL JUSTICE LEGAL FOUNDATION
                                                523 W. 6th Street, Suite 450
                                                Los Angeles, CA 90014
                                                Telephone: (213) 542-5241
                                                mmenza@socialjusticelaw.org