# EXHIBIT 13-3

| | |
|---|---|
| **From:** | Marjorie Menza |
| **To:** | Druit Gremillion Jr. |
| **Cc:** | Sara Haji; Website Info |
| **Subject:** | RE: Response to Public Records Request |
| **Attachments:** | image001.png |

Druit,

Thank you for your email. Sara asked me to follow-up with you to work on this request. I have availability Wednesday, January 22nd between 11 A.M. and 1 PM Central. Does any time in there work for you? I can also do Thursday, January 23, same time frame.

Best,

Margie

---

**From:** Druit Gremillion Jr. <DGremillion@lpso.org>
**Sent:** Monday, January 13, 2025 4:53 PM
**To:** Website Info <info@socialjusticelaw.org>
**Cc:** DAWN L WAWAK <dwawak@lpso.org>
**Subject:** Response to Public Records Request

Sara,

We are in receipt of your public records request. I apologize for the delay in this response, as we have been investigating the volume of records that are subject to production in the request.

At this time, given the scope of the request, there are several categories that would be unduly burdensome to produce without some limitation on the scope of the requested records.

I would like to schedule a call to discuss these issues with you. Please let me know when you may be available for the same.

Thank you,

Druit



**Druit G. Gremillion, Jr.**

*Chief Legal Counsel*

**Livingston Parish**

**Sheriff's Office**

Direct: 225.435.1375

Main: 225.686.2241

Fax: 225.686.1922

E: dgremillion@lpso.org

20300 Government Blvd.

P.O. Box 850 (Mailing)

Livingston, LA 70754

www.lpso.org

The information contained in this electronic mail transmission and the accompanying pages is intended solely for the addressee(s) named above.  If you are not an addressee, or responsible for delivering these documents to an addressee, you have received this document in error and you are strictly prohibited from reading or disclosing it.  The information contained in this document is highly confidential and may be subject to legally enforceable privileges.  Unless you are an addressee, or associated with an addressee for delivery purposes, you may violate these privileges and subject yourself to liability if you do anything with this document or the information it contains other than calling us by telephone (225) 686-2241 and returning this document to us at once.