# EXHIBIT 13-4

| | |
|---|---|
| **From:** | Marjorie Menza |
| **To:** | Druit Gremillion Jr. |
| **Cc:** | Lars Odland |
| **Subject:** | RE: Response to Public Records Request |
| **Date:** | Friday, January 31, 2025 3:50:40 PM |

Druit

This email is a follow-up to our conversation yesterday regarding the recent PRR sent by SJLF to LPSO. We discussed a manner in which the data requested could be produced that would be less burdensome on the Parish. To that end, I have below a link to ShareFile with the excel that the City of Denham Springs produced to SJLF pursuant to a Public Records Act request (this same excel was previously disclosed to LPSO in the course of discovery in the Clark v. Hotard, et al matter).

You mentioned that your IT specialist may be able to look at this excel sheet and similarly pull the necessary data into an excel format for both the CAD reports and the Incident Reports responsive to Requests 2 and 3 in the PRR rather than printing out the possibly thousands of pages that would be responsive to the current Public Records Request.

The data which we seek, which should all be locatable in a CAD report or an Incident Report is:

1. time and date
2. location of the traffic stop
3. race of the driver
4. license plate information
5. charges (traffic)
6. charges (other, e.g., resisting an officer)

Where any particular piece of data is not available, that cell should be left blank (or with a 0 value).

Once this data is pulled, we suggest the parties meet and confer again to determine whether this fully satisfies the PRR or if additional data is necessary and how that additional data can be effectively gathered.

https://socialjusticelegalfoundation.sharefile.com/d-s60ac6640749a4cc493026ff0cfb0c4c5

Best,

Margie

Marjorie J. Menza
Fellowship Director/Senior Attorney
Social Justice Legal Foundation

523 West 6th Street, Suite 450
Los Angeles, CA  90014
(213) 259-2507
[www.socialjusticelaw.org](www.socialjusticelaw.org)

PLEASE NOTE: This message, including any attachments, may include privileged, confidential and/or inside information. Any distribution or use of this communication by anyone other than the intended recipient(s) is strictly prohibited and may be unlawful. If you are not the intended recipient, please notify the sender by replying to this message and then delete it from your system. Thank you.

---

**From:** Druit Gremillion Jr. <DGremillion@lpso.org>
**Sent:** Wednesday, January 29, 2025 1:11 PM
**To:** Marjorie Menza <mmenza@socialjusticelaw.org>
**Cc:** Lars Odland <Lodland@socialjusticelaw.org>
**Subject:** Re: Response to Public Records Request

That should work but I'll be on my cell.

Druit

Sent from my iPhone.

> On Jan 28, 2025, at 6:26 PM, Marjorie Menza <mmenza@socialjusticelaw.org> wrote:
>
> Can we do at 4:00 PM Central on Thursday?  I can send a Zoom or Teams.
>
> Margie
>
> Marjorie J. Menza
> Fellowship Director/Senior Attorney
> Social Justice Legal Foundation
> 523 West 6th Street, Suite 450

Los Angeles, CA 90014

(213) 259-2507

https://link.edgepilot.com/s/2ab8e2c0/imp-kld4b0WBFmd50wLqXQ?u=http://www.socialjusticelaw.org/

PLEASE NOTE: This message, including any attachments, may include privileged, confidential and/or inside information. Any distribution or use of this communication by anyone other than the intended recipient(s) is strictly prohibited and may be unlawful. If you are not the intended recipient, please notify the sender by replying to this message and then delete it from your system. Thank you.

**From:** Druit Gremillion Jr. <DGremillion@lpso.org>
**Sent:** Monday, January 27, 2025 2:02 PM
**To:** Marjorie Menza <mmenza@socialjusticelaw.org>
**Cc:** Lars Odland <Lodland@socialjusticelaw.org>
**Subject:** Re: Response to Public Records Request

I currently have a conflict at 11:30. I can likely do closer to 5:00

**From:** Marjorie Menza <mmenza@socialjusticelaw.org>
**Sent:** Monday, January 27, 2025 2:43 PM
**To:** Druit Gremillion Jr. <DGremillion@lpso.org>
**Cc:** Lars Odland <Lodland@socialjusticelaw.org>
**Subject:** RE: Response to Public Records Request

Druit,

I understand that offices were closed and I can make myself available this Thursday at 11:30 AM for a discussion on the outstanding Public Records Act request and the discovery which was due today. Will that work for you? Otherwise, I can be available later in the day, which will be closer to 5PM Central.

