# EXHIBIT 13-6

| | |
|---|---|
| **From:** | Druit Gremillion Jr. |
| **To:** | Lars Odland |
| **Cc:** | Marjorie Menza; Emma Douglas; Sara Haji; Nora Ahmed |
| **Subject:** | Re: Response to Public Records Request |
| **Date:** | Thursday, April 17, 2025 5:23:47 PM |

Lars, my apologies. I drafted and thought I send the email below on Monday. It was caught up in my outbox.

I would shoot for May 9 to give us time to print all of the reports and review them for production.

As for the citation, we scan them into our system and then forward them to the district attorney. How they are processed then is unknown to us. Theonly purpose of us scanning them is for our own record of the ticket. What the clerk of court has is either compiled by them or provided to them by the DA.

Thanks,

Druit

Druit

Sent from my iPhone.


On Apr 17, 2025, at 6:36 PM, Lars Odland <Lodland@socialjusticelaw.org> wrote:


Hello Druit,

I am following up on Margie's email below.

Have you developed a timeline on which you could produce the reports you identified below to us? We were waiting for that information before proposing new expert report deadlines.

Please let us know if you feel a call would be helpful to discuss these issues.

Best,
Lars

**Lars Odland**
Legal Fellow
Social Justice Legal Foundation
(213) 259-2506
lodland@socialjusticelaw.org
He/him

This message, including any attachments hereto, may contain privileged or confidential information and is sent solely for the attention and use of the intended addressee(s). If you are not an intended addressee, you may neither use this message nor copy or deliver it to anyone. In such case, you should immediately destroy this message and kindly notify the sender by reply email. Thank you.

---

**From:** Marjorie Menza <mmenza@socialjusticelaw.org>
**Sent:** Monday, April 14, 2025 2:31 PM
**To:** Druit Gremillion Jr. <DGremillion@lpso.org>; Lars Odland <Lodland@socialjusticelaw.org>
**Cc:** Emma Douglas <emma.douglas@splcenter.org>; Sara Haji <shaji@socialjusticelaw.org>; Nora Ahmed <Nahmed@laaclu.org>
**Subject:** RE: Response to Public Records Request

Druit,

This is received.  You were going to give us an estimate as to how long it would take you to gather these reports so that we can build out a stipulation regarding expert due dates.  Can you give us a sense on timing (an outside deadline)?

Also, did you ask the clerk at LPSO whether the traffic citations that she has scanned in her database are the same set that exist at the Livingston Parish Courthouse?

Thank you,

Margie

Marjorie J. Menza
Fellowship Director/Senior Attorney
Social Justice Legal Foundation
                    th

523 West 6    Street, Suite 450
Los Angeles, CA  90014
(213) 259-2507
https://link.edgepilot.com/s/d373da0e/ynuWw5sG8kKj3NE4XSudUw?
u=http://www.socialjusticelaw.org/

PLEASE NOTE: This message, including any attachments, may include privileged, confidential and/or inside information. Any distribution or use of this communication by anyone other than the intended recipient(s) is strictly prohibited and may be unlawful. If you are not the intended recipient, please notify the sender by replying to this message and then delete it from your system. Thank you.

**From:** Druit Gremillion Jr. <DGremillion@lpso.org>
**Sent:** Monday, April 14, 2025 2:07 PM
**To:** Lars Odland <Lodland@socialjusticelaw.org>
**Cc:** Marjorie Menza <mmenza@socialjusticelaw.org>; Emma Douglas <emma.douglas@splcenter.org>; Sara Haji <shaji@socialjusticelaw.org>; Nora Ahmed <Nahmed@laaclu.org>
**Subject:** Re: Response to Public Records Request

Sorry on the delay on this. It is very time consuming to run the reports with specific filters.

As we discussed, we ran our criminal patrol deputies (of which we had 5 in 2020 and 2021) and determined that the following were the top 10 traffic violations which resulted in a report being written. Please keep in mind that this means it escalated to something more than what this charge is. In other words, if the stop were failure to signal and that was the only charge, most likely a report would not be generated and simply a citation would be issued. However, if that stop resulted in an additional charge that was not traffic related, then a report would typically be written. So these numbers are those which resulted in reports.

Also, the numbers are estimates at this time. I believe the actual number for each will be slightly less because we one of the deputies was not in criminal patrol the entire time (2020-2021), so if we limit it to only when he was in CP, it will reduce the numbers. Nevertheless, please let me know if these reports would be something that would satisfy the production.

Thank you,

Druit

                          <!--[if !supportLists]-->1.    <!--[endif]-->LRS 32:304C – License Plate Light Required – 148

                          <!--[if !supportLists]-->2.    <!--[endif]-->LRS 47:536.8 – Switched License Plate – 88

                          <!--[if !supportLists]-->3.    <!--[endif]-->LRS 32:361.1 – View Outward or Inward through Windshield/Window (TINT) – 85

                          <!--[if !supportLists]-->4.    <!--[endif]-->LRS 32:104 – Failure to Signal – 75

                          <!--[if !supportLists]-->5.    <!--[endif]-->LRS 32:79 – Improper Lane Usage – 54

                          <!--[if !supportLists]-->6.    <!--[endif]-->LRS 32:1304 – False Motor Vehicle Inspection Certificate – 46

                          <!--[if !supportLists]-->7.    <!--[endif]-->LRS 32:303 – Headlights Required – 27

                          <!--[if !supportLists]-->8.    <!--[endif]-->LRS 32:123 – Stop Sign/Yield Sign – 23

                          <!--[if !supportLists]-->9.    <!--[endif]-->LRS 32:304 – Taillights Required – 21

                          <!--[if !supportLists]-->10.  <!--[endif]-->LRS 32:53 – Motor Vehicle Inspection Certificate Required - 16

---

**From:** Druit Gremillion Jr.
**Sent:** Thursday, April 10, 2025 10:13 PM
**To:** Lars Odland
**Cc:** Marjorie Menza; Emma Douglas; Sara Haji; Nora Ahmed
**Subject:** Re: Response to Public Records Request

Counsel,

We have been working on getting the information regarding the common traffic offenses since we spoke. We should have it available tomorrow.

Have a great evening.

Druit

Sent from my iPhone.


