# EXHIBIT 13-7



**SARA HAJI**
*Executive Director*

info@socialjusticelaw.org
Main: 213 542 5241
D: 213 259-2501
F: 323 784 2007

523 West 6th Street
Suite 450
Los Angeles, CA 90014

April 23, 2025

**VIA EMAIL**
Mr. Jason Harris
Clerk of Court
20300 Government Blvd
Livingston, LA 70754
(225) 686-2216

Re:    Public Records Request on behalf of The Social Justice Legal Foundation

Dear Mr. Harris:

Pursuant to the Public Records Act of Louisiana, R.S. 44:1 et seq., on behalf of the Social Justice Legal Foundation, I request copies of the public records described below.

For purposes of this request, the term "Case Charge Report" includes, but is not limited to, any summaries, reports, or spreadsheets organized by traffic offense that contain a case number, defendant name, charge filing date, statute, statute description and charge start date. An example Case Charge Report produced to the Social Justice Legal Foundation by the Livingston Parish Clerk of Court from a previous public records request is attached to this request. *See* Exhibit A, *Case Charge Report, La. R.S. 32:104.*

1. Any Case Charge Report records related to the charge of R.S. 32:304(c) (License Plate Light Required) between 2020 and 2021.

2. Any Case Charge Report records related to the charge of R.S. 47:536.8 (Switched License Plates) between 2020 and 2021.

3. Any Case Charge Report records related to the charge of R.S. 32:361.1 (Window Tint) between 2020 and 2021.

4. Any Case Charge Report records related to the charge of R.S. 32:79 (Improper Lane Usage) between 2020 and 2021.

5. Any Case Charge Report records related to the charge of R.S. 32:1304 (False Motor Vehicle Inspection Certificate) between 2020 and 2021.

6. Any Case Charge Report records related to the charge of R.S. 32:303 (Headlights Required) between 2020 and 2021.

7. Any Case Charge Report records related to the charge of R.S. 32:123 (Stop Sign/Yield Sign) between 2020 and 2021.



8. Any Case Charge Report records related to the charge of R.S. 32:304 (Taillights Required) between 2020 and 2021.

9. Any Case Charge Report records related to the charge of R.S. 32:53 (Motor Vehicle Inspection Certificate Required) between 2020 and 2021.

Under the provisions of R.S. 44:32, if you raise a question as to whether any of the records requested is a public record, you are required to notify in writing the person making the request of your determination and the reasons, including the legal basis therefor for such exemption. Notice shall be made within five days of the receipt of the request, exclusive of Saturdays, Sundays and legal public holidays. **In other words, because this request has been sent via email and with holiday closures, that notice shall be made no later than by end of day, May 1, 2025**. *See* R.S. 44:32(D). In that same notice, if you claim any exemption for a record or records under the Public Records Act, or any other statute, you are required to include for each record the section of law under which exemption is claimed and your reasons for believing the statute is applicable to the record. *See id., see also* R.S. 44:31(B)(3). Failure to provide proper notice within the five days may result in the initiation of proceedings for the issuance of a writ of mandamus. *Krielow v. Louisiana State Univ. Bd. of Supervisors,* 2019-0176 (La. App. 1 Cir. 11/15/15), 290 So. 3d 1194, 1202–03.

*An entire record may not be withheld on the basis of a portion of that record containing non-public information; segregating public records is incumbent upon the custodian of records including proper redaction of nonpublic information. See* R.S. 44:32(B); *see also Krielow,* 290 So. 3d at 1202–03.

Under the provisions of R.S. 44:33, if the public record is not immediately available, you are required to certify this in writing promptly, and in your certificate fix a day and hour **within three days**, exclusive of Saturdays, Sundays and legal public holidays, for the exercise of the right granted in the Public Records Act.

Under R.S. 44:34, "If any public record applied for by any authorized person is not in the custody or control of the person to whom the application is made, such person shall promptly certify this in writing to the applicant, and shall in the certificate state in detail to the best of his knowledge and belief, the reason for the absence of the record from his custody or control, its location, what person has custody of the record and the manner and method in which, and the exact time at which it was taken from his custody and control. He shall include in the certificate ample and detailed answers to inquiries of the applicant which may facilitate the exercise of the right granted by this Chapter."

If you are invoking R.S. 44:34 to deny this request, please answer the following questions in detail.

1. Is a copy of the requested public record usually located in your office?

2. Why is your copy of the requested public record absent from your office?

3. Where is your copy of the requested public record?

4. Who has received a copy of the requested public record?



5. How and from whom did the present custodian gain control of your copy of the requested public record?

6. What was the exact time your copy of the public record was taken from your custody and control?

7. When will your copy of the requested public record be returned to your office?

8. Is there any other public official who has a copy of the requested record?

9. What is/are the name(s) of anyone who has a copy of the requested public record?

10. What is/are the location(s) where the public record can be viewed?

11. What are the hours and dates when the requested public record can be viewed?

Please contact us at the number below when the requested materials are ready to be mailed, or, alternatively, contact us by email. We request that any and all documents that are available be made available in electronic form. This request includes any documents that are in paper form but that can be scanned to electronic form, as well as digital copies of any recordings. For those documents that cannot be produced in electronic form, if the cost of copies does not exceed $50.00, proceed without further approval and send us an invoice with the records; otherwise, call to advise and gain approval to proceed. As you are aware, failure to abide by the Public Records Law may result in certain penalties and the award of attorney's fees. **As stated above, accounting for holiday closures, we expect a response by no later than the end of day, May 1, 2025.** We trust that you will comply without the necessity of any further action on our part.

Sincerely,

Sara Haji
Executive Director
Social Justice Legal Foundation
info@socialjusticelaw.org
213 542 5241

