# EXHIBIT 13-8

| | |
|---|---|
| **From:** | Marjorie Menza |
| **To:** | Druit G. Gremillion Jr.; John Danna |
| **Cc:** | Emma Douglas; Andrea Alajbegovic |
| **Subject:** | Materials Reviewed -- Sarah Abraham Expert Witness Disclosure, Clark v. Hotard, et al |

Counsel,

I have below a link to a Sharefile where you may download copies of the materials Dr. Abraham reviewed and relied on in forming her opinions.

https://plusnxtwest.sharefile.com/public/share/web-sa7c7d4e6660f4e90a7f6ba9a840b8a96

password: GAf#tH&_ebrI6Ra_EpuN

As this contains all of the tickets we obtained from the Livingston Courthouse, the files are large. Let me know if you have any trouble downloading.

Best,

Margie

Marjorie J. Menza

Fellowship Director/Senior Attorney

Social Justice Legal Foundation

523 West 6th Street, Suite 450

Los Angeles, CA  90014

(213) 259-2507

www.socialjusticelaw.org

PLEASE NOTE: This message, including any attachments, may include privileged, confidential and/or inside information. Any distribution or use of this communication by anyone other than the intended recipient(s) is strictly prohibited and may be unlawful. If you are not the intended recipient, please notify the sender by replying to this message and then delete it from your system. Thank you.