# EXHIBIT 14

1

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

ALEXANDER CLARK
                      CIVIL ACTION
                      NO. 22-326-JWD-RLB

VERSUS
                      JUDGE: J.W. DEGRAVELLES
                      MAG. R. BOURGEOIS, JR.

JEAN HOTARD, ET AL

            Deposition of MARK TYSON GARON, M.D., taken on August 21, 2025, via Zoom Videoconference.

20

1  Q  I didn't have the next record.  It's
2 not extremely important.  But do you recall
3 whether or not you saw Mr. Clark four weeks
4 after this?
5  A  I don't recall -- I remember it was
6 kind of a short.  I didn't see him as many
7 times as I usually would see people from this
8 surgery.
9  Q  Doctor, the -- from what I'm
10 gathering from you, it sounds like you're
11 saying a fracture of the hook of the hamate
12 occurred in Mr. Clark's hand, which then, over
13 time, caused some type of rubbing against the
14 FDP tendon, causing it to fray and ultimately
15 rupture; is that correct?
16  A  Yeah.  I mean, those are the facts.
17 You can't really pin it down to when that
18 fracture occurred.
19  Q  Let me ask you this:  Can you say or
20 do you know -- do you have an opinion
21 regarding whether or not a fracture of the
22 hook of the hamate could be caused by
23 handcuffs being put on someone's wrist?
24  A  That has been a little bit peculiar
25 in this case.  I'm not aware of anywhere in

21

1  the literature where the act of handcuffing
2  anyone would lead to a hook of the hamate
3  fracture.  The hook of the hamate is actually
4  toward the inside of the palm and would be
5  very difficult to injure while you were
6  actually in the act of handcuffing.  It's way
7  more common to get a direct blow to the palm
8  of the hand, either from a fall or when
9  someone is gripping a baseball bat or gripping
10 a golf club, if that makes sense.  Just the
11 location of the hook of the hamate, I think it
12 would make it a little peculiar to get a
13 fracture when you're in the act of
14 handcuffing.
15     Q   I'm going to ask a similar question,
16 but just in the reverse.  Are you able to
17 render an opinion that more likely than not
18 Mr. Clark's fracture of his hook of the hamate
19 came from handcuffs being applied too tight?
20     A   Let me make sure I've got that right.
21 You're asking me if, more likely than not, the
22 handcuff caused the fracture?
23     Q   Correct.
24     A   I would say that's a false statement.
25     Q   So you would render the opinion of