# EXHIBIT 15

## DECLARATION OF SIERRA CARTER, Ph.D

I, Sierra Carter, declare as follows:

1.      I am a Professor of Psychology and a Licensed Clinical Psychologist, and I have been designated as an independent expert witness on behalf of Plaintiff, Alexander Clark, in the matter *Clark v. Hotard, et al..,* 3:22-CV-00326 (M.D. La.) This declaration is submitted in support of Plaintiff's Opposition to Defendants' Motions for Summary Judgment. I have personal knowledge of the matters contained in this declaration and if called to testify to them could and would do so competently.

2.      Attached hereto as Exhibit A is a true and correct copy of the June 18, 2025 Expert Report of Sierra Carter, Ph.D, which sets forth my initial expert opinions in the above matter. If called to testify at trial, I attest that I will testify to the matters set forth in my Report.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 20th day of October 2025, at Atlanta, Georgia.

_____

Sierra Carter, Ph.D.

Exhibit A to Declaration of Dr. Sierra
Carter: Expert Report of Dr. Sierra Carter

# FORENSIC PSYCHOLOGICAL EVALUATION – PRIVILEGED AND CONFIDENTIAL REPORT

**Date(s) of Evaluation:** March 27th, April 3rd, April 24th, & May 19th, 2025
**Date of Report:** June 1, 2025
**Evaluator:**
Sierra Carter, PhD – Licensed Clinical Psychologist

# Expert Report of Dr. Sierra Carter

# Filed Provisionally Under Seal