# EXHIBIT 18

Page 1

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| ALEXANDER CLARK,<br>    Plaintiff | CIVIL ACTION NO. 2-326-JWD-RLB |
| VERSUS | JUDGE JOHN W. DEGRAVELLES |
| JEAN HOTARD, ET AL.,<br>    Defendant | MAGISTRATE JUDGE RICHARD L.<br>    BOURGEOIS, JR. |

DEPOSITION OF DANIEL JOHN BUSKEN, given via Zoom in the above-entitled cause, pursuant to the following stipulation, before Raynel E. Schule, Certified Shorthand Reporter in and for the State of Louisiana, commencing at 12:15 o'clock p.m., on Thursday, the 21st day of August, 2025.

Page 77

```
 1         anything with respect to the use of force
 2         when the deputies restrained Mr. Clark that
 3         in your expert opinion was excessive?
 4   A.    Yes.
 5   Q.    And what was that specifically?
 6   A.    I -- I -- my opinion is the -- the
 7         deputies, police officers, whoever have to
 8         consider the circumstances that they're
 9         involved in and whether or not those
10         circumstances, the -- the level of force,
11         the use of force is appropriate for those
12         circumstances, and, you know, these
13         deputies were dealing with -- with Mr.
14         Clark for quite a bit of time.  During that
15         time, it -- it was obvious that they were
16         dealing with an older man, older working
17         man.  They had a lengthy contact with him.
18         I didn't hear him yelling at the deputies
19         or threatening the deputies during that
20         time.  He denied any illegal activity, and
21         when he took the money back from Deputy
22         Hotard, there -- there was an immediate
23         reaction from the deputies, and when --
24         when you look at force in a situation
25         involving deputies, the -- the use of force
```