# EXHIBIT 19



# Occupational Therapy Discharge Summary

**Date of Visit:** 03-02-22  
**Patient Name:** Clark, Alexander  
**Patient #:** 0033317  

**Therapist:** Are'Wanda Douglas  
**Referring MD:** Mark Garon,  

**Date of Birth:** 09-24-1954  
**Age:** 67  

**Certification Period:** 01-24-22 – 03-06-22  

**Date of Initial Evaluation:** 01-24-22  

**Diagnosis:**  
S63.636S    Sprain of interphalangeal joint of right little finger, sequela

**SUBJECTIVE:**  
Alexander Clark has attended a total of 4 treatment sessions following referral to therapy for treatment of Occupational Therapy. Treatment has focused on the clients chief complaints of:

- Current pain level
- Decreased Flexibility
- Decreased ROM
- Difficulty using hands during ADLs

**Mechanism of Onset:**  
Mr. Clark states he has pain in R hand began in May of 2021 after police put handcuffs on him too tight. Pt complains of dull pain/ numbness at wrist and in small, ring, and middle fingers. Pt states he is unable to use his hand as it is intended; catches small digit on things often d/t not being able to form a composite fist. Pt has had an x-ray and is pending an MRI of the hand.

**Presenting Problems:**  
**PAST MEDICAL HISTORY**

| Functional Status | Prior | Current |
|---|---|---|
| Carry small suitcase | | Severe difficulty |
| Doing Buttons | | Severe difficulty |

4845 Main Street, Suite C Zachary, LA 70791-3943  
Phone: (225) 286-0181 x1700  Fax: (225) 286-0186

1 OF 3

CONFIDENTIAL

CLARK_000537

| Functional Status | Prior | Current |
|---|---|---|
| Gripping or opening a can | | Severe difficulty |
| Laundering clothes | | Severe difficulty |
| Open tight jar | | Severe difficulty |
| Performing personal care activities like washing, dressing, bathing | | Severe difficulty |
| turning a key | | Severe difficulty |

Mr. Clark states he is in lots of pain on this date. He reports 4/10 pain in his R hand.
He had an MRI done during his appointment time last week and states the MD believes a tendon in his wrist must be ruptured; planning to schedule an MRI of the wrist at a later date.

## OBJECTIVE:
**Observations:**
AROM has remained consistent from last visit

## ACTIVITY LOG:

The above Activity section describes the interventions the patient received during today's (1/25/2022) treatment session. For detailed values on the modalities and interventions administered please refer to this section of this note.

## ASSESSMENT:
The patient appears motivated and is able to perform exercises correctly with no complaints of pain. The patient's progress towards goals is excellent and his tolerance to treatment is excellent. Patient consents to treatment plan and goals and gives verbal informed consent. Objective findings are consistent with the diagnosis as documented on the referring medical doctors prescription. Following a thorough therapy evaluation patient presents wit pain, weakness, and decreased ROM. During the initial evaluation the following impairments and functional deficits have been identified: difficulty writing, grooming, home management, and leisure.

Physical and or physiological impairments have been identified: Pain, weakness, and decreased ROM of R small, ring, and middle digits.

Skilled Occupational Therapy treatment will be continued to address the above mentioned impairments and functional deficits. Please refer to the Plan section for a list of specific treatment interventions.

| Goals | Short-Long | Time Frame | Result | Comment |
|---|---|---|---|---|
| HEP-Patient will be instructed in a home program to help address their impairment and functional deficits. | Short Term | 4 weeks | | |
| Pain-Patient will describe pain level as 4/10 of the hand/wrist. | Short Term | 4 weeks | | |
| ROM-Patient will increase AROM of the hand by 10 degrees each direction. | Short Term | 4 weeks | | |

Patient: Alexander Clark

4845 Main Street, Suite C Zachary, LA 70791-3943
Phone: (225) 286-0181 x1700 Fax: (225) 286-0186

2 OF 3

CONFIDENTIAL

CLARK 000538