# EXHIBIT 20

Name: **Clark, Alexander**
Chart: **1346287**
Date: **1/18/2022**


*1346287-2*

# MEDICAL HISTORY FORM

PATIENT NAME:  Alexander                        Clark
                    First            MI           Last

Age: **67**   Height: **5-11**   Weight: **195**   Date of Birth: **09/24/54**

Gender:  Female  (Male)     I am:  Left Hand Dominant  (Right Hand Dominant)

Primary Care Physician: **Dr. Filava**

Work Related? **No**                    Under Litigation? **No**

WHO REFERRED YOU TO BONE AND JOINT CLINIC OF BATON ROUGE, INC:

Name: **Dr. Hogg**                     Primary Dr.?  Yes  (No)
Other: Please explain:

CHIEF COMPLAINT: Why are you here?  **Nerves messed up**

Date of Injury or Onset of Symptoms: **May**   Body Part to be Examined: **Hand**  Left  (Right)
(Circle all that apply)

Main Problem:           pain           numbness        weakness          stiffness
                        unstable       swelling        popping/grinding  other:

Where complaint/injury occurred:   work        at home        sports/recreational
                                   car accident  at school   other: ✓

How complaint/injury occurred:   gradual onset   sudden/traumatic   **was hit by gun pod**
                                 unknown         other:

Severity of Pain:       mild        moderate        (severe)        extremely severe

Quality of Pain:        sharp       (dull)          stabbing   throbbing   aching   burning

PREVIOUS AND/OR CURRENT TREATMENTS FOR THIS CONDITION: (Circle all that apply) None
X-rays/Tests:   Regular x-rays   MRI scan      CAT scan    Myelogram   Nerve tests (EMG, NCV)
                Other: **None**                Did you bring your X-rays with you?
Medications:    Anti-inflammatories  Muscle relaxants  Pain medication  Other:
Therapies:      Physical therapy     Chiropractic care  Injections     Other:

ARE YOU PREGNANT?     YES     NO

GENERAL MEDICAL HISTORY:
Are you affected by any of the following? (Circle all that apply)   (No medical problems)
Abnormal heart rhythm   Asthma            Cancer      Gout          Hepatitis         Kidney problems    Rheumatoid Arthritis   Stroke
Acid Reflux             Bleeding disorders  Depression  Heart attack  High blood pressure  Lung Problems    Sleep apnea
Arthritis               Blood clots        Diabetes    Heart failure  HIV                Osteoporosis      Stomach ulcers
If you circled any of the above, please explain:

SOCIAL HISTORY: (Circle all that apply)
A. Occupation: **Painter**
B. Are you on:      Full Duty   Light Duty (since: _____)   Disabled (since: _____)
C. Smoking Status: ☐ Current every day smoker   ☐ Current some day smoker   ☐ Smoker, current status unknown
                   ☑ Never smoker                ☐ Former smoker             ☐ Unknown if ever smoked
                   ☐ Heavy tobacco smoker        ☐ Light tobacco smoker
                   Date Started:                  Date Stopped:
D. Do you use alcohol?        no   (occasionally)   daily
E. What is your living status?   alone   (with spouse)   with parents   with roommate   assisted living/nursing home

FC1

Patient Name: Alexander Clark  Date: 01/18/2022
Medical Record Number: 1346287                           Location: Baton Rouge
Date of Birth: 09/24/1954

**01/18/2022        ALEXANDER CLARK**

**HISTORY OF PRESENT ILLNESS**: Alexander is here today. A very pleasant 67-year-old male. He is here today for evaluation of his right small finger. He reports back in May he was being handcuffed, it felt like it was too tight. He had some pain in his small finger. He has been unable to bend his small finger since then. Pain is dull in nature. He denies any numbness. Symptoms at their worse are 7/10.

**PAST MEDICAL HISTORY**: Negative.

**SOCIAL HISTORY**: He is a painter. He does not smoke, occasionally uses alcohol, currently lives with his spouse.

**PHYSICAL EXAMINATION**:
**General**: Healthy.
**Cardiovascular**: No peripheral edema.
**Gait**: Normal.
**Respiratory**: There is no shortness of breath.
**Neuro**: The patient is oriented to person, place, time and situation. Mood and affect are appropriate.
**Skin**: There is no erythema, induration, rashes or lacerations.
**Nail**: There is no pitting, clubbing or nail deformity.
FOCUSED EXAMINATION OF THE RIGHT HAND: Whenever he goes to make a composite fist, he only bends at his PIP joint. PIP range of motion is from 0 to 95. There is no obvious bow stringing of the small finger flexor tendons. He has intact FDS. He also has an intact FDP when his MP and PIP joints are extended. When we flex, he does not pull through actively. But when I hold him at his middle phalanx and block his middle phalanx, he is able to bend at the DIP joint from o to 45 degrees with 5/5 strength. Again, no obvious bow stringing and no coronal deformity, and no decrease sensation to the tip of the small finger.

