# EXHIBIT 21

**Livingston Parish Sheriff's Office**

MISDEMEANOR SUMMONS

File No. 21-7849

RECEIVED

MAY 27 2021

SHERIFF OFFICE
JASON ARD

SUMMONS

N° 78228

STATE OF LOUISIANA
PARISH OF LIVINGSTON
in the 21st JUDICIAL DISTRICT COURT

The undersigned being duly sworn upon his/her oath deposes and says that:

on the 24th day of May , 20 21 , at 2350 AM/PM

NAME Clark     Alexander
      (Last)        (First)        (Middle)

ALIAS A C

ADDRESS 4506 Fourchon Dr Baker     LA
         (Street)         (City)        (State)

EMPLOYMENT Painter

TELEPHONE 225 993 6953 (Home)_____(Work)

DOB 9-24-54 AGE 66 RACE/SEX B/M HT. 5'11 WT. 200

D/L NO. 002884008 STATE LA SOC/SEC. NO. ████-9835

The above named did willfully and intentionally violate:

LA R.S. 32:104 / 14:108 to-wit: Failure to Signal
Resisting an officer

The undersigned further states that he/she has just and reasonable grounds to believe and does state that the person named above committed the offense herein set forth, contrary to the law in such case made and provided, and against the peace and dignity of the same.

Sworn to and subscribed before me on this 25 day of May , 20 21

DEPUTY Joen Hotard LP 331
(Name & Title)                              (Signature of Affiant)

Court Appearance 26 day of July ; 20 21 at 0830 AM

I hereby promise to appear at the time and place specified above:

Defendant's Signature: Alexander Clark

LPSO000048