# EXHIBIT 23

```
              UNITED STATES DISTRICT COURT
              MIDDLE DISTRICT OF LOUISIANA
                CASE NO.: 22-326-JWD-RLB
```

ALEXANDER CLARK,

      Plaintiff,

v.

LIVINGSTON PARISH SHERIFF'S OFFICE DEPUTY
JEAN HOTARD; DEPUTY CALVIN TAYLOR BOWDEN;
SHERIFF JASON ARD; DENHAM SPRINGS POLICE
OFFICER SYDNEY MCCULLOUGH; CHIEF J. SHANNON
WOMACK; and CITY OF DENHAM SPRINGS,

      Defendant.
_____

    REMOTE DEPOSITION OF CHARLES SCOTT COURREGE

    DATE TAKEN: 09/08/2025

    TIME:     11:33 a.m. - 4:11 p.m.

        (Based on Time Zone from Notice)

    WITNESS APPEARED BY: VIDEO TELECONFERENCE

Reported By:
Vaughan Duncan, AAERT No. 3738

1  his pockets or when he's emptying his pockets, one of the
2  officers noted that he believed he intentionally, you know, was
3  trying to discourage them or -- or skip the coin pocket where
4  the $20 bill was found.  But physically, no.  That's the only
5  point that you see any physical resistance.
6       Q.   So it's fair to say that Mr. Clark was compliant
7  before his arrest for about the 20 minutes that Defendants had
8  him detained?
9       A.   Yeah, I think that's fair conclusory statement about
10 his actions.
11      Q.   So it's fair to say that based on the fact that
12 Mr. Clark was smaller and older than Defendants, had a limp, a
13 noticeable limp, and potential mobility issues, had been
14 compliant for at least 20 minutes before the arrest and had no
15 apparent subjective intent to harm Defendants, so the second
16 Graham factor weighs against the use of force in the
17 circumstance?
18      A.   I would say yeah.  And I said that in my report.
19      Q.   And what is your opinion on the third Graham factor?
20      A.   I think that he was actively resisting arrest the way
21 we described, or the way we define active resistance of pulling
22 away from an officer's control, trying to prevent from being
23 handcuffed, that's all considered active resistance.
24      Q.   Is the third Graham factor an on off switch of
25 resistance, you know, equals force?  Any resistance equals