UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| Alexander Clark,<br><br>    Plaintiff,<br>vs.<br><br>Livingston Parish Sheriff's Office;<br>Deputy Jean Hotard;<br>Deputy Calvin Taylor Bowden;<br>Sheriff Jason Ard;<br>Denham Springs Police<br>Officer Sydney McCullough;<br>Chief J. Shannon Womack; and City of<br>Denham Springs,<br><br>    Defendants. | CASE NO. 22-326-JWD-RLB<br><br>JUDGE JOHN W. DEGRAVELLES<br><br>MAGISTRATE JUDGE RICHARD L.<br>BOURGEOIS, JR. |

## MOTION TO SUBSTITUTE PROPOSED PLEADING

NOW INTO COURT, through undersigned counsel, comes Plaintiff, who respectfully moves this Court to substitute the attached Proposed Pleading, Plaintiff's Opposition To Motion For Summary Judgment By Defendants Livingston Parish Sheriff's Office, Deputy Jean Hotard, Deputy Calvin Taylor Bowden, And Sheriff Jason Ard for the previously filed Proposed Pleading, Plaintiff's Opposition To Motion For Summary Judgment By Defendants Livingston Parish Sheriff's Office, Deputy Jean Hotard, Deputy Calvin Taylor Bowden, And Sheriff Jason Ard (Rec. Doc. 184-2 ) in order to correct a deficiency.

Plaintiff filed his Proposed Pleading, Plaintiff's Opposition To Motion For Summary Judgment By Defendants Livingston Parish Sheriff's Office, Deputy Jean Hotard, Deputy Calvin Taylor Bowden, And Sheriff Jason Ard in error. Plaintiff filed this document with unintentional internal comments. To rectify his error, Plaintiff moves to substitute the attached Proposed Pleading, Plaintiff's Opposition To Motion For Summary Judgment By Defendants Livingston Parish Sheriff's Office, Deputy Jean Hotard, Deputy Calvin Taylor Bowden, And Sheriff Jason

Ard for Rec. Doc. 184-2.

WHEREFORE, Plaintiff respectfully requests that his Motion be granted, and that the Clerk of Court be ordered to substitute the attached Proposed Pleading, Plaintiff's Opposition To Motion For Summary Judgment By Defendants Livingston Parish Sheriff's Office, Deputy Jean Hotard, Deputy Calvin Taylor Bowden, And Sheriff Jason Ard into the record for this matter.

- 3 -

Date: October 21, 2025                                     Respectfully Submitted,

<div style="margin-left:50%">

s/ Emma L. Douglas
Emma L. Douglas, (La. Bar No. 39076)
SOUTHERN POVERTY LAW CENTER
201 St. Charles Ave
New Orleans, LA 70170
T: 504-377-6086
Emma.douglas@splcenter.org

s/ Marjorie Menza
Marjorie Menza, *pro hac vice*
Sara Haji, *pro hac vice*
SOCIAL JUSTICE LEGAL FOUNDATION
523 W. 6th Street, Suite 450
Los Angeles, CA 90014
Telephone: (213) 986-2329
mmenza@socialjusticelaw.org
shaji@socialjusticelaw.org


s/ Andrea Alajbegovic
Andrea Alajbegovic, *pro hac vice*
SOUTHERN POVERTY LAW CENTER
111 East Capitol St., Ste 280
Jackson, MS 39202
T: 601-265-8309
andrea.alajbegovic@splcenter.org

s/ E. Bridget Wheeler
E. Bridget Wheeler, State Bar No. 37546
Nora Ahmed, *pro hac vice*
ACLU OF LOUISIANA
P.O. Box 56157
New Orleans, LA 70156
Telephone: (504) 522-0628
bwheeler@laaclu.org
nahmed@laaclu.org
justicelab@laalcu.org
*Attorneys for Plaintiff Alexander Clark*

</div>

- 4 -

## CERTIFICATE OF SERVICE

I hereby certify that that on this 21st day of October 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notice to counsel of record.

                               s/ Emma L. Douglas
                               Emma L. Douglas, (La. Bar No. 39076)
                               SOUTHERN POVERTY LAW CENTER
                               201 St. Charles Ave
                               New Orleans, LA 70170
                               T: 504-377-6086
                               Emma.douglas@splcenter.org

## UNITED STATES DISTRICT COURT

## FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| Alexander Clark,<br><br>    Plaintiff,<br>vs.<br><br>Livingston Parish Sheriff's Office;<br>Deputy Jean Hotard;<br>Deputy Calvin Taylor Bowden;<br>Sheriff Jason Ard;<br>Denham Springs Police<br>Officer Sydney McCullough;<br>Chief J. Shannon Womack; and City of<br>Denham Springs,<br><br>    Defendants. | CASE NO. 22-326-JWD-RLB<br><br>JUDGE JOHN W. DEGRAVELLES<br><br>MAGISTRATE JUDGE RICHARD L.<br>BOURGEOIS, JR. |

## **ORDER**

Upon consideration of Plaintiff's Motion to Substitute the Proposed Pleading,

IT IS ORDERED that Plaintiff's Motion for Leave is hereby GRANTED.

Signed this _____ day of October, 2025, in Baton Rouge, Louisiana.


_____
**THE HONORABLE JOHN W. DEGRAVELLES**