UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| Alexander Clark,<br><br>    Plaintiff,<br>vs.<br><br>Livingston Parish Sheriff's Office;<br>Deputy Jean Hotard;<br>Deputy Calvin Taylor Bowden;<br>Sheriff Jason Ard;<br>Denham Springs Police<br>Officer Sydney McCullough;<br>Chief J. Shannon Womack; and City of<br>Denham Springs,<br><br>    Defendants. | CASE NO. 22-326-JWD-RLB<br><br>JUDGE JOHN W. DEGRAVELLES<br><br>MAGISTRATE JUDGE RICHARD L. BOURGEOIS, JR. |

## **ORDER**

Upon consideration of Plaintiff's Motion to Substitute the Proposed Pleading,

IT IS ORDERED that Plaintiff's Motion for Leave is hereby GRANTED.

Signed this _____ day of October, 2025, in Baton Rouge, Louisiana.

                                                    **THE HONORABLE JOHN W. DEGRAVELLES**