## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| Alexander Clark,<br><br>Plaintiff,<br>vs.<br><br>Livingston Parish Sheriff's Office;<br>Deputy Jean Hotard;<br>Deputy Calvin Taylor Bowden;<br>Sheriff Jason Ard;<br>Denham Springs Police<br>Officer Sydney McCullough;<br>Chief J. Shannon Womack; and City of<br>Denham Springs,<br><br>Defendants. | CASE NO. 22-326-JWD-RLB<br><br>JUDGE JOHN W. DEGRAVELLES<br><br>MAGISTRATE JUDGE RICHARD L. BOURGEOIS, JR. |

### PLAINTIFF'S MOTION FOR LEAVE TO FILE CONVENTIONALLY

Plaintiff Alexander Clark, through undersigned counsel, respectfully moves this court for leave to file electronic evidence through the JERS system. On October 20, 2025, Plaintiff filed his Leave to File Excess Pages, ECF 184. Along with that filing Plaintiff uploaded his electronic media files to the JERS system. *See* Ex. A. At the time, Plaintiff believed filing in that manner was the correct way to file the electronic evidence into the record. After speaking with the Clerk of Court Plaintiff now seeks the appropriate leave to file evidence related to the proposed pleadings filed as attachments to ECF 184 into the JERS system.

**WHEREFORE**, Plaintiff respectfully requests that the instant Motion for Leave to File Conventionally be granted and the electronic evidence Plaintiff filed on October 20th be accepted by the court and associated with the proposed pleadings in ECF 184.

Dated: October 22, 2025                                    Respectfully submitted,

/s/ *Emma Douglas*
Emma Douglas (La. Bar No. 39076)
**Southern Poverty Law Center**
201 Saint Charles Avenue, Suite 2000
New Orleans, Louisiana 70170
Telephone: (225) 316-6709
emma.douglas@splcenter.org

/s/ *Andrea Alajbegovic*
Andrea Alajbegovic (*pro hac vice*)
**Southern Poverty Law Center**
111 East Capitol Street, Suite 280
Jackson, Mississippi 39201
Telephone: (601) 265-8309
andrea.alajbegovic@splcenter.org

/s/ *Marjorie H. Menza*
Marjorie H. Menza (*pro hac vice*)
Joshua Z. Behrens (*pro hac vice*)
Sara Haji (*pro hac vice*)
**Social Justice Legal Foundation**
523 West 6th St., Suite 450
Los Angeles, CA 90014
T: 213-677-0883
F: 213-677-0883
jbehrens@socialjusticelaw.org
mmenza@socialjusticelaw.org
shaji@socialjusticelaw.org

/s/ *Nora Ahmed*
Nora Ahmed (*pro hac vice*)
Malcolm C. Lloyd (La. Bar No. 41573)
**ACLU Foundation of Louisiana**
1340 Poydras Street, Suite 2160
New Orleans, Louisiana 70112
Telephone: (504) 522-0628
nahmed@laaclu.org
mlloyd@laaclu.org
justicelab@laaclu.org

**Attorneys for Plaintiff, Alexander Clark**

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 20th day of October, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notice to counsel of record.

/s/ *Emma Douglas*
Emma Douglas

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

| | |
|---|---|
| Alexander Clark,<br><br>Plaintiff,<br>vs.<br><br>Livingston Parish Sheriff's Office;<br>Deputy Jean Hotard;<br>Deputy Calvin Taylor Bowden;<br>Sheriff Jason Ard;<br>Denham Springs Police<br>Officer Sydney McCullough;<br>Chief J. Shannon Womack; and City of<br>Denham Springs,<br><br>Defendants. | CASE NO. 22-326-JWD-RLB<br><br>JUDGE JOHN W. DEGRAVELLES<br><br>MAGISTRATE JUDGE RICHARD L. BOURGEOIS, JR. |

## **PROPOSED ORDER**

Upon consideration of Plaintiff's Motion for Leave to File Conventionally, IT IS ORDERED that Plaintiff's Motion for Leave is hereby GRANTED. Signed this_____ day of October, 2025, in Baton Rouge, Louisiana.

_____
**THE HONORABLE JOHN W. DEGRAVELLES**