Best,

Margie

Marjorie J. Menza
Fellowship Director/Senior Attorney
Social Justice Legal Foundation
523 West 6th Street, Suite 450
Los Angeles, CA 90014
(213) 259-2507
https://link.edgepilot.com/s/f620721e/Pp6qaGDOcUaHxwuxr4mpmw?u=http://www.socialjusticelaw.org/

PLEASE NOTE: This message, including any attachments, may include privileged, confidential and/or inside information. Any distribution or use of this communication by anyone other than the intended recipient(s) is strictly prohibited and may be unlawful. If you are not the intended recipient, please notify the sender by replying to this message and then delete it from your system. Thank you.

**From:** Druit Gremillion Jr. <DGremillion@lpso.org>
**Sent:** Monday, January 27, 2025 12:36 PM
**To:** Marjorie Menza <mmenza@socialjusticelaw.org>
**Subject:** Re: Response to Public Records Request

Marjorie, thanks for your patience with this. This is our first day back open after the unprecedented snow storm that hit us.

Please let me know when we can reschedule this discussion so that we can get this completed.

Also, I believe the discovery you propounded, seeking similar records, is due today. Please let me know if you object to an extension to respond to the same until we have met to discuss.

Thanks,

Druit

**From:** Marjorie Menza <mmenza@socialjusticelaw.org>
**Sent:** Tuesday, January 21, 2025 7:54 PM

**To:** Druit Gremillion Jr. <DGremillion@lpso.org>
**Subject:** RE: Response to Public Records Request

OK.  Best of luck out there.

Marjorie J. Menza
Fellowship Director/Senior Attorney

Social Justice Legal Foundation

523 West 6th Street, Suite 450

Los Angeles, CA  90014

(213) 259-2507

https://link.edgepilot.com/s/51a2c56c/8IgYzU-g9UWCHj-zrjrYdg?u=http://www.socialjusticelaw.org/

PLEASE NOTE: This message, including any attachments, may include privileged, confidential and/or inside information. Any distribution or use of this communication by anyone other than the intended recipient(s) is strictly prohibited and may be unlawful. If you are not the intended recipient, please notify the sender by replying to this message and then delete it from your system. Thank you.

---

**From:** Druit Gremillion Jr. <DGremillion@lpso.org>
**Sent:** Tuesday, January 21, 2025 5:54 PM
**To:** Marjorie Menza <mmenza@socialjusticelaw.org>
**Cc:** Sara Haji <shaji@socialjusticelaw.org>; Website Info <info@socialjusticelaw.org>
**Subject:** Re: Response to Public Records Request

I'm sorry Marjorie. I'm stuck out of town due to the weather. I hope to be able to do Thursday but will have a better ideas tomorrow if I can get on my flight.

Thanks

Get [Outlook for iOS](#)

---

**From:** Marjorie Menza <mmenza@socialjusticelaw.org>
**Sent:** Tuesday, January 21, 2025 6:46:22 PM
**To:** Druit Gremillion Jr. <DGremillion@lpso.org>
**Cc:** Sara Haji <shaji@socialjusticelaw.org>; Website Info <info@socialjusticelaw.org>
**Subject:** RE: Response to Public Records Request

Druit,

I did not receive a response to the below. I am not longer available on Wednesday but can do the Thursday times as indicated. Would you let me know?

Best,

Margie

Marjorie J. Menza
Fellowship Director/Senior Attorney

Social Justice Legal Foundation

523 West 6th Street, Suite 450

Los Angeles, CA 90014

(213) 259-2507

https://link.edgepilot.com/s/cd32bd7d/1qJCnKwd2ku4gBnR1Tc65g?u=http://www.socialjusticelaw.org/

PLEASE NOTE: This message, including any attachments, may include privileged, confidential and/or inside information. Any distribution or use of this communication by anyone other than the intended recipient(s) is strictly prohibited and may be unlawful. If you are not the intended recipient, please notify the sender by replying to this message and then delete it from your system. Thank you.