> On Apr 8, 2025, at 7:42 PM, Lars Odland <Lodland@socialjusticelaw.org> wrote:
>
>
> Druit,
>
>
> Thank you for speaking with Margie and me this morning. Here is a short summary of our conversation. Please let me know if you feel I have misstated or omitted any part of our discussion.
>
>
> 1. Expanding the scope of traffic-related reports in your production
>
> You proposed expanding the scope of traffic-related reports in your forthcoming production beyond the 166 reports involving La. R.S. 32:104, Failure to Use a Turn Signal, that you previously identified to us. We agreed that you would send us an email proposal on Thursday, April 10, of which additional traffic offenses you propose to include and the basis for their inclusion (for instance, if they are the five most common offenses during the relevant time period). You also mentioned that you expect to produce the 166 reports you have been reviewing to us by Friday, April 25.
>
>
> 2. Expert deadlines
>
> Depending on the scope and timeline of your production, we discussed delaying Plaintiff's May 5 expert report deadline and Defendants' May 27 expert report deadline. All parties agreed that we do not want to move the dispositive motions deadline or trial dates in this matter. We decided to wait until your April 10 email to suggest specific extension dates.

3. Amending initial disclosures

You asked to amend your initial disclosures to include the LPSO deputies who authored the reports that you plan to produce to us. We agreed that we would not object to such an amendment, and you agreed that you would not object to our deposing any newly disclosed persons before trial.

4. Traffic tickets

Separate from the traffic reports, you reiterated that while traffic tickets include racial information, the software the LPSO uses to store traffic tickets does not allow you or your IT department to search them by race. You agreed to determine where the images of traffic tickets are stored or if they are publicly accessible, and to let us know your findings in your April 10 email.

Best,

Lars

**Lars Odland**

Legal Fellow

[Social Justice Legal Foundation](Social Justice Legal Foundation)

(213) 259-2506

[lodland@socialjusticelaw.org](lodland@socialjusticelaw.org)

He/him

This message, including any attachments hereto, may contain privileged or confidential information and is sent solely for the attention and use of the intended addressee(s). If you are not an intended addressee, you may neither use this message nor copy or deliver it to anyone. In such case, you should immediately destroy this message and kindly notify the sender by reply email. Thank you.

**From:** Lars Odland
**Sent:** Tuesday, April 8, 2025 9:10 AM
**To:** 'Druit Gremillion Jr.' <DGremillion@lpso.org>; Marjorie Menza <mmenza@socialjusticelaw.org>
**Cc:** Emma Douglas <emma.douglas@splcenter.org>; Sara Haji <shaji@socialjusticelaw.org>; Nora Ahmed <Nahmed@laaclu.org>
**Subject:** RE: Response to Public Records Request


Hello Druit,


Sure, I will call your cell number at 12pm cdt to start the call.


Best,

Lars


**Lars Odland**

Legal Fellow

Social Justice Legal Foundation

(213) 259-2506

lodland@socialjusticelaw.org

He/him


This message, including any attachments hereto, may contain privileged or confidential information and is sent solely for the attention and use of the intended addressee(s). If you are not an intended addressee, you may neither use this message nor copy or deliver it to anyone. In such case, you should immediately destroy this message and kindly notify the sender by reply email. Thank you.

**From:** Druit Gremillion Jr. <DGremillion@lpso.org>
**Sent:** Tuesday, April 8, 2025 9:00 AM
**To:** Lars Odland <Lodland@socialjusticelaw.org>; Marjorie Menza
<mmenza@socialjusticelaw.org>
**Cc:** Emma Douglas <emma.douglas@splcenter.org>; Sara Haji
<shaji@socialjusticelaw.org>; Nora Ahmed <Nahmed@laaclu.org>
**Subject:** Re: Response to Public Records Request

How do you want to initiate the call? If you are calling me, please use my
cell at 225-229-5908. Thanks

**From:** Lars Odland <Lodland@socialjusticelaw.org>
**Sent:** Monday, April 7, 2025 12:41 PM
**To:** Druit Gremillion Jr. <DGremillion@lpso.org>; Marjorie Menza
<mmenza@socialjusticelaw.org>
**Cc:** Emma Douglas <emma.douglas@splcenter.org>; Sara Haji
<shaji@socialjusticelaw.org>; Nora Ahmed <Nahmed@laaclu.org>
**Subject:** RE: Response to Public Records Request

Hello Druit,

We can reschedule the call for 12:00pm CDT (10:00am PDT) tomorrow.
Will that time work for you?

Best,

Lars

**Lars Odland**

Legal Fellow

Social Justice Legal Foundation

(213) 259-2506

lodland@socialjusticelaw.org

He/him

This message, including any attachments hereto, may contain privileged or confidential information and is sent solely for the attention and use of the intended addressee(s). If you are not an intended addressee, you may neither use this message nor copy or deliver it to anyone. In such case, you should immediately destroy this message and kindly notify the sender by reply email. Thank you.

---

**From:** Druit Gremillion Jr. <DGremillion@lpso.org>
**Sent:** Monday, April 7, 2025 7:15 AM
**To:** Marjorie Menza <mmenza@socialjusticelaw.org>; Lars Odland <Lodland@socialjusticelaw.org>
**Cc:** Emma Douglas <emma.douglas@splcenter.org>; Sara Haji <shaji@socialjusticelaw.org>; Nora Ahmed <Nahmed@laaclu.org>
**Subject:** Re: Response to Public Records Request

Marjorie, I hate to reschedule but do you still have any openings tomorrow, any time? I have had a potential conflict arise this afternoon. If not, I can make it work.

Thanks.

---

**From:** Druit Gremillion Jr. <DGremillion@lpso.org>
**Sent:** Thursday, April 3, 2025 12:59 PM
**To:** Marjorie Menza <mmenza@socialjusticelaw.org>; Lars Odland <Lodland@socialjusticelaw.org>
**Cc:** Emma Douglas <emma.douglas@splcenter.org>; Sara Haji <shaji@socialjusticelaw.org>; Nora Ahmed <Nahmed@laaclu.org>
**Subject:** Re: Response to Public Records Request

That works for me. Thanks

---

**From:** Marjorie Menza <mmenza@socialjusticelaw.org>
**Sent:** Thursday, April 3, 2025 12:28 AM
**To:** Druit Gremillion Jr. <DGremillion@lpso.org>; Lars Odland <Lodland@socialjusticelaw.org>
**Cc:** Emma Douglas <emma.douglas@splcenter.org>; Sara Haji <shaji@socialjusticelaw.org>; Nora Ahmed <Nahmed@laaclu.org>
**Subject:** RE: Response to Public Records Request


How about Monday at 3PM Central?