# Exhibit A

Case 3:22-cv-00326-JWD-RLB   Document 184-18   10/20/25   Page 5 of 19

# LIVINGSTON PARISH
## JASON B. HARRIS - CLERK OF COURT

**Case Charges Report**
For 5/1/2017 Through 5/1/2022
Revised Statute = 32:104
Searching Charges

| Case Number | Defendant Name | Filing Date | Statute | Description | Start Date |
|---|---|---|---|---|---|
| 17-JUV- | | 05/22/2017 | 32:104 | TURNING MOVEMENTS AND REQUIRED SIGNALS | 03/12/2017 |
| 17-MISD-114322 | SANDERS, TRENT MICHAEL | 05/17/2017 | 32:104 | IMPROPER TURN AND/OR FAILURE TO GIVE REQUIRED SIGNAL | 05/17/2017 |
| 17-MISD-114364 | WALKER, MARCUS K | 05/25/2017 | 32:104 | IMPROPER TURN AND/OR FAILURE TO GIVE REQUIRED SIGNAL | 05/25/2017 |
| 17-MISD-114421 | AGNEW, BRANDON LEE | 05/01/2017 | 32:104 | IMPROPER TURN AND/OR FAILURE TO GIVE REQUIRED SIGNAL | 05/01/2017 |
| 17-MISD-114606 | WILEY, KRISTIAN PAUL | 06/29/2017 | 32:104 | IMPROPER TURN AND.OR FAILURE TO GIVE REQUIRED SIGNAL | 06/29/2017 |
| 17-MISD-114835 | CAUSEY, DILLON DOUGLAS | 08/03/2017 | 32:104 | IMPROPER TURN AND/OR FAILURE TO GIVE REQUIRED SIGNAL | 08/03/2017 |
| 17-MISD-115136 | MCNABB, JENNIFER LYNN | 09/18/2017 | 32:104 | IMPROPER TURN AND/OR FAILURE TO GIVE REQUIRED SIGNAL | 09/18/2017 |
| 17-MISD-115230 | CULPEPPER, ROBERT MACKENZIE | 10/03/2017 | 32:104 | IMPROPER TURN AND/OR FAILURE TO GIVE REQUIRED SIGNAL | 10/03/2017 |
| 17-MISD-115261 | DUNCAN, ERIC ODALE | 10/04/2017 | 32:104 | IMPROPER TURN AND/OR FAILURE TO GIVE REQUIRED SIGNAL | 10/04/2017 |
| 17-MISD-115686 | STEWART, TRAMPIS BROCK | 12/07/2017 | 32:104 | IMPROPER TURN AND/OR FAILURE TO GIVE REQUIRED SIGNAL | 12/07/2017 |
| 17-MISD-115729 | URREA, JUAN | 12/13/2017 | 32:104 | IMPROPER TURN AND/OR FAILURE TO GIVE REQUIRED SIGNAL | 12/13/2017 |
| 17-MISD-115746 | MCGOVERN, DYLAN J | 12/18/2017 | 32:104 | IMPROPER TURN AND/OR FAILURE TO GIVE REQUIRED SIGNAL | 12/18/2017 |
| 17-MISD-115767 | BETZ, ROBERT J | 12/19/2017 | 32:104 | IMPROPER TURN AND/OR FAILURE TO GIVE REQUIRED SIGNAL | 12/19/2017 |
| 17-TRAF-239925 | MURPHY, HEATHER A | 05/22/2017 | 32:104 | IMPROPER TURN AND/OR FAILURE TO GIVE REQUIRED SIGN | 04/07/2017 |
| 17-TRAF-240699 | CARTER, DINISHA TRISHELL | 06/16/2017 | 32:104 | IMPROPER TURN AND/OR FAILURE TO GIVE REQUIRED SIGN | 05/12/2017 |
| 17-TRAF-242008 | FRAZIER, THOMAS AUSTIN | 07/24/2017 | 32:104 | IMPROPER TURN AND/OR FAILURE TO GIVE REQUIRED SIGN | 06/13/2017 |
| 17-TRAF-243149 | MCKEY, BRANDON CHASE | 08/10/2017 | 32:104 | IMPROPER TURN AND/OR FAILURE TO GIVE REQUIRED SIGN | 08/10/2017 |

# LIVINGSTON PARISH
## JASON B. HARRIS - CLERK OF COURT

**Case Charges Report**
For 5/1/2017 Through 5/1/2022
Revised Statute = 32:104
Searching Charges

| Case Number | Defendant Name | Filing Date | Statute | Description | Start Date |
|---|---|---|---|---|---|
| 17-TRAF-244557 | PICARD, TAYLOR | 10/02/2017 | 32:104 | IMPROPER TURN AND/OR FAILURE TO GIVE REQUIRED SIGN | 10/04/2017 |
| 17-TRAF-244944 | OLINDE, JOHN D | 10/11/2017 | 32:104 | IMPROPER TURN AND/OR FAILURE TO GIVE REQUIRED SIGN | 08/28/2017 |
| 17-TRAF-245353 | LAVERNE, ERICK SR | 10/17/2017 | 32:104 | IMPROPER TURN AND/OR FAILURE TO GIVE REQUIRED SIGN | 08/30/2017 |
| 17-TRAF-246143 | FLEMING, ARTHUR JOEY | 11/13/2017 | 32:104 | IMPROPER TURN AND/OR FAILURE TO GIVE REQUIRED SIGN | 11/13/2017 |
| 17-TRAF-247005 | LATINO, STEPHANIE LOUISE | 12/01/2017 | 32:104 | IMPROPER TURN AND/OR FAILURE TO GIVE REQUIRED SIGN | 10/19/2017 |
| 17-TRAF-247187 | TRAVIS, JAMES EDWARD III | 12/04/2017 | 32:104 | IMPROPER TURN AND/OR FAILURE TO GIVE REQUIRED SIGN | 11/14/2017 |
| 18-MISD-115961 | SMITH, JENNIFER LYNNE | 01/29/2018 | 32:104 | IMPROPER TURN AND/OR FAILURE TO GIVE REQUIRED SIGNAL | 01/29/2018 |
| 18-MISD-116074 | SOREY, GREGORY M | 02/08/2018 | 32:104 | IMPROPER TURN AND/OR FAILURE TO GIVE REQUIRED SIGNAL | 02/08/2018 |
| 18-MISD-116370 | JOHNSON, REGINA FAY | 03/22/2018 | 32:104 | IMPROPER TURN AND/OR FAILURE TO GIVE REQUIRED SIGNAL | 03/22/2018 |
| 18-MISD-116379 | ARDOIN, JOSHUA MERRICK | 03/23/2018 | 32:104 | IMPROPER TURN AND/OR FAILURE TO GIVE REQUIRED SIGNAL | 03/23/2018 |
| 18-MISD-116436 | SIMMONS, JENNINGS LEON JR | 03/28/2018 | 32:104 | IMPROPER TURN AND/OR FAILURE TO GIVE REQUIRED SIGNAL | 03/28/2018 |
| 18-MISD-116539 | POOLE, MICHAEL JASPER JR | 04/09/2018 | 32:104 | IMPROPER TURN/ OR FAILURE TO GIVE REQUIRED SIGNAL | 04/09/2018 |
| 18-MISD-116590 | FONTENOT, NOLAN V | 04/18/2018 | 32:104 | IMPROPER TURN AND/OR FAILURE TO GIVE REQUIRED SIGNAL | 04/18/2018 |
| 18-MISD-116823 | AVERETT, ARRON | 05/21/2018 | 32:104 | IMPROPER TURN AND/OR FAILURE TO GIVE REQUIRED SIGNAL | 05/21/2018 |
| 18-MISD-116844 | PEREZ, JOSE TREVINO | 05/21/2018 | 32:104 | IMPROPER TURN AND/OR FAILURE TO GIVE REQUIRED SIGNAL | 05/21/2018 |
| 18-MISD-116924 | ROSSMOINE, JESSICA MARIE | 06/01/2018 | 32:104 | IMPROPER TURN AND/OR FAILURE TO GIVE REQUIRED SIGNAL | 06/01/2018 |
| 18-MISD-116974 | WOODWARD, JOHN A | 06/07/2018 | 32:104 | IMPROPER TURN AND/OR FAILURE TO GIVE REQUIRED SIGNAL | 06/07/2018 |