**RADIOGRAPHS**: RIGHT SMALL FINGER: AP, lateral, and oblique show no acute fracture, dislocation. Soft tissue shadows are within normal limits.

**DIAGNOSIS**:
1. Possible rupture of the right small finger pulley, however this is a very tenuous diagnosis as he has no flexor contracture of his PIP or DIP joint. No obvious bow stringing. The FDP does not function of the PIP joint when he is asked to make a fist but it functions whenever I hold him extended.

**Bone and Joint Clinic of Baton Rouge**
7301 Hennessy Blvd, Suite 200, Baton Rouge, LA 70808 * Tel (225) 766-0050
5000 O'Donovan Blvd, Suite 306 Walker, LA 70785 * Tel (225) 766-0050
16158 Airline Highway, Prairieville, LA 70769 * Tel (225) 766-0050

CONFIDENTIAL                                                                                      CLARK_001175



# Occupational Therapy Initial Evaluation

| | | | |
|---|---|---|---|
| **Date of Visit:** | 01-24-22 | **Therapist:** | Are'Wanda Douglas |
| **Patient Name:** | Clark, Alexander | **Referring MD:** | Mark Garon, |
| **Patient #:** | 0033317 | | |
| **Date of Birth:** | 09-24-1954 | | |
| **Age:** | 67 | **Certification Period:** | 01-24-22 - 03-06-22 |

**Diagnosis:**

S63.636S    Sprain of interphalangeal joint of right little finger, sequela

**SUBJECTIVE:**
Alexander Clark is a 67 year old male who presents to therapy today for evaluation of Occupational Therapy. The patient was referred by Mark Garon , MD. Mr. Clark states he has pain in R hand began in May of 2021 after police put handcuffs on him too tight. Pt complains of dull pain/ numbness at wrist and in small, ring, and middle fingers. Pt states he is unable to use his hand as it is intended; catches small digit on things often d/t not being able to form a composite fist. Pt has had an x-ray and is pending an MRI of the hand.

**Presenting Problems:**
The patient reports:
- Current pain level
- Decreased Flexibility
- Decreased ROM
- Difficulty using hands during ADLs

The patient reports today's pain at R hand to be 7 out of 10 at best and 9 out of 10 at worst.
Comments: Pt states hand hurts with any movement and is " not able to use it for anything". **PAST MEDICAL HISTORY**

| Functional Status | Prior | Current |
|---|---|---|
| Carry small suitcase | | Severe difficulty |
| Doing Buttons | | Severe difficulty |
| Gripping or opening a can | | Severe difficulty |
| Laundering clothes | | Severe difficulty |
| Open tight jar | | Severe difficulty |
| Performing personal care activities | | Severe difficulty |

4845 Main Street, Suite C Zachary, LA 70791-3943
Phone: (225) 286-0181 1700 Fax: (225) 286-0186

1 OF 6

CONFIDENTIAL    CLARK_001149

# MOREAU
## PHYSICAL THERAPY

# Occupational Therapy Initial Evaluation

| | | | |
|---|---|---|---|
| **Date of Visit:** | 03-21-22 | **Therapist:** | Are'Wanda Douglas |
| **Patient Name:** | Clark, Alexander | **Referring MD:** | Mark Garon, |
| **Patient #:** | 0033317 | | |
| **Date of Birth:** | 09-24-1954 | | |
| **Age:** | 67 | **Certification Period:** | 03-21-22 - 05-15-22 |

## Diagnosis:

| | |
|---|---|
| M79.646 | Pain in unspecified finger(s) |
| S66.126D | Laceration of flexor muscle, fascia and tendon of right little finger at wrist and hand level, subsequent encounter |
| M25.641 | Stiffness of right hand, not elsewhere classified |
| Z48.817 | Encounter for surgical aftercare following surgery on the skin and subcutaneous tissue |

## SUBJECTIVE:

Alexander Clark is a 67 year old male who presents to therapy today for evaluation of Post Op-Finger. The patient was referred by Mark Garon , MD.  Mr. Alexander suffered from a R hand injury in May 2021 after police put handcuffs on him too tight. Earlier this year he received occupational therapy treatment to address pain, weakness, and limited finger ROM of R hand. After an appointment with his MD, it was determined that he needed a flexor tendon repair of the small finger. He underwent surgery 3/14/22. He reported during the procedure, a fracture was discovered and the hamate bone was removed. He arrived to his initial evaluation with surgical dressing that was removed and replaced with an orthotic, keeping the wrist and fingers in flexion.

## Presenting Problems:

The patient reports:
- Decreased ROM
- Difficulty using hands with ADLs
- Current pain level
- Difficulty with lifting
- gripping
- Joint Stiffness
- Loss of function
- Loss of motion - stiffness
- Swelling
- Weakness

The patient reports today's pain at R hand to be 4 out of 10 at best and 8 out of 10 at worst. **PAST MEDICAL HISTORY**

4845 Main Street, Suite C  Zachary, LA 70791-3943
Phone: (225) 286-0181 x1700  Fax: (225) 286-0186