**From:** Marjorie Menza
**Sent:** Thursday, January 16, 2025 4:50 PM
**To:** Druit Gremillion Jr. <DGremillion@lpso.org>
**Cc:** Sara Haji <shaji@socialjusticelaw.org>; Website Info <info@socialjusticelaw.org>
**Subject:** RE: Response to Public Records Request

Druit,

Thank you for your email.  Sara asked me to follow-up with you to work on this request.  I have availability Wednesday, January 22nd between 11 A.M. and 1 PM Central.  Does any time in there work for you?  I can also do Thursday, January 23, same time frame.

Best,

Margie

**From:** Druit Gremillion Jr. <DGremillion@lpso.org>
**Sent:** Monday, January 13, 2025 4:53 PM
**To:** Website Info <info@socialjusticelaw.org>
**Cc:** DAWN L WAWAK <dwawak@lpso.org>
**Subject:** Response to Public Records Request

Sara,

We are in receipt of your public records request. I apologize for the delay in this response, as we have been investigating the volume of records that are subject to production in the request.

At this time, given the scope of the request, there are several categories that would be unduly burdensome to produce without some limitation on the scope of the requested records.

I would like to schedule a call to discuss these issues with you. Please let me know when you may be available for the same.

Thank you,

Druit

<image001.png>

**Druit G. Gremillion, Jr.**

*Chief Legal Counsel*

**Livingston Parish**

**Sheriff's Office**

Direct: 225.435.1375

Main: 225.686.2241

Fax: 225.686.1922

> E: **dgremillion@lpso.org**
>
> 20300 Government Blvd.
>
> P.O. Box 850 (Mailing)
>
> Livingston, LA  70754
>
> **https://link.edgepilot.com/s/e438466d/OS_JYLs6-kmsrFaPePToqw?u=http://www.lpso.org/**

The information contained in this electronic mail transmission and the accompanying pages is intended solely for the addressee(s) named above.  If you are not an addressee, or responsible for delivering these documents to an addressee, you have received this document in error and you are strictly prohibited from reading or disclosing it.  The information contained in this document is highly confidential and may be subject to legally enforceable privileges.  Unless you are an addressee, or associated with an addressee for delivery purposes, you may violate these privileges and subject yourself to liability if you do anything with this document or the information it contains other than calling us by telephone (225) 686-2241 and returning this document to us at once.

PLEASE NOTE: This message, including any attachments, may include privileged, confidential and/or inside information. Any distribution or use of this communication by anyone other than the intended recipient(s) is strictly prohibited and may be unlawful. If you are not the intended recipient, please notify the sender by replying to this message and then delete it from your system. Thank you.

Links contained in this email have been replaced. If you click on a link in the email above, the link will be analyzed for known threats. If a known threat is found, you will not be able to proceed to the destination. If suspicious content is detected, you will see a warning.

PLEASE NOTE: This message, including any attachments, may include privileged, confidential and/or inside information. Any distribution or use of this communication by anyone other than the intended recipient(s) is strictly prohibited and may be unlawful. If you are not the intended recipient, please notify the sender by replying to this message and then delete it from your system. Thank you.

Links contained in this email have been replaced. If you click on a link in the email above, the link will be analyzed for known threats. If a known threat is found, you will not be able to proceed to the destination. If suspicious content is detected,

you will see a warning.

PLEASE NOTE: This message, including any attachments, may include privileged, confidential and/or inside information. Any distribution or use of this communication by anyone other than the intended recipient(s) is strictly prohibited and may be unlawful. If you are not the intended recipient, please notify the sender by replying to this message and then delete it from your system. Thank you.

Links contained in this email have been replaced. If you click on a link in the email above, the link will be analyzed for known threats. If a known threat is found, you will not be able to proceed to the destination. If suspicious content is detected, you will see a warning.

PLEASE NOTE: This message, including any attachments, may include privileged, confidential and/or inside information. Any distribution or use of this communication by anyone other than the intended recipient(s) is strictly prohibited and may be unlawful. If you are not the intended recipient, please notify the sender by replying to this message and then delete it from your system. Thank you.

Links contained in this email have been replaced. If you click on a link in the email above, the link will be analyzed for known threats. If a known threat is found, you will not be able to proceed to the destination. If suspicious content is detected, you will see a warning.