Thanks


Margie


Marjorie J. Menza
Fellowship Director/Senior Attorney

Social Justice Legal Foundation

523 West 6th Street, Suite 450

Los Angeles, CA  90014

(213) 259-2507

https://link.edgepilot.com/s/4f2ab96d/8FC0V6atk0WSLQtdQDrqDA?u=http://www.socialjusticelaw.org/


PLEASE NOTE: This message, including any attachments, may include privileged, confidential and/or inside information. Any distribution or use of this communication by anyone other than the

intended recipient(s) is strictly prohibited and may be unlawful. If you are not the intended recipient, please notify the sender by replying to this message and then delete it from your system. Thank you.

---

**From:** Druit Gremillion Jr. <DGremillion@lpso.org>
**Sent:** Wednesday, April 2, 2025 6:43 AM
**To:** Marjorie Menza <mmenza@socialjusticelaw.org>; Lars Odland <Lodland@socialjusticelaw.org>
**Cc:** Emma Douglas <emma.douglas@splcenter.org>; Sara Haji <shaji@socialjusticelaw.org>; Nora Ahmed <Nahmed@laaclu.org>
**Subject:** Re: Response to Public Records Request

Let's plan on Monday if that works. I have a conflict Thursday. I am open just about all day. Let me know what works best.

Thanks.

---

**From:** Marjorie Menza
**Sent:** Tuesday, April 1, 2025 10:02 AM
**To:** Druit Gremillion Jr.; Lars Odland
**Cc:** Emma Douglas; Sara Haji; Nora Ahmed
**Subject:** Re: Response to Public Records Request

Druit,

I can be available Thursday at 10 AM Central, will that work for you?

Otherwise I am available next week - Monday late afternoon or
Tuesday with many windows.


Margie

---

**From:** Druit Gremillion Jr. <DGremillion@lpso.org>
**Sent:** Monday, March 31, 2025 1:42 PM
**To:** Marjorie Menza <mmenza@socialjusticelaw.org>; Lars Odland
<Lodland@socialjusticelaw.org>
**Cc:** Emma Douglas <emma.douglas@splcenter.org>; Sara Haji
<shaji@socialjusticelaw.org>; Nora Ahmed <Nahmed@laaclu.org>
**Subject:** Re: Response to Public Records Request


Marjorie, et al,


I have been able to review most of the records. Prior to production, I
would like to schedule a call to discuss discovery moving forward. Please
let me know what works for you.


Thanks,


Druit

---

**From:** Druit Gremillion Jr.
**Sent:** Friday, March 28, 2025 9:03 AM
**To:** Marjorie Menza; Lars Odland
**Cc:** Emma Douglas; Sara Haji; Nora Ahmed
**Subject:** Re: Response to Public Records Request


Marjorie, if I indicated that, I apologize because it is incorrect. I do
not believe there is a location on the citation for race, which is the

reason why we cannot search by it.


As to the other reports, may I request extending my expected date of production to Monday. As you can imagine, it is taking some time for me to review them all. This is necessary to ensure that there is nothing included that is prohibited from disclosure, such as juvenile identification, etc. This is taking me a little longer than expected and would like the weekend to finalize.


Thank you!


Get Outlook for iOS

---

**From:** Marjorie Menza <mmenza@socialjusticelaw.org>
**Sent:** Wednesday, March 26, 2025 6:27:46 PM
**To:** Druit Gremillion Jr. <DGremillion@lpso.org>; Lars Odland <Lodland@socialjusticelaw.org>
**Cc:** Emma Douglas <emma.douglas@splcenter.org>; Sara Haji <shaji@socialjusticelaw.org>; Nora Ahmed <Nahmed@laaclu.org>
**Subject:** RE: Response to Public Records Request


Thank you, Druit.


I do recall your saying that you could pull a full citation report that simply lists all traffic citations by race for a given year (not filtered for any one race or any type of traffic but rather all traffic, broken down by race).  Is that not the case?


Best,


Margie


Marjorie J. Menza
Fellowship Director/Senior Attorney

Social Justice Legal Foundation

523 West 6th Street, Suite 450

Los Angeles, CA  90014

(213) 259-2507

https://link.edgepilot.com/s/214f578f/Gk7vTvpWL0GRUS8Ak6RWdA?
u=http://www.socialjusticelaw.org/

PLEASE NOTE: This message, including any attachments, may
include privileged, confidential and/or inside information. Any
distribution or use of this communication by anyone other than the
intended recipient(s) is strictly prohibited and may be unlawful. If
you are not the intended recipient, please notify the sender by
replying to this message and then delete it from your system. Thank
you.

---

**From:** Druit Gremillion Jr. <DGremillion@lpso.org>
**Sent:** Wednesday, March 26, 2025 11:36 AM
**To:** Marjorie Menza <mmenza@socialjusticelaw.org>; Lars Odland
<Lodland@socialjusticelaw.org>
**Cc:** Emma Douglas <emma.douglas@splcenter.org>; Sara Haji
<shaji@socialjusticelaw.org>; Nora Ahmed <Nahmed@laaclu.org>
**Subject:** Re: Response to Public Records Request

Marjorie,

I anticipate having the reports to you by the end of the week.

As for the citation system, I have been advised that there is no ability to
search by race. As for geographical location, the only search criteria is
what the officer wrote on the ticket as to the location. This is sometimes a
street, a mile marker (on the interstate, for example), or an intersection,

etc.

Thanks,

Druit

---

**From:** Marjorie Menza <mmenza@socialjusticelaw.org>
**Sent:** Tuesday, March 25, 2025 7:18 PM
**To:** Lars Odland <Lodland@socialjusticelaw.org>; Druit Gremillion Jr.
<DGremillion@lpso.org>
**Cc:** Emma Douglas <emma.douglas@splcenter.org>; Sara Haji
<shaji@socialjusticelaw.org>; Nora Ahmed <Nahmed@laaclu.org>
**Subject:** RE: Response to Public Records Request

Druit,

Do you have an update on your progress on the below? Would it be
helpful to have a call to discuss?