# LIVINGSTON PARISH
## JASON B. HARRIS - CLERK OF COURT

Case Charges Report

For 5/1/2017 Through 5/1/2022
Revised Statute = 32:104
Searching Charges

| Case Number | Defendant Name | Filing Date | Statute | Description | Start Date |
|---|---|---|---|---|---|
| 18-MISD-117088 | MCRANEY, LANDON K | 06/25/2018 | 32:104 | IMPROPER TURN AND/OR FAILURE TO GIVE REQUIRED SIGNAL | 06/25/2018 |
| 18-MISD-117288 | BOWLING, MIRANDA KAY | 07/24/2018 | 32:104 | IMPROPER TURN AND/OR FAILURE TO GIVE REQUIRED SIGNAL | 07/24/2018 |
| 18-MISD-117520 | COTHAM-BURTON, JUSTIN SCOTT | 08/16/2018 | 32:104 | IMPROPER TURN AND/OR FAILURE TO GIVE REQUIRED SIGNAL | 08/16/2018 |
| 18-MISD-117641 | ENDSLEY, JOSEF ROSS | 08/29/2018 | 32:104 | IMPROPER TURN AND/OR FAILURE TO GIVE REQUIRED SIGNAL | 08/29/2018 |
| 18-MISD-117660 | OTTS, ERIK DOUGLAS | 08/31/2018 | 32:104 | IMPROPER TURN AND/OR FAILURE TO GIVE REQUIRED SIGNAL | 08/31/2018 |
| 18-MISD-117661 | THOMAS, BRYANT | 08/31/2018 | 32:104 | IMPROPER TURN AND/OR FAILURE TO GIVE REQUIRED SIGNAL | 08/31/2018 |
| 18-MISD-117798 | LAURENT, RAUMAN MARC | 10/02/2018 | 32:104 | IMPROPER TURN AND/OR FAILURE TO GIVE REQUIRED SIGNAL | 10/02/2018 |
| 18-MISD-117822 | WALTHER, LOGAN STEVEN | 10/04/2018 | 32:104 | IMPROPER TURN AND/OR FAILURE TO GIVE REQUIRED SIGNAL | 10/04/2018 |
| 18-MISD-118146 | ADAMS, JARRETT BLAKE | 11/26/2018 | 32:104 | IMPROPER TURN AND/OR FAILURE TO GIVE REQUIRED SIGNAL | 11/26/2018 |
| 18-MISD-118248 | MANSION, CHRIS PYANNE | 12/11/2018 | 32:104 | IMPROPER TURN AND/OR FAILURE TO GIVE REQUIRED SIGNAL | 12/11/2018 |
| 18-TRAF-247740 | BARBER, DREW RYALS | 01/08/2018 | 32:104 | IMPROPER TURN AND/OR FAILURE TO GIVE REQUIRED SIGN | 12/21/2017 |
| 18-TRAF-247918 | FERRIER, CHARLES MICHAEL | 01/08/2018 | 32:104 | IMPROPER TURN AND/OR FAILURE TO GIVE REQUIRED SIGN | 12/22/2017 |
| 18-TRAF-248090 | LAWSON, JIMMY D | 01/08/2018 | 32:104 | IMPROER TURN AND/OR FAILURE TO GIVE REQUIRED SIGNA | 12/21/2017 |
| 18-TRAF-248165 | MCNEAL, HEATHER L | 01/08/2018 | 32:104 | IMPROPER TURN AND/OR FAILURE TO GIVE REQUIRED SIGN | 12/19/2017 |
| 18-TRAF-248278 | ROBERTS, MICHAEL JARRED | 01/08/2018 | 32:104 | IMPROPER TURN AND/OR FAILURE TO GIVE REQUIRED SIGN | 12/22/2017 |
| 18-TRAF-249196 | OVERLAND, JACOB MICHAEL | 02/05/2018 | 32:104 | IMPROPER TURN AND/OR FAILURE TO GIVE REQUIRED SIGN | 02/01/2018 |
| 18-TRAF-249200 | PARKER, CRAIG A | 02/05/2018 | 32:104 | IMPROPER TURN AND/OR FAILURE TO GIVE REQUIRED SIGN | 01/08/2018 |

# LIVINGSTON PARISH
## JASON B. HARRIS - CLERK OF COURT

Case Charges Report
For 5/1/2017 Through 5/1/2022
Revised Statute = 32:104
Searching Charges

| Case Number | Defendant Name | Filing Date | Statute | Description | Start Date |
|---|---|---|---|---|---|
| 18-TRAF-249737 | BUTCHER, EDWIN | 03/05/2018 | 32:104 | IMPROPER TURN AND/OR FAILURE TO GIVE REQUIRED SIGN | 02/20/2018 |
| 18-TRAF-250247 | WALBER, LUKE EDWARD | 03/19/2018 | 32:104 | IMPROPER TURN AND/OR FAILURE TO GIVE REQUIRED SIGN | 01/29/2018 |
| 18-TRAF-250387 | STRAWBRIDGE, MELLISSA MORGAN | 03/28/2018 | 32:104 | IMPROPER TURN AND/OR FAILURE TO GIVE REQUIRED SIGN | 03/16/2018 |
| 18-TRAF-251192 | BERGIN, ZACHARY MONTANA | 05/14/2018 | 32:104 | FAILURE TO YIELD TURNING; W/2 CAR ACCIDENT | 03/12/2018 |
| 18-TRAF-251210 | GAUTREAU, RAPHEAL G | 05/14/2018 | 32:104 | FAILURE TO YIELD TURNING W/2 CAR ACCIDENT | 03/19/2018 |
| 18-TRAF-251365 | MOORE, ERIN MICHELLE MARTIN | 05/21/2018 | 32:104 | TURNING MOVEMENTS W/2 CAR ACCIDENT | 03/19/2018 |
| 18-TRAF-251376 | PATTERSON, EMILY DESHAE | 05/21/2018 | 32:104 | IMPROPER TURN AND/OR FAILURE TO GIVE REQUIRED SIGN | 04/02/2018 |
| 18-TRAF-251452 | ANNISON, TREY MICHAEL | 06/01/2018 | 32:104 | IMPROPER TURN AND/OR FAILURE TO GIVE REQUIRED SIGN | 04/25/2018 |
| 18-TRAF-251633 | JORDAN, ROBERT M JR | 06/04/2018 | 32:104 | IMPROPER TURN AND/OR FAILURE TO GIVE REQUIRED SIGN | 04/02/2018 |
| 18-TRAF-251827 | WHITWORTH, ADAM C | 06/05/2018 | 32:104 | IMPROPER TURN AND/OR FAILURE TO GIVE REQUIRED SIGN | 05/09/2018 |
| 18-TRAF-254617 | DEW, CANDICE M | 09/17/2018 | 32:104 | IMPROPER TURN AND/OR FAILURE TO GIVE REQUIRED SIGN | 08/07/2018 |
| 18-TRAF-255161 | FAULKNER, LANDON A | 10/10/2018 | 32:104 | IMPROPER TURN AND/OR FAILURE TO GIVE REQUIRED SIGN | 09/28/2018 |
| 18-TRAF-255400 | STEWART, DESHUN JEROME JR | 10/10/2018 | 32:104 | IMPROPER TURN AND/OR FAILURE TO GIVE REQUIRED SIGN | 10/01/2018 |
| 18-TRAF-255713 | ROBINSON, KENNETH E | 10/19/2018 | 32:104 | IMPROPER TURN AND/OR FAILURE TO GIVE REQUIRED SIGN | 10/03/2018 |
| 18-TRAF-255938 | COPE, PAUL PAUL | 11/08/2018 | 32:104 | IMPROPER TURN AND/OR FAILURE TO GIVE REQUIRED SIGN | 10/31/2018 |
| 18-TRAF-256483 | ALEXANDER, JULIEN NICOLE | 11/19/2018 | 32:104 | IMPROPER TURN AND/OR FAILURE TO GIVE REQUIRED SIGN | 11/08/2018 |
| 18-TRAF-256796 | MCKINNEY, JERRY SULLIVAN | 11/20/2018 | 32:104 | IMPROPER TURN AND/OR FAILURE TO GIVE REQUIRED SIGN | 09/25/2018 |