Best,

Margie

Marjorie J. Menza
Fellowship Director/Senior Attorney

Social Justice Legal Foundation

523 West 6th Street, Suite 450

Los Angeles, CA  90014

(213) 259-2507

https://link.edgepilot.com/s/b7df357c/UpyPlic-3EKWePdCYEzfXw?
u=http://www.socialjusticelaw.org/

PLEASE NOTE: This message, including any attachments, may include privileged, confidential and/or inside information. Any distribution or use of this communication by anyone other than the intended recipient(s) is strictly prohibited and may be unlawful. If you are not the intended recipient, please notify the sender by replying to this message and then delete it from your system. Thank you.

---

**From:** Lars Odland <Lodland@socialjusticelaw.org>
**Sent:** Friday, March 14, 2025 10:59 AM
**To:** Druit Gremillion Jr. <DGremillion@lpso.org>; Marjorie Menza <mmenza@socialjusticelaw.org>
**Cc:** Emma Douglas <emma.douglas@splcenter.org>; Sara Haji <shaji@socialjusticelaw.org>; Nora Ahmed <Nahmed@laaclu.org>
**Subject:** RE: Response to Public Records Request


Druit,


Thank you for speaking with us this morning.


Here is a short summary of the agreements we reached during our call:

1. SJLF agreed to limit our request to seeking data from 2020 and 2021
2. Regarding the 9,309 traffic citations you identified between 2018 and 2022:
    1. You agreed to determine if the citation report system can be filtered by race and, if so, to identify the racial demographics of drivers that were issued traffic citations between 2020 and 2021
    2. You agreed to determine if the citation report system can be filtered by geographic zone and whether that could be used to effectively filter the data

3. Regarding the 166 reports from incidents that resulted in a charge of La. R.S. 32:104, Failure to Signal:

   1. We proposed, subject to privilege objections and the Protective Order entered in this case, that you print and produce to us the 166 reports for our analysis. Both parties recognize this is a limited set of data and will continue conferring if there appears to be a means of expanding this data set without undue burden.

Please let me know if you feel I have misstated or omitted any part of our conversation.

Best,

Lars

**Lars Odland**

Legal Fellow

[Social Justice Legal Foundation](Social Justice Legal Foundation)

(213) 259-2506

[lodland@socialjusticelaw.org](mailto:lodland@socialjusticelaw.org)

He/him

This message, including any attachments hereto, may contain privileged or confidential information and is sent solely for the attention and use of the intended addressee(s). If you are not an intended addressee, you may neither use this message nor copy or deliver it to anyone. In such case, you should immediately destroy this message and kindly notify the sender by reply email. Thank you.

**From:** Druit Gremillion Jr. <[DGremillion@lpso.org](mailto:DGremillion@lpso.org)>
**Sent:** Thursday, March 13, 2025 9:31 AM
**To:** Marjorie Menza <[mmenza@socialjusticelaw.org](mailto:mmenza@socialjusticelaw.org)>
**Cc:** Lars Odland <[Lodland@socialjusticelaw.org](mailto:Lodland@socialjusticelaw.org)>; Emma Douglas
<[emma.douglas@splcenter.org](mailto:emma.douglas@splcenter.org)>; Sara Haji <[shaji@socialjusticelaw.org](mailto:shaji@socialjusticelaw.org)>;
Nora Ahmed <[Nahmed@laaclu.org](mailto:Nahmed@laaclu.org)>
**Subject:** Re: Response to Public Records Request


Yes. That works. 225-435-1375.


Thanks


**From:** Marjorie Menza <[mmenza@socialjusticelaw.org](mailto:mmenza@socialjusticelaw.org)>
**Sent:** Thursday, March 13, 2025 11:19 AM
**To:** Druit Gremillion Jr. <[DGremillion@lpso.org](mailto:DGremillion@lpso.org)>
**Cc:** Lars Odland <[Lodland@socialjusticelaw.org](mailto:Lodland@socialjusticelaw.org)>; Emma Douglas
<[emma.douglas@splcenter.org](mailto:emma.douglas@splcenter.org)>; Sara Haji <[shaji@socialjusticelaw.org](mailto:shaji@socialjusticelaw.org)>;
Nora Ahmed <[Nahmed@laaclu.org](mailto:Nahmed@laaclu.org)>
**Subject:** Re: Response to Public Records Request


Sure, that works for me. Shall I call your office number?


**From:** Druit Gremillion Jr. <[DGremillion@lpso.org](mailto:DGremillion@lpso.org)>
**Sent:** Thursday, March 13, 2025 8:19:34 AM
**To:** Marjorie Menza <[mmenza@socialjusticelaw.org](mailto:mmenza@socialjusticelaw.org)>
**Cc:** Lars Odland <[Lodland@socialjusticelaw.org](mailto:Lodland@socialjusticelaw.org)>; Emma Douglas
<[emma.douglas@splcenter.org](mailto:emma.douglas@splcenter.org)>; Sara Haji <[shaji@socialjusticelaw.org](mailto:shaji@socialjusticelaw.org)>;
Nora Ahmed <[Nahmed@laaclu.org](mailto:Nahmed@laaclu.org)>
**Subject:** Re: Response to Public Records Request


Can we do 10:30?

**From:** Marjorie Menza <mmenza@socialjusticelaw.org>
**Sent:** Thursday, March 13, 2025 10:07 AM
**To:** Druit Gremillion Jr. <DGremillion@lpso.org>
**Cc:** Lars Odland <Lodland@socialjusticelaw.org>; Emma Douglas
<emma.douglas@splcenter.org>; Sara Haji <shaji@socialjusticelaw.org>;
Nora Ahmed <Nahmed@laaclu.org>
**Subject:** Re: Response to Public Records Request


We do. Mindful of the time zone difference, can you do 10 AM (or
slightly later)?


**From:** Druit Gremillion Jr. <DGremillion@lpso.org>
**Sent:** Thursday, March 13, 2025 7:42:16 AM
**To:** Marjorie Menza <mmenza@socialjusticelaw.org>
**Cc:** Lars Odland <Lodland@socialjusticelaw.org>; Emma Douglas
<emma.douglas@splcenter.org>; Sara Haji <shaji@socialjusticelaw.org>;
Nora Ahmed <Nahmed@laaclu.org>
**Subject:** Re: Response to Public Records Request


Do you have availability tomorrow morning to discuss?