# LIVINGSTON PARISH
## JASON B. HARRIS - CLERK OF COURT

**Case Charges Report**
For 5/1/2017 Through 5/1/2022
Revised Statute = 32:104
Searching Charges

| Case Number | Defendant Name | Filing Date | Statute | Description | Start Date |
|---|---|---|---|---|---|
| 18-TRAF-257021 | ANTOINE, STEVE M | 12/03/2018 | 32:104 | IMPROPER TURN AND/OR FAILURE TO GIVE REQUIRED SIGN | 11/28/2018 |
| 18-TRAF-257066 | CAPELLO, KAREN K | 12/03/2018 | 32:104 | IMPROPER TURN AND/OR FAILURE TO GIVE REQUIRED SIGN | 11/28/2018 |
| 18-TRAF-257137 | HAMPTON, DARRYL F | 12/03/2018 | 32:104 | IMPROPER TURN AND/OR FAILURE TO GIVE REQUIRED SIGN | 11/28/2018 |
| 18-TRAF-257260 | SMITH, TIMOTHY P | 12/03/2018 | 32:104 | IMPROPER TURN AND/OR FAILURE TO GIVE REQUIRED SIGN | 11/28/2018 |
| 19-MISD-118401 | BROWN, DAMON ANTHONY | 12/28/2018 | 32:104 | IMPROPER TURN AND/OR FAILURE TO GIVE REQUIRED SIGNAL | 12/28/2018 |
| 19-MISD-118527 | ROBERTS, JAMES COLON | 01/17/2019 | 32:104 | IMPROPER TURN AND/OR FAILURE TO GIVE REQUIRED SIGNAL | 01/17/2019 |
| 19-MISD-118540 | MURA, GAGE | 01/24/2019 | 32:104 | IMPROPER TURN AND/OR FAILURE TO GIVE REQUIRED SIGNAL | 01/24/2019 |
| 19-MISD-118670 | CEDOTAL, JAMIE LYNN | 02/12/2019 | 32:104 | IMPROPER TURN AND OR FAILURE TO GIVE REQUIRED SIGNAL | 02/12/2019 |
| 19-MISD-118814 | RAWLS, TOBY | 02/25/2019 | 32:104 | IMPROPER TURN AND OR/FAIL TO GIVE REQUIRED SIGNAL | 02/25/2019 |
| 19-MISD-118985 | GREMILLION, STEVEN DALE | 03/14/2019 | 32:104 | IMPROPER TURN AND/OR FAILURE TO GIVE REQUIRED SIGNAL | 03/14/2019 |
| 19-MISD-119054 | COLE, JOSHUA ANDREW | 03/19/2019 | 32:104 | IMPROPER TURN AND/OR FAILURE TO GIVE REQUIRED SIGNAL | 03/19/2019 |
| 19-MISD-119531 | BEIN, DALTON JEFFERY | 05/21/2019 | 32:104 | IMPROPER TURN AND/OR FAILURE TO GIVE REQUIRED SIGNAL | 05/21/2019 |
| 19-MISD-119570 | JUMONVILLE, TERRY JOHN | 05/24/2019 | 32:104 | IMPROPER TURN AND/OR FAILURE TO GIVE REQUIRED SIGNAL | 05/24/2019 |
| 19-MISD-119642 | FREE, SAMUEL JAMES | 06/05/2019 | 32:104 | TURNING MOVEMENTS AND REQUIRED SIGNALS | 06/05/2019 |
| 19-MISD-119736 | FLEMING, TROY MICHAEL | 06/05/2019 | 32:104 | IMPROPER TURN AND/OR FAILURE TO GIVE REQUIRED SIGNAL | 06/05/2019 |
| 19-MISD-119896 | DUFRENE, GLENN WOODROW JR | 06/28/2019 | 32:104 | IMPROPER TURN AND/OR FAILURE TO GIVE REQUIRED SIGNAL | 06/28/2019 |
| 19-MISD-120158 | MCDONALD, JESSE JAMES | 07/29/2019 | 32:104 | IMPROPER TURN AND/OR FAILURE TO GIVE REQUIRED SIGNAL | 07/29/2019 |

**LIVINGSTON PARISH**
**JASON B. HARRIS - CLERK OF COURT**

Case Charges Report
For 5/1/2017 Through 5/1/2022
Revised Statute = 32:104
Searching Charges

| Case Number | Defendant Name | Filing Date | Statute | Description | Start Date |
|---|---|---|---|---|---|
| 19-MISD-120171 | JONES, NOAH SETH | 07/29/2019 | 32:104 | IMPROPER TURN AND/OR FAILURE TO GIVE REQUIRED SIGNAL | 07/29/2019 |
| 19-MISD-120333 | ODEGAARD, MICHELLEE RODRIGUEZ | 08/12/2019 | 32:104 | IMPROPER TURN AND/OR FAILURE TO GIVE REQUIRED SIGNAL | 08/12/2019 |
| 19-MISD-120371 | HANO, SASHA PAIGE | 08/14/2019 | 32:104 | TURNING MOVEMENTS AND REQUIRED SIGNALS | 08/14/2019 |
| 19-MISD-120436 | SANDERS, BRANDY LOUISE | 08/21/2019 | 32:104 | IMPROPER TURN AND/OR FAILURE TO GIVE REQUIRED SIGNAL | 08/21/2019 |
| 19-MISD-120467 | HILL, PAUL ROGER III | 08/21/2019 | 32:104 | IMPROPER TURN AND/OR FAILURE TO GIVE REQUIRED SIGNAL | 08/21/2019 |
| 19-MISD-120784 | THOMASON, STEVEN A | 10/01/2019 | 32:104 | IMPROPER TURN AND/OR FAILURE TO GIVE REQUIRED SIGNAL | 10/01/2019 |
| 19-MISD-120810 | JACKSON, KELDRICK LAMAINE | 10/07/2019 | 32:104 | IMPROPER TURN AND/OR FAILURE TO GIVE REQUIRED SIGNAL | 10/07/2019 |
| 19-MISD-120822 | UMBERGER, CHRISTOPHER JOHN | 10/03/2019 | 32:104 | TURNING MOVEMENTS AND REQUIRED SIGNALS | 10/03/2019 |
| 19-MISD-121065 | GINN, EMANUEL | 10/30/2019 | 32:104 | IMPROPER TURN AND/OR FAILURE TO GIVE REQUIRED SIGNAL | 10/30/2019 |
| 19-MISD-121078 | CAVALIER, LEA ANN | 10/29/2019 | 32:104 | IMPROPER TURN AND/OR FAILURE T OGIVE REQUIRED SIGNAL | 10/29/2019 |
| 19-MISD-121082 | VALAZQUEZ, BRENDA | 10/31/2019 | 32:104 | IMPROPER TURN AND/OR FAILURE TO GIVE REQUIRED SIGNAL | 10/31/2019 |
| 19-MISD-121355 | CHUNN, JAMES HICKEY SR. | 12/11/2019 | 32:104 | IMPROPER TURN AND/OR FAILURE TO GIVE REQUIRED SIGNAL | 12/11/2019 |
| 19-TRAF-257794 | HARPER, KEVIN NEIL | 01/07/2019 | 32:104 | IMPROPER TURN AND/OR FAILURE TO GIVE REQUIRED SIGN | 12/03/2018 |
| 19-TRAF-257969 | WOODS, ANTHONY M JR | 01/07/2019 | 32:104 | IMPROPER TURN AND/OR FAILURE TO GIVE REQUIRED SIGN | 11/08/2018 |
| 19-TRAF-258604 | NADEAU, JOSEPH E JR | 02/11/2019 | 32:104 | IMPROPER TURN AND/OR FAILURE TO GIVE REQUIRED SIGN | 01/07/2019 |
| 19-TRAF-259068 | CAUSEY, SCOTT M | 03/18/2019 | 32:104 | IMPROPER TURN AND/OR FAILURE TO GIVE REQUIRED SIGN | 01/31/2019 |
| 19-TRAF-259087 | FELDER, JEREMY ROJOHN | 03/18/2019 | 32:104 | IMPROPER TURN AND/OR FAILURE TO GIVE REQUIRED SIGN | 02/04/2019 |