Druit


Sent from my iPhone.


On Mar 12, 2025, at 10:15 AM, Marjorie Menza
<mmenza@socialjusticelaw.org> wrote:


Druit,

We are in receipt of the spreadsheet you sent in your message below.  This email serves to note deficiencies in the spreadsheet based on the agreement we reached during our January 30, 2024 phone call regarding both Plaintiff's Second Set of Requests for Production to LPSO (RFPs Set Two) and SJLF's Public Records Request (which sought identical information).  During our meet and confer on January 30, 2024, to relieve LPSO of the burden of printing all CAD reports from traffic stops over the five year period (2018-2022), Plaintiff proposed a narrowing of the requested data sought in the RFPs Set Two to a spreadsheet which would contain entries for each CAD report reflecting a traffic stop, irrespective of the traffic-related charge, another sheet or tab with just those stops that resulted in a charge of La. R.S. 32:104, Improper Turn and/or Failure to Give Required Signal, and finally a tab for those traffic stops that resulted in a charge of La. R.S. 14:108 Resisting an Officer.

Each entry was to include the following information:

1. The time and date of the traffic stop
2. The location of the traffic stop
3. The race of the driver
4. The license plate information
5. The traffic charges or criminal charges resulting from the incident

Where any piece of data was unavailable in the spreadsheet, that cell would be left blank. My email to you following our phone call (and in this thread) reflects that understanding of the data and content of the spreadsheet.

The excel you produced on March 10, 2025 reflects only those stops made by LPSO which resulted in <u>both</u> charges of resisting an officer <u>and</u> improper turn/failure to use a turn signal.  We are of course willing to continue working with you in narrowing these requests as feasible to ensure that sufficient data is produced relevant to the existing claims in this matter.

Please let me know your availability to discuss these issues on Thursday, 3/13, or Friday, 3/14.

Marjorie J. Menza
Fellowship Director/Senior Attorney

Social Justice Legal Foundation

523 West 6th Street, Suite 450

Los Angeles, CA  90014

(213) 259-2507

https://link.edgepilot.com/s/e92b9648/Gnr9qpjTeEaF2rNeX6O4cw?
u=http://www.socialjusticelaw.org/

PLEASE NOTE: This message, including any
attachments, may include privileged, confidential and/or
inside information. Any distribution or use of this
communication by anyone other than the intended
recipient(s) is strictly prohibited and may be unlawful. If
you are not the intended recipient, please notify the
sender by replying to this message and then delete it
from your system. Thank you.

---

**From:** Druit Gremillion Jr. <DGremillion@lpso.org>
**Sent:** Monday, March 10, 2025 12:45 PM
**To:** Marjorie Menza <mmenza@socialjusticelaw.org>
**Cc:** Lars Odland <Lodland@socialjusticelaw.org>; Emma
Douglas <emma.douglas@splcenter.org>; Sara Haji
<shaji@socialjusticelaw.org>; Nora Ahmed
<Nahmed@laaclu.org>
**Subject:** Re: Response to Public Records Request

Majorie,

Attached is the spreadsheet prepared by our IT team. It contains  LPSO statistics regarding traffic offense 32:104 Failure to Signal that also includes the criminal offense 14:108 Resisting an Officer for the years 2018-2022. The years are separated into tabs a the bottom.

This was not as simple as I hoped it would be and took reviewing the actual reports to make sure they fit this criteria.

Please let me know if there is additional information you are looking for.

Druit

---

**From:** Marjorie Menza <mmenza@socialjusticelaw.org>
**Sent:** Tuesday, February 25, 2025 7:00 PM
**To:** Druit Gremillion Jr. <DGremillion@lpso.org>
**Cc:** Lars Odland <Lodland@socialjusticelaw.org>; Emma Douglas <emma.douglas@splcenter.org>; Sara Haji <shaji@socialjusticelaw.org>; Nora Ahmed <Nahmed@laaclu.org>
**Subject:** RE: Response to Public Records Request

Druit,

I write to follow-up on Defendants' responses and objections to Plaintiff's December 23, 2024, Second Set of Requests for Production.  When you last emailed regarding the data production, on February 7, you said you would be working with your IT manager to cull the requested data and should have had it by February 14. As we are now nearing the close of fact discovery, we think it would be prudent to meet and confer on Defendants' progress and/or jointly extend the close of fact discovery by two weeks (without impact to any other

dates).


Please let me know your availability on Thursday,
February 27, or, alternatively, whether you would
consent to a motion to extend the fact discovery
deadlines by two weeks to allow Defendants to complete
discovery.


Best,


Margie


Marjorie J. Menza
Fellowship Director/Senior Attorney

Social Justice Legal Foundation

523 West 6th Street, Suite 450

Los Angeles, CA  90014

(213) 259-2507

https://link.edgepilot.com/s/8882235a/I-
FXPCI_U0aXR_EYnzS5yQ?
u=http://www.socialjusticelaw.org/



Marjorie J. Menza
Fellowship Director/Senior Attorney

Social Justice Legal Foundation

523 West 6th Street, Suite 450

Los Angeles, CA  90014

(213) 259-2507

https://link.edgepilot.com/s/8882235a/I-
FXPCI_U0aXR_EYnzS5yQ?

u=http://www.socialjusticelaw.org/

PLEASE NOTE: This message, including any attachments, may include privileged, confidential and/or inside information. Any distribution or use of this communication by anyone other than the intended recipient(s) is strictly prohibited and may be unlawful. If you are not the intended recipient, please notify the sender by replying to this message and then delete it from your system. Thank you.

---

**From:** Druit Gremillion Jr. <DGremillion@lpso.org>
**Sent:** Friday, February 7, 2025 10:00 AM
**To:** Marjorie Menza <mmenza@socialjusticelaw.org>
**Cc:** Lars Odland <Lodland@socialjusticelaw.org>; Emma Douglas <emma.douglas@splcenter.org>; Andrea Alajbegovic <andrea.alajbegovic@splcenter.org>; Sara Haji <shaji@socialjusticelaw.org>; John Danna <JDanna@grhg.net>; Nora Ahmed <Nahmed@laaclu.org>; aperry@laaclu.org
**Subject:** Re: Response to Public Records Request

Counsel,

Attached are responses to the discovery as we discussed last week.