# LIVINGSTON PARISH
## JASON B. HARRIS - CLERK OF COURT

**Case Charges Report**
For 5/1/2017 Through 5/1/2022
Revised Statute = 32:104
Searching Charges

| Case Number | Defendant Name | Filing Date | Statute | Description | Start Date |
|---|---|---|---|---|---|
| 19-TRAF-259268 | LORIO, MICHAEL T | 03/25/2019 | 32:104 | IMPROPER TURN; FAILURE TO PROPERLY SIGNAL WHEN TUR | 01/23/2019 |
| 19-TRAF-259344 | CASTELLA, STEVEN CRAIG | 04/01/2019 | 32:104 | IMPROPER TURN AND/OR FAILURE TO GIVE REQUIRED SIGN | 02/12/2019 |
| 19-TRAF-259345 | CIFUENTES, RULBIN | 04/01/2019 | 32:104 | IMPROPER TURN AND/OR FAILURE TO GIVE REQUIRED SIGN | 01/25/2019 |
| 19-TRAF-260458 | ROBINETT, STEPHANIE | 05/13/2019 | 32:104 | IMPROPER TURN AND/OR FAILURE TO GIVE REQUIRED SIGN | 03/07/2019 |
| 19-TRAF-260862 | CORBIN, MICHAEL ANTHONY | 06/10/2019 | 32:104 | IMPROPER TURN AND/OR FAILURE TO GIVE REQUIRED SIGN | 04/01/2019 |
| 19-TRAF-261212 | ADDISON, JOANN E | 06/18/2019 | 32:104 | IMPROPER TURN AND/OR FAILURE TO GIVE REQUIRED SIGN | 05/02/2019 |
| 19-TRAF-261761 | BALLARD, RICKY L JR | 07/11/2019 | 32:104 | IMPROPER TURN AND/OR FAILURE TO GIVE REQUIRED SIGN | 04/24/2019 |
| 19-TRAF-261936 | KURTS, CONRAD WILLIAM | 07/11/2019 | 32:104 | IMPROPER TURN AND/OR FAILURE TO GIVE REQUIRED SIGN | 04/22/2019 |
| 19-TRAF-263153 | LAMARTINIERE, JASON RAY | 08/12/2019 | 32:104 | IMPROPER TURN AND/OR FAILURE TO GIVE REQUIRED SIGN | 06/12/2019 |
| 19-TRAF-263700 | STEWART, HEATHER DIANE BRYANT | 08/23/2019 | 32:104 | IMPROPER TURN AND/OR FAILURE TO GIVE REQUIRED SIGN | 06/20/2019 |
| 19-TRAF-264141 | POSEY, TINA LOUISE | 09/06/2019 | 32:104 | IMPROPER TURN AND/OR FAILURE TO GIVE REQUIRED SIGN | 07/03/2019 |
| 19-TRAF-264295 | THORNTON, JUSTIN WILLIAM | 09/06/2019 | 32:104 | IMPROPER TURN AND/OR FAILURE TO GIVE REQUIRED SIGN | 07/08/2019 |
| 19-TRAF-264518 | HOYT, DARRON MITCHELL | 09/16/2019 | 32:104 | IMPROPER TURN AND/OR FAILURE TO GIVE REQUIRED SIGN | 07/15/2019 |
| 19-TRAF-264806 | SCHEIDELL, MICHAEL JAMES | 09/20/2019 | 32:104 | IMPROPER TURN AND/OR FAILURE TO GIVE REQUIRED SIGN | 08/30/2019 |
| 19-TRAF-264869 | DELANEUVILLE, JADE MICHAEL | 09/24/2019 | 32:104 | IMPROPER TURN AND/OR FAILURE TO GIVE REQUIRED SIGN | 08/23/2019 |
| 19-TRAF-264994 | THOMPSON, PENNY J | 09/30/2019 | 32:104 | IMPROPER TURN AND/OR FAILURE TO GIVE REQUIRED SIGN | 09/16/2019 |
| 19-TRAF-267092 | BYRNS, MICHAEL CHARLES | 12/06/2019 | 32:104 | IMPROPER TURN; FAILURE TO PROPERLY SIGNAL W/ 2 CAR | 10/09/2019 |

# LIVINGSTON PARISH
## JASON B. HARRIS - CLERK OF COURT

**Case Charges Report**
For 5/1/2017 Through 5/1/2022
Revised Statute = 32:104
Searching Charges

| Case Number | Defendant Name | Filing Date | Statute | Description | Start Date |
|---|---|---|---|---|---|
| 19-TRAF-267236 | MORRIS, JODY LEE | 12/06/2019 | 32:104 | IMPROPER TURN AND/OR FAILURE TO GIVE REQUIRED SIGN | 10/22/2019 |
| 19-TRAF-267339 | PREVOST, BRANDON WADE | 12/10/2019 | 32:104 | IMPROPER TURN AND/OR FAILURE TO GIVE REQUIRED SIGN | 10/22/2019 |
| 20-JUV- | | 11/12/2020 | 32:104 | IMPROPER TURN AND/OR FAILURE TO GIVE REQUIRED SIGNAL | 11/12/2020 |
| 20-MISD-121508 | ESTAY, GENE | 01/15/2020 | 32:104 | IMPROPER TURN AND/OR FAILURE TO GIVE REQUIRED SIGNAL | 01/15/2020 |
| 20-MISD-121524 | SERVICE, ANDREW MARK IV | 01/16/2020 | 32:104 | TURNING MOVEMENTS AND REQUIRED SIGNALS | 01/16/2020 |
| 20-MISD-121531 | NEELY, DOMINIK CHRISTIAN | 01/16/2020 | 32:104 | IMPROPER TURN AND/OR FAILURE TO GIVE REQUIRED SIGNAL | 01/16/2020 |
| 20-MISD-121551 | SCOTT, DANDRE GEORGE | 01/17/2020 | 32:104 | IMPROPER TURN AND/OR FAILURE TO GIVE REQUIRED SIGNAL | 01/17/2020 |
| 20-MISD-121624 | MYERS, MICHAEL ALLEN | 01/28/2020 | 32:104 | IMPROPER TURN AND OR FAILURE TO GIVE REQUIRED SIGNAL | 01/28/2020 |
| 20-MISD-121913 | TANNER, KEVIN BEAUX | 03/03/2020 | 32:104 | TURNING MOVEMENTS AND REQUIRED SIGNALS | 03/03/2020 |
| 20-MISD-121977 | SANDERS, SHEILA FAY | 03/12/2020 | 32:104 | IMPORPER TURN AND OR FAILURE TO GIVE REQUIRED SIGNAL | 03/12/2020 |
| 20-MISD-122094 | BUTLER, MICHAEL JOSEPH | 03/19/2020 | 32:104 | IMPROPER TURN AND/OR FAILURE TO GIVE REQUIRED SIGNAL | 03/19/2020 |
| 20-MISD-122160 | SCOTT, MORGAN DEMON | 04/13/2020 | 32:104 | TURNING MOVEMENTS AND REQUIRED SIGNALS | 04/13/2020 |
| 20-MISD-122186 | HEBERT, BRANDON LEE | 04/21/2020 | 32:104 | TURNING MOVEMENTS AND REQUIRED SIGNALS | 04/21/2020 |
| 20-MISD-122202 | BENOIT, DEVONI NICOLE | 04/21/2020 | 32:104 | IMPROPER TURN AND/OR FAILURE TO GIVE REQUIRED SIGNAL | 04/21/2020 |
| 20-MISD-122239 | TENHET, WILLIAM KIRBY | 04/29/2020 | 32:104 | IMPROPER TURN AND/OR FAILURE TO GIVE REQUIRED SIGNAL | 04/29/2020 |
| 20-MISD-122492 | VANCEL, BRANDY EVAN | 06/02/2020 | 32:104 | IMPROPER TURN AND OR FAILURE TO GIVE REQUIRED SIGNAL | 06/02/2020 |
| 20-MISD-122910 | SURITA, MICHAEL JOSEPH | 08/25/2020 | 32:104 | TURNING MOVEMENTS AND REQUIRED SIGNALS | 07/28/2020 |