As a follow-up to the message below, my IT department has indicated that they believe such a spreadsheet is possible to create. They are working on getting these fields togther and getting it generated. I hope to have it available by next week.

Thanks  you, and have a great weekend.

Druit

---

**From:** Marjorie Menza <mmenza@socialjusticelaw.org>
**Sent:** Friday, January 31, 2025 5:50 PM
**To:** Druit Gremillion Jr. <DGremillion@lpso.org>
**Cc:** Lars Odland <Lodland@socialjusticelaw.org>
**Subject:** RE: Response to Public Records Request

Druit

This email is a follow-up to our conversation yesterday regarding the recent PRR sent by SJLF to LPSO. We discussed a manner in which the data requested could be produced that would be less burdensome on the Parish. To that end, I have below a link to ShareFile with the excel that the City of Denham Springs produced to SJLF pursuant to a Public Records Act request (this same excel was previously disclosed to LPSO in the course of discovery in the Clark v. Hotard, et al matter).

You mentioned that your IT specialist may be able to look at this excel sheet and similarly pull the necessary data into an excel format for both the CAD reports and the Incident Reports responsive to Requests 2 and 3 in the PRR rather than printing out the possibly thousands of pages that would be responsive to the current Public Records Request.

The data which we seek, which should all be locatable in a CAD report or an Incident Report is:

1. time and date

2. location of the traffic stop

3. race of the driver

4. license plate information

5. charges (traffic)

6.    charges (other, e.g., resisting an officer)

Where any particular piece of data is not available, that cell should be left blank (or with a 0 value).

Once this data is pulled, we suggest the parties meet and confer again to determine whether this fully satisfies the PRR or if additional data is necessary and how that additional data can be effectively gathered.

https://link.edgepilot.com/s/f1e108f8/EXVMZF-fvEWFxAzkFqaDRg?u=https://socialjusticelegalfoundation.sharefile.com/d-s60ac6640749a4cc493026ff0cfb0c4c5

Best,

Margie

Marjorie J. Menza
Fellowship Director/Senior Attorney

Social Justice Legal Foundation

523 West 6th Street, Suite 450

Los Angeles, CA  90014

(213) 259-2507

https://link.edgepilot.com/s/aac10e65/xpuYIA6Y9kOJwyk23NcYQQ?u=http://www.socialjusticelaw.org/

PLEASE NOTE: This message, including any

attachments, may include privileged, confidential and/or inside information. Any distribution or use of this communication by anyone other than the intended recipient(s) is strictly prohibited and may be unlawful. If you are not the intended recipient, please notify the sender by replying to this message and then delete it from your system. Thank you.

---

**From:** Druit Gremillion Jr. <DGremillion@lpso.org>
**Sent:** Wednesday, January 29, 2025 1:11 PM
**To:** Marjorie Menza <mmenza@socialjusticelaw.org>
**Cc:** Lars Odland <Lodland@socialjusticelaw.org>
**Subject:** Re: Response to Public Records Request

That should work but I'll be on my cell.

Druit

Sent from my iPhone.

On Jan 28, 2025, at 6:26 PM, Marjorie Menza <mmenza@socialjusticelaw.org> wrote:

Can we do at 4:00 PM Central on Thursday?  I can send a Zoom or Teams.

Margie

Marjorie J. Menza
Fellowship Director/Senior Attorney

Social Justice Legal Foundation

523 West 6<sup>th</sup> Street, Suite 450

Los Angeles, CA  90014

(213) 259-2507

https://link.edgepilot.com/s/2ab8e2c0/imp-kld4b0WBFmd50wLqXQ?u=http://www.socialjusticelaw.org/

PLEASE NOTE: This message, including any attachments, may include privileged, confidential and/or inside information. Any distribution or use of this communication by anyone other than the intended recipient(s) is strictly prohibited and may be unlawful. If you are not the intended recipient, please notify the sender by replying to this message and then delete it from your system. Thank you.

---

**From:** Druit Gremillion Jr. <DGremillion@lpso.org>
**Sent:** Monday, January 27, 2025 2:02 PM
**To:** Marjorie Menza <mmenza@socialjusticelaw.org>
**Cc:** Lars Odland <Lodland@socialjusticelaw.org>
**Subject:** Re: Response to Public Records Request

I currently have a conflict at 11:30. I can likely do closer to 5:00

**From:** Marjorie Menza
<[mmenza@socialjusticelaw.org](mailto:mmenza@socialjusticelaw.org)>
**Sent:** Monday, January 27, 2025 2:43 PM
**To:** Druit Gremillion Jr. <[DGremillion@lpso.org](mailto:DGremillion@lpso.org)>
**Cc:** Lars Odland
<[Lodland@socialjusticelaw.org](mailto:Lodland@socialjusticelaw.org)>
**Subject:** RE: Response to Public Records
Request

Druit,

I understand that offices were closed and I can
make myself available this Thursday at 11:30
AM for a discussion on the outstanding Public
Records Act request and the discovery which
was due today.  Will that work for you?
Otherwise, I can be available later in the day,
which will be closer to 5PM Central.

Best,

Margie

Marjorie J. Menza
Fellowship Director/Senior Attorney

Social Justice Legal Foundation

523 West 6th Street, Suite 450

Los Angeles, CA  90014

(213) 259-2507

[https://link.edgepilot.com/s/f620721e/Pp6qaGDOcUaHxwuxr4mpmw?u=http://www.socialjusticelaw.org/](https://link.edgepilot.com/s/f620721e/Pp6qaGDOcUaHxwuxr4mpmw?u=http://www.socialjusticelaw.org/)

PLEASE NOTE: This message, including any attachments, may include privileged, confidential and/or inside information. Any distribution or use of this communication by anyone other than the intended recipient(s) is strictly prohibited and may be unlawful. If you are not the intended recipient, please notify the sender by replying to this message and then delete it from your system. Thank you.

---

**From:** Druit Gremillion Jr. <DGremillion@lpso.org>
**Sent:** Monday, January 27, 2025 12:36 PM
**To:** Marjorie Menza <mmenza@socialjusticelaw.org>
**Subject:** Re: Response to Public Records Request

Marjorie, thanks for your patience with this. This is our first day back open after the unprecedented snow storm that hit us.