# LIVINGSTON PARISH
## JASON B. HARRIS - CLERK OF COURT

**Case Charges Report**
For 5/1/2017 Through 5/1/2022
Revised Statute = 32:104
Searching Charges

| Case Number | Defendant Name | Filing Date | Statute | Description | Start Date |
|---|---|---|---|---|---|
| 20-MISD-122927 | CARDOVA, MARKELL | 08/26/2020 | 32:104 | TURNING MOVEMENTS AND REQUIRED SIGNALS | 08/26/2020 |
| 20-MISD-123179 | PAYNE, SHUAN 28902 LERO COWART | 10/23/2020 | 32:104 | IMPROPER TURN AND/OR FAILURE TO GIVE REQUIRED SIGNAL | 10/23/2020 |
| 20-MISD-123322 | BEAUCHAMP, RESHEDRIA DASHELLE | 11/10/2020 | 32:104 | IMPROPER TURN AND/OR FAILURE TO GIVE REQUIRED SIGNAL | 11/10/2020 |
| 20-MISD-123390 | HUTCHINSON, BARRETT H | 11/17/2020 | 32:104 | IMPROPER TURN AND/OR FAILURE TO GIVE REQUIRED SIGNAL | 11/17/2020 |
| 20-MISD-123459 | ANSLEY, CHRISTOPHER PAUL | 11/30/2020 | 32:104 | TURNING MOVEMENTS AND REQUIRED SIGNALS | 11/30/2020 |
| 20-TRAF-268176 | BORDELON, ADDISON | 01/06/2020 | 32:104 | IMPROPER TURN AND/OR FAILURE TO GIVE REQUIRED SIGN | 12/10/2019 |
| 20-TRAF-268544 | HITE, CHARLES ELERT | 01/15/2020 | 32:104 | IMPROPER TURN AND/OR FAILURE TO GIVE REQUIRED SIGN | 12/17/2019 |
| 20-TRAF-269603 | LOVE, DAVID JOHN | 02/27/2020 | 32:104 | IMPROPER TURN AND/OR FAILURE TO GIVE REQUIRED SIGN | 01/15/2020 |
| 20-TRAF-270375 | GRIFFIN, KIELYN RAY | 04/20/2020 | 32:104 | IMPROPER TURN AND/OR FAILURE TO GIVE REQUIRED SIGN | 03/11/2020 |
| 20-TRAF-271318 | NESOM, DEBORAH DALE | 06/10/2020 | 32:104 | IMPROPER TURN; FAILURE TO PROPERLY SIGNAL WHEN TUR | 04/24/2020 |
| 20-TRAF-271972 | FULCHER, LOGAN L | 07/28/2020 | 32:104 | IMPROPER TURN AND/OR FAILURE TO GIVE REQUIRED SIGN | 07/09/2020 |
| 20-TRAF-272204 | GAY, D L JR | 08/10/2020 | 32:104 | IMPROPER TURN AND/OR FAILURE TO GIVE REQUIRED SIGN | 07/30/2020 |
| 20-TRAF-272867 | ZAPATA, MELISSA LYNN FORBES | 09/18/2020 | 32:104 | IMPROPER TURN AND/OR FAILURE TO GIVE REQUIRED SIGN W/1 CAR ACCIDENT | 08/11/2020 |
| 20-TRAF-272895 | BONURA, AUSTIN | 09/28/2020 | 32:104 | IMPROPER TURN AND/OR FAILURE TO GIVE REQUIRED SIGN | 08/12/2020 |
| 20-TRAF-273703 | FRUGE, LINDSAY N | 11/12/2020 | 32:104 | IMPROPER TURN AND/OR FAILURE TO GIVE REQUIRED SIGN | 09/17/2020 |
| 20-TRAF-273739 | LANDRY, JOSEPH W | 11/12/2020 | 32:104 | IMPROPER TURN; FAILURE TO PROPERLY SIGNAL WHEN TUR | 10/02/2020 |
| 20-TRAF-273743 | LEES, KRISTEN D | 11/12/2020 | 32:104 | IMPROPER TURN AND/OR FAILURE TO GIVE REQUIRED SIGN | 10/01/2020 |

# LIVINGSTON PARISH
## JASON B. HARRIS - CLERK OF COURT

**Case Charges Report**
For 5/1/2017 Through 5/1/2022
Revised Statute = 32:104
Searching Charges

| Case Number | Defendant Name | Filing Date | Statute | Description | Start Date |
|---|---|---|---|---|---|
| 20-TRAF-273823 | ALARCON, SIMON | 11/25/2020 | 32:104 | IMPROPER TURN AND/OR FAILURE TO GIVE REQUIRED SIGN | 10/07/2020 |
| 21-JUV- | | 12/10/2021 | 32:104 | TURNING MOVEMENTS AND REQUIRED SIGNALS | 12/10/2021 |
| 21-MISD-123687 | CHILDRESS, ZACHARY | 01/04/2021 | 32:104 | IMPROPER TURN AND/OR FAILURE TO GIVE REQUIRED SIGNAL | 01/04/2021 |
| 21-MISD-123753 | DAVIS, BRADON ANDREW | 01/13/2021 | 32:104 | TURNING MOVEMENTS AND REQUIRED SIGNALS | |
| 21-MISD-123753 | DAVIS, BRADON ANDREW | 01/13/2021 | 32:104 | TURNING MOVEMENTS AND REQUIRED SIGNALS | 01/13/2021 |
| 21-MISD-123975 | DURALL, DARIUS Q | 02/24/2021 | 32:104 | TURNING MOVEMENTS AND REQUIRED SIGNALS | 02/24/2021 |
| 21-MISD-123982 | WHEELER, KEICHELLE CAROLINE | 02/22/2021 | 32:104 | IMPROPER TURN AND/OR FAILURE TO GIVE REQUIRED SIGNAL | 02/22/2021 |
| 21-MISD-123997 | RICKSON, GREGORY K | 02/11/2021 | 32:104 | IMPROPER TURN AND/OR FAILURE TO GIVE REQUIRED SIGNAL | 02/11/2021 |
| 21-MISD-124023 | FLORES, HECTOR STEFANO | 02/25/2021 | 32:104 | IMPROPER TURN AND/OR FAILURE TO GIVE REQUIRED SIGNAL | 01/20/2021 |
| 21-MISD-124187 | FIGUEROA, ABRAHAM JOSEPH | 03/29/2021 | 32:104 | IMPROPER TURN AND/OR FAILURE TO GIVE REQUIRED SIGNAL | 03/29/2021 |
| 21-MISD-124347 | TIPTON, BRANNON LEE | 05/03/2021 | 32:104 | TURNING MOVEMENTS AND REQUIRED SIGNALS | 05/03/2021 |
| 21-MISD-124475 | GOERGES, DANIEL ALEXANDER | 06/01/2021 | 32:104 | IMPROPER TURN AND/OR FAILURETO GIVE REQUIRED SIGNAL | 06/01/2021 |
| 21-MISD-124519 | SEPULVADO NUNN, LAWANDA BOLYER | 06/08/2021 | 32:104 | IMPROPER TURN AND/OR FAILURE TO GIVE REQUIRED SIGNAL | 06/08/2021 |
| 21-MISD-124560 | CAVES, ROGER DALE JR | 06/21/2021 | 32:104 | IMPROPER TURN AND/OR FAILURE TO GIVE REQUIRED SIGNAL | 06/21/2021 |
| 21-MISD-124656 | CHAVEZ, DAWSON MICHAEL | 07/14/2021 | 32:104 | IMPROPER TURN AND/OR FAILURE TO FIVE REQUIRED SIGNAL | 07/14/2021 |
| 21-MISD-124667 | MITCHELL, JORDAN BLAKE | 07/14/2021 | 32:104 | TURNING MOVEMENTS AND REQUIRED SIGNALS | 07/14/2021 |
| 21-MISD-124670 | AVANTS, BRIAN KEITH | 07/14/2021 | 32:104 | TURNING MOVEMENTS AND REQUIRED SIGNALS | 07/14/2021 |