Please let me know when we can reschedule this discussion so that we can get this completed.

Also, I believe the discovery you propounded, seeking similar records, is due today. Please let me know if you object to an extension to respond to the same until we have met to discuss.

Thanks,

Druit

**From:** Marjorie Menza
<mmenza@socialjusticelaw.org>
**Sent:** Tuesday, January 21, 2025 7:54 PM
**To:** Druit Gremillion Jr. <DGremillion@lpso.org>
**Subject:** RE: Response to Public Records
Request

OK.  Best of luck out there.

Marjorie J. Menza
Fellowship Director/Senior Attorney

Social Justice Legal Foundation

523 West 6th Street, Suite 450

Los Angeles, CA  90014

(213) 259-2507

https://link.edgepilot.com/s/51a2c56c/8IgYzU-
g9UWCHj-zrjrYdg?
u=http://www.socialjusticelaw.org/

PLEASE NOTE: This message, including
any attachments, may include privileged,
confidential and/or inside information. Any
distribution or use of this communication by
anyone other than the intended recipient(s) is
strictly prohibited and may be unlawful. If
you are not the intended recipient, please
notify the sender by replying to this message
and then delete it from your system. Thank
you.

**From:** Druit Gremillion Jr.
<DGremillion@lpso.org>
**Sent:** Tuesday, January 21, 2025 5:54 PM
**To:** Marjorie Menza
<mmenza@socialjusticelaw.org>
**Cc:** Sara Haji <shaji@socialjusticelaw.org>;
Website Info <info@socialjusticelaw.org>
**Subject:** Re: Response to Public Records
Request

I'm sorry Marjorie. I'm stuck out of town
due to the weather. I hope to be able to do
Thursday but will have a better ideas
tomorrow if I can get on my flight.

Thanks

Get Outlook for iOS

**From:** Marjorie Menza
<mmenza@socialjusticelaw.org>
**Sent:** Tuesday, January 21, 2025 6:46:22 PM
**To:** Druit Gremillion Jr. <DGremillion@lpso.org>
**Cc:** Sara Haji <shaji@socialjusticelaw.org>;
Website Info <info@socialjusticelaw.org>
**Subject:** RE: Response to Public Records
Request

Druit,

I did not receive a response to the below.  I am
not longer available on Wednesday but can do
the Thursday times as indicated.  Would you let
me know?

Best,

Margie


Marjorie J. Menza
Fellowship Director/Senior Attorney

Social Justice Legal Foundation

523 West 6th Street, Suite 450

Los Angeles, CA  90014

(213) 259-2507

https://link.edgepilot.com/s/cd32bd7d/1qJCnKwd2ku4gBnR1Tc65g?
u=http://www.socialjusticelaw.org/




PLEASE NOTE: This message, including
any attachments, may include privileged,
confidential and/or inside information. Any
distribution or use of this communication by
anyone other than the intended recipient(s) is
strictly prohibited and may be unlawful. If
you are not the intended recipient, please
notify the sender by replying to this message
and then delete it from your system. Thank
you.

---

**From:** Marjorie Menza
**Sent:** Thursday, January 16, 2025 4:50 PM
**To:** Druit Gremillion Jr. <DGremillion@lpso.org>
**Cc:** Sara Haji <shaji@socialjusticelaw.org>;
Website Info <info@socialjusticelaw.org>
**Subject:** RE: Response to Public Records
Request

Druit,

Thank you for your email.  Sara asked me to follow-up with you to work on this request. I have availability Wednesday, January 22nd between 11 A.M. and 1 PM Central. Does any time in there work for you?  I can also do Thursday, January 23, same time frame.

Best,

Margie

---

**From:** Druit Gremillion Jr. <DGremillion@lpso.org>
**Sent:** Monday, January 13, 2025 4:53 PM
**To:** Website Info <info@socialjusticelaw.org>
**Cc:** DAWN L WAWAK <dwawak@lpso.org>
**Subject:** Response to Public Records Request

Sara,

We are in receipt of your public records request. I apologize for the delay in this response, as we have been investigating the volume of records that are subject to production in the request.

At this time, given the scope of the request, there are several categories that would be unduly burdensome to produce without some

limitation on the scope of the requested records.

I would like to schedule a call to discuss these issues with you. Please let me know when you may be available for the same.

Thank you,

Druit



**Druit G. Gremillion, Jr.**

*Chief Legal Counsel*

**Livingston Parish**

**Sheriff's Office**

**Direct: 225.435.1375**

**Main: 225.686.2241**

**Fax: 225.686.1922**

**E: dgremillion@lpso.org**

20300 Government Blvd.

P.O. Box 850 (Mailing)

Livingston, LA  70754

**https://link.edgepilot.com/s/e438466d/OS_JYLs6-kmsrFaPePToqw?u=http://www.lpso.org/**

The information contained in this electronic mail transmission and the accompanying pages is intended solely for the addressee(s) named above.  If you are not an addressee, or responsible for delivering these documents to an addressee, you have received this document in error and you are strictly prohibited from reading or disclosing it.  The information contained in this document is highly confidential and may be subject to legally enforceable privileges.  Unless you are an addressee, or associated with an addressee for delivery purposes, you may violate these privileges and subject yourself to liability if you do anything with this document or the information it contains other than calling us by telephone (225) 686-2241 and returning this document to us at once.

PLEASE NOTE: This message, including any attachments, may include privileged, confidential and/or inside information. Any distribution or use of this communication by anyone other than the intended recipient(s) is strictly prohibited and may be unlawful. If you are not the intended recipient, please notify the sender by replying to this message and then delete it from your system. Thank you.

Links contained in this email have been replaced. If you click on a link in the email above, the link will be analyzed for known threats. If a known threat is found, you will not be able to proceed to the destination. If suspicious content is detected, you will see a warning.

PLEASE NOTE: This message, including any attachments, may include privileged, confidential and/or inside information. Any distribution or use of this communication by anyone other than the intended recipient(s) is strictly prohibited and may be unlawful. If you are not the intended recipient, please notify the sender by replying to this message and then delete it from your system. Thank you.

Links contained in this email have been

replaced. If you click on a link in the email above, the link will be analyzed for known threats. If a known threat is found, you will not be able to proceed to the destination. If suspicious content is detected, you will see a warning.