# LIVINGSTON PARISH
## JASON B. HARRIS - CLERK OF COURT

**Case Charges Report**
For 5/1/2017 Through 5/1/2022
Revised Statute = 32:104
Searching Charges

| Case Number | Defendant Name | Filing Date | Statute | Description | Start Date |
|---|---|---|---|---|---|
| 21-MISD-124673 | LEWIS, AIRELL L | 07/14/2021 | 32:104 | TURNING MOVEMENTS AND REQUIRED SIGNALS | 07/14/2021 |
| 21-MISD-124890 | DAVIS, BRITTANY ANNE | 08/23/2021 | 32:104 | IMPROPER TURN AND/OR FAILURE TO GIVE REQUIRED SIGNAL | 08/23/2021 |
| 21-MISD-124904 | SHEPHEARD, BRAELIN DEAN | 08/26/2021 | 32:104 | IMPROPER TURN AND/OR FAILURE TO GIVE REQUIRED SIGNAL | 08/26/2021 |
| 21-MISD-124913 | MONTELEONE, BRIAN DUANE | 08/26/2021 | 32:104 | IMPROPER TURN AND/OR FAILURE TO GIVE REQUIRED SIGNAL | 08/26/2021 |
| 21-MISD-125043 | VALURE, JOSEPH CARLO | 10/01/2021 | 32:104 | IMPROPER TURN AND/OR FAILURE TO GIVE REQUIRED SIGNAL | 10/01/2021 |
| 21-MISD-125203 | MCDONALD, CHARLES EDWARD JR | 11/02/2021 | 32:104 | IMPROPER TURN AND/OR FAILURE TO GIVE REQUIRED SIGNAL | 11/02/2021 |
| 21-MISD-125295 | BUTLER, ERIC DONELL | 11/23/2021 | 32:104 | TURNING MOVEMENTS AND REQUIRED SIGNALS | 11/23/2021 |
| 21-MISD-125331 | GRANT, TEVIN D | 11/29/2021 | 32:104 | IMPROPER TURN AND/OR FAILURE TO GIVE REQUIRED SIGNAL | 11/29/2021 |
| 21-MISD-125351 | TATE-WOMACK, BRANDON TAYLOR | 12/02/2021 | 32:104 | TURNING MOVEMENTS AND REQUIRED SIGNALS | 12/02/2021 |
| 21-MISD-125353 | STEWART, TYLER MARQUISE | 12/02/2021 | 32:104 | TURNING MOVEMENTS AND REQUIRED SIGNALS | 12/02/2021 |
| 21-MISD-125392 | ALBERT, ROI | 12/07/2021 | 32:104 | IMPROPER TURN AND/OR FAILURE TO GIVE REQUIRED SIGNAL | 12/07/2021 |
| 21-MISD-125472 | FRICKEY, COLBEY | 12/22/2021 | 32:104 | TURNING MOVEMENTS AND REQUIRED SIGNALS | 12/22/2021 |
| 21-TRAF-274355 | AGUILLARD, RODERICK DEWITT | 12/14/2020 | 32:104 | IMPROPER TURN AND/OR FAILURE TO GIVE REQUIRED SIGN | 10/30/2020 |
| 21-TRAF-274665 | BOURNE, ANDREW | 01/21/2021 | 32:104 | IMPROPER TURN AND/OR FAILURE TO GIVE REQUIRED SIGN | 12/08/2020 |
| 21-TRAF-274785 | PATTERSON, JOHNNY | 01/21/2021 | 32:104 | IMPROPER TURN; FAILURE TO PROPERLY SIGNAL WHEN TUR | 12/16/2020 |
| 21-TRAF-275400 | MCCLELLAND, JADE AUSTIN | 02/19/2021 | 32:104 | IMPROPER TURN AND/OR FAILURE TO GIVE REQUIRED SIGN | 12/29/2020 |
| 21-TRAF-275771 | WHALEN, CHEVIS ASHTON | 03/05/2021 | 32:104 | IMPROPER TURN AND/OR FAILURE TO GIVE REQUIRED SIGN | 03/02/2021 |

# LIVINGSTON PARISH
## JASON B. HARRIS - CLERK OF COURT

**Case Charges Report**
For 5/1/2017 Through 5/1/2022
Revised Statute = 32:104
Searching Charges

| Case Number | Defendant Name | Filing Date | Statute | Description | Start Date |
|---|---|---|---|---|---|
| 21-TRAF-276220 | GOMEZ, ESTEFAN MAURICIO | 03/30/2021 | 32:104 | IMPROPER TURN AND/OR FAILURE TO GIVE REQUIRED SIGN | 02/04/2021 |
| 21-TRAF-276440 | LEWIS, ASHTON LEWIS | 04/15/2021 | 32:104 | FAILURE TO SIGNAL | 02/24/2021 |
| 21-TRAF-276488 | ARANDA, KEVIN | 04/20/2021 | 32:104 | IMPROPER TURN AND/OR FAILURE TO GIVE REQUIRED SIGNAL | 03/04/2021 |
| 21-TRAF-276612 | LANE, AMBER LOUISE | 04/20/2021 | 32:104 | IMPROPER TURN AND/OR FAILURE TO GIVE REQUIRED SIGN | 03/04/2021 |
| 21-TRAF-276867 | WALL, JOEL T | 04/28/2021 | 32:104 | IMPROPER TURN AND/OR FAILURE TO GIVE REQUIRED SIGN | 03/08/2021 |
| 21-TRAF-277354 | PATTERSON, KENTRELL THEODORE | 05/24/2021 | 32:104 | IMPROPER TURN AND/OR FAILURE TO GIVE REQUIRED SIGN | 04/01/2021 |
| 21-TRAF-277731 | GIBSON, JAMES B | 06/17/2021 | 32:104 | IMPROPER TURN AND/OR FAILURE TO GIVE REQUIRED SIGN | 04/14/2021 |
| 21-TRAF-277871 | ROBERTSON, JASON RANDALL SR | 06/17/2021 | 32:104 | IMPROPER TURN AND/OR FAILURE TO GIVE REQUIRED SIGN | 04/22/2021 |
| 21-TRAF-277929 | WALLACE, TIFFANY D | 06/17/2021 | 32:104 | IMPROPER TURN AND/OR FAILURE TO GIVE REQUIRED SIGN | 04/29/2021 |
| 21-TRAF-278057 | SEVERIO, CYDNEY B | 06/29/2021 | 32:104 | IMPROPER TURN AND/OR FAILURE TO GIVE REQUIRED SIGN | 05/10/2021 |
| 21-TRAF-278073 | SUMMERS, SHANA LEIGH | 06/29/2021 | 32:104 | IMPROPER TURN; FAILURE TO PROPERLY SIGNAL WHEN TURN LEFT --2 CAR ACCIDENT | 05/03/2021 |
| 21-TRAF-278397 | HAGAN, CHARLES VINCENT JR. | 08/02/2021 | 32:104 | IMPROPER TURN AND/OR FAILURE TO GIVE REQUIRED SIGN | 06/22/2021 |
| 21-TRAF-278952 | LEWIS, SHANDALYNN TRENAY | 09/07/2021 | 32:104 | IMPROPER TURN/FAILURE TO GIVE REQUIRED SIGNAL W/ 2 | 07/14/2021 |
| 21-TRAF-278970 | MCKINNEY, RONALD | 09/07/2021 | 32:104 | IMPROPER TURN AND/OR FAILURE TO GIVE REQUIRED SIGN | 07/02/2021 |
| 21-TRAF-278979 | MORALES, RUSSELL P | 09/07/2021 | 32:104 | IMPROPER TURN; FAILURE TO PROPERLY SIGNAL WHEN TURNING OR STOPPING | 07/15/2021 |
| 21-TRAF-278994 | PERRIN, BRANDON WARREN ALLEN | 09/07/2021 | 32:104 | IMPROPER TURN AND/OR FAILURE TO GIVE REQUIRED SIGN | 07/02/2021 |
| 21-TRAF-279147 | DENTRO, DANIEL J. | 09/15/2021 | 32:104 | IMPROPER TURN AND/OR FAILURE TO GIVE REQUIRED SIGN | 07/21/2021 |
| 21-TRAF-279184 | MASTERSON, ANGEL | 09/16/2021 | 32:104 | IMPROPER TURN W/ 2 VEHICLE ACCIDENT | 08/02/2021 |