PLEASE NOTE: This message, including any attachments, may include privileged, confidential and/or inside information. Any distribution or use of this communication by anyone other than the intended recipient(s) is strictly prohibited and may be unlawful. If you are not the intended recipient, please notify the sender by replying to this message and then delete it from your system. Thank you.

Links contained in this email have been replaced. If you click on a link in the email above, the link will be analyzed for known threats. If a known threat is found, you will not be able to proceed to the destination. If suspicious content is detected, you will see a warning.

PLEASE NOTE: This message, including any attachments, may include privileged, confidential and/or inside information. Any distribution or use of this communication by anyone other than the intended recipient(s) is strictly prohibited and may be unlawful. If you are not the intended recipient, please notify the sender by replying to this message and then delete it from your system. Thank you.

Links contained in this email have been replaced. If you click on a link in the email above, the link will be analyzed for known threats. If a known threat is found, you will not be able to proceed to the destination. If suspicious content is detected, you will see a warning.

PLEASE NOTE: This message, including any attachments, may include privileged, confidential and/or inside information. Any distribution or use of this communication by anyone other than the intended recipient(s) is strictly prohibited and may be unlawful. If you are not the intended recipient, please notify the

sender by replying to this message and then delete it from your system. Thank you.

Links contained in this email have been replaced. If you click on a link in the email above, the link will be analyzed for known threats. If a known threat is found, you will not be able to proceed to the destination. If suspicious content is detected, you will see a warning.

PLEASE NOTE: This message, including any attachments, may include privileged, confidential and/or inside information. Any distribution or use of this communication by anyone other than the intended recipient(s) is strictly prohibited and may be unlawful. If you are not the intended recipient, please notify the sender by replying to this message and then delete it from your system. Thank you.

Links contained in this email have been replaced. If you click on a link in the email above, the link will be analyzed for known threats. If a known threat is found, you will not be able to proceed to the destination. If suspicious content is detected, you will see a warning.

PLEASE NOTE: This message, including any attachments, may include privileged, confidential and/or inside information. Any distribution or use of this communication by anyone other than the intended recipient(s) is strictly prohibited and may be unlawful. If you are not the intended recipient, please notify the sender by replying to this message and then delete it from your system. Thank you.

Links contained in this email have been replaced. If you click on a link in the email above, the link will be analyzed for known threats. If a known threat is found, you will not be able to proceed to the destination. If suspicious content is detected, you will see a warning.

PLEASE NOTE: This message, including any attachments, may include privileged, confidential and/or inside information. Any distribution or use of this communication by anyone other than the intended recipient(s) is strictly prohibited and may be unlawful. If you are not the intended recipient, please notify the sender by replying to this message and then delete it from your system. Thank you.

PLEASE NOTE: This message, including any attachments, may include privileged, confidential and/or inside information. Any distribution or use of this communication by anyone other than the intended recipient(s) is strictly prohibited and may be unlawful. If

you are not the intended recipient, please notify the sender by replying to this message and then delete it from your system. Thank you.

PLEASE NOTE: This message, including any attachments, may include privileged, confidential and/or inside information. Any distribution or use of this communication by anyone other than the intended recipient(s) is strictly prohibited and may be unlawful. If you are not the intended recipient, please notify the sender by replying to this message and then delete it from your system. Thank you.

Links contained in this email have been replaced. If you click on a link in the email above, the link will be analyzed for known threats. If a known threat is found, you will not be able to proceed to the destination. If suspicious content is detected, you will see a warning.

PLEASE NOTE: This message, including any attachments, may include privileged, confidential and/or inside information. Any distribution or use of this communication by anyone other than the intended recipient(s) is strictly prohibited and may be unlawful. If you are not the intended recipient, please notify the sender by replying to this message and then delete it from your system. Thank you.

Links contained in this email have been replaced. If you click on a link in the email above, the link will be analyzed for known threats. If a known threat is found, you will not be able to proceed to the destination. If suspicious content is detected, you will see a warning.

PLEASE NOTE: This message, including any attachments, may include privileged, confidential and/or inside information. Any distribution or use of this communication by anyone other than the intended recipient(s) is strictly prohibited and may be unlawful. If you are not the intended recipient, please notify the sender by replying to this message and then delete it from your system. Thank you.

Links contained in this email have been replaced. If you click on a link in the email above, the link will be analyzed for known threats. If a known threat is found, you will not be able to proceed to the destination. If suspicious content is detected, you will see a warning.

PLEASE NOTE: This message, including any attachments, may include privileged, confidential and/or inside information. Any distribution or use of this communication by anyone other than the intended recipient(s) is strictly prohibited and may be unlawful. If you are not the intended recipient, please notify the sender by replying to this message and then delete it from your system. Thank you.

Links contained in this email have been replaced. If you click on a link in the email above, the link will be analyzed for known threats. If a known threat is found, you will not be able to proceed to the destination. If suspicious content is detected, you will see a warning.

PLEASE NOTE: This message, including any attachments, may include privileged, confidential and/or inside information. Any distribution or use of this communication by anyone other than the intended recipient(s) is strictly prohibited and may be unlawful. If you are not the intended recipient, please notify the sender by replying to this message and then delete it from your system. Thank you.

Links contained in this email have been replaced. If you click on a link in the email above, the link will be analyzed for known threats. If a known threat is found, you will not be able to proceed to the destination. If suspicious content is detected, you will see a warning.

PLEASE NOTE: This message, including any attachments, may include privileged, confidential and/or inside information. Any distribution or use of this communication by anyone other than the intended recipient(s) is strictly prohibited and may be unlawful. If you are not the intended recipient, please notify the sender by replying to this message and then delete it from your system. Thank you.

Links contained in this email have been replaced. If you click on a link in the email above, the link will be analyzed for known threats. If a known threat is found, you will not be able to proceed to the destination. If suspicious content is detected, you will see a warning.

PLEASE NOTE: This message, including any attachments, may include privileged, confidential and/or inside information. Any distribution or use of this communication by anyone other than the intended recipient(s) is strictly prohibited and may be unlawful. If you are not the intended recipient, please notify the sender by replying to this message and then delete it from your system. Thank you.

Links contained in this email have been replaced. If you click on a link in the email above, the link will be analyzed for known threats. If a known threat is found, you will not be able to proceed to the destination. If suspicious content is detected, you will see a warning.