# LIVINGSTON PARISH
## JASON B. HARRIS - CLERK OF COURT

**Case Charges Report**
For 5/1/2017 Through 5/1/2022
Revised Statute = 32:104
Searching Charges

| Case Number | Defendant Name | Filing Date | Statute | Description | Start Date |
|---|---|---|---|---|---|
| 21-TRAF-279488 | WHITTINGTON, BRANDON | 09/23/2021 | 32:104 | IMPROPER TURN AND/OR FAILURE TO GIVE REQUIRED SIGN | 08/13/2021 |
| 21-TRAF-279745 | TRAHAN, ELIZABETH DANIELLE | 10/04/2021 | 32:104 | IMPROPER TURN AND/OR FAILURE TO GIVE REQUIRED SIGN | 09/08/2021 |
| 21-TRAF-279761 | WHITEHEAD, JEWELL B | 10/04/2021 | 32:104 | IMPROPER TURN W/ 2 VEHICLE ACCIDENT | 09/20/2021 |
| 21-TRAF-279942 | BAGBY, LINDSAY N. | 11/10/2021 | 32:104 | IMPROPER TURN AND/OR FAILURE TO GIVE REQUIRED SIGN | 08/16/2021 |
| 21-TRAF-280058 | HOYT, CLINTON | 11/18/2021 | 32:104 | IMPROPER TURN AND/OR FAILURE TO GIVE REQUIRED SIGN | 09/20/2021 |
| 21-TRAF-280060 | JACONNE, JOHN | 11/18/2021 | 32:104 | IMPROPER TURN AND/OR FAILURE TO GIVE REQUIRED SIGN | 09/16/2021 |
| 21-TRAF-280124 | BREAUX, KANDRA RENETTA | 11/18/2021 | 32:104 | IMPROPER TURN AND/OR FAILURE TO GIVE REQUIRED SIGN | 10/27/2021 |
| 21-TRAF-280362 | VU, TU T | 12/07/2021 | 32:104 | TURNING MOVEMENT & REQUIRED SIGNAL W/2 CAR ACCIDENT | 10/05/2021 |
| 22-MISD-125567 | BLOUNT, RONALD J | 01/14/2022 | 32:104 | IMPROPER TURN AND/OR FAILURE TO GIVE REQUIRED SIGNAL | 01/14/2022 |
| 22-MISD-125630 | BAXTER, TAYLOR RENEE | 01/28/2022 | 32:104 | IMPROPER TURN AND/OR FAILURE TO GIVE REQUIRED SIGNAL | 01/28/2022 |
| 22-MISD-125709 | KYZAR, DYLAN LEONARD | 02/14/2022 | 32:104 | IMPROPER TURN AND/OR FAILURE TO GIVE REQUIRED SIGNAL | 02/14/2022 |
| 22-MISD-125743 | WILKINS, TIMOTHY LAMONT | 02/18/2022 | 32:104 | IMPROPER TURN AND/OR FAILURE TO GIVE REQUIRED SIGNAL | 02/18/2022 |
| 22-MISD-125748 | NETTLES, BRANDON | 02/23/2022 | 32:104 | IMPROPER TURN AND/OR FAILURE TO GIVE REQUIRED SIGNAL | 02/23/2022 |
| 22-MISD-125815 | FLETCHER, TORY TREMAYNE | 03/14/2022 | 32:104 | IMPROPER TURN AND/OR FAILURE TO GIVE REQUIRED SIGNAL | 03/14/2022 |
| 22-MISD-125842 | HAYES, MARLAND HAYES | 03/15/2022 | 32:104 | IMPROPER TURN AND/OR FAILURE TO GIVE REQUIRED SIGNAL | 03/15/2022 |
| 22-MISD-125867 | GILLESPIE, HOLLIE ELIZABETH | 03/18/2022 | 32:104 | IMPROPER TURN AND/OR FAILURE TO GIVE REQUIRED SIGNAL | 03/18/2022 |
| 22-MISD-125915 | SAIA, MOLLIE ANGELLE | 03/28/2022 | 32:104 | IMPROPER TURN AND/OR FAILURE TO GIVE REQUIRED SIGNAL | 03/28/2022 |

# LIVINGSTON PARISH
## JASON B. HARRIS - CLERK OF COURT

**Case Charges Report**
For 5/1/2017 Through 5/1/2022
Revised Statute = 32:104
Searching Charges

| Case Number | Defendant Name | Filing Date | Statute | Description | Start Date |
|---|---|---|---|---|---|
| 22-MISD-126040 | LUTZ, CAITLIN | 04/28/2022 | 32:104 | IMPROPER TURN AND/OR FAILURE TO GIVE REQUIRED SIGNAL | 04/28/2022 |
| 22-TRAF-280441 | DLONIAK, EMILY ELIZABETH | 12/28/2021 | 32:104 | IMPROPER TURN AND/OR FAILURE TO GIVE REQUIRED SIGN | 11/18/2021 |
| 22-TRAF-280670 | HARTMAN, ROBERT A | 01/05/2022 | 32:104 | IMPROPER TURN AND/OR FAILURE TO GIVE REQUIRED SIGN | 12/01/2021 |
| 22-TRAF-280811 | HAGAN, THOMAS BARRET | 01/19/2022 | 32:104 | IMPROPER TURN AND/OR FAILURE TO GIVE REQUIRED SIGN | 12/30/2021 |
| 22-TRAF-281134 | LEBRON, JEFFREY RIVERA | 02/22/2022 | 32:104 | IMPROPER TURN; FAILURE TO PROPERLY SIGNAL W/ 2 VEH | 01/07/2022 |
| 22-TRAF-281175 | NAPIER, MARK HARVEY | 02/22/2022 | 32:104 | IMPROPER TURN AND/OR FAILURE TO GIVE REQUIRED SIGN | 01/18/2022 |
| 22-TRAF-281178 | ONEILL, BRANDON JAMES | 02/22/2022 | 32:104 | IMPROPER TURN; FAILURE TO PROPERLY SIGNAL W/ 2 VEH | 12/30/2021 |
| 22-TRAF-281263 | WEBER, DEVIN BRICE | 02/23/2022 | 32:104 | IMPROPER TURN W/ 2 VEHICLE ACCIDENT | 01/04/2022 |
| 22-TRAF-281362 | HERNANDEZ, SANTIAGO | 02/23/2022 | 32:104 | IMPROPER TURN AND/OR FAILURE TO GIVE REQUIRED SIGN | 01/18/2022 |
| 22-TRAF-281480 | DIXON, JAYTHON LAMAR | 03/11/2022 | 32:104 | IMPROPER TURN AND/OR FAILURE TO GIVE REQUIRED SIGN | 01/18/2022 |
| 22-TRAF-281693 | WALLACE, MICHAEL WILLIAM | 03/23/2022 | 32:104 | IMPROPER TURN; FAILURE TO PROPERLY SIGNAL W/ 2 VEH | 12/08/2021 |
| 22-TRAF-281830 | KELLEY, HEIDI LEEANN | 04/06/2022 | 32:104 | IMPROPER TURN; FAILURE TO PROPERLY SIGNAL WHEN TUR | 02/14/2022 |
| 22-TRAF-281838 | LEE, JASON CHRISTOPHER | 04/06/2022 | 32:104 | IMPROPER TURN W/ 2 VEHICLE ACCIDENT | 02/02/2022 |
| 22-TRAF-281934 | SMITH, RICHARD LABRADFORD | 04/06/2022 | 32:104 | IMPROPER TURN AND/OR FAILURE TO GIVE REQUIRED SIGN | 02/17/2022 |
| 22-TRAF-282302 | DUNCAN, RAEVEN ELISE | 04/28/2022 | 32:104 | IMPROPER TURN AND/OR FAILURE TO GIVE REQUIRED SIGN | 03/03/2022 |