

**Case Title:** Clark v. Hotard et al
**Case Number:** 3:22-cv-00326-JWD-RLB
**Lead Party:** Alexander Clark (pla1)
**Attorney Name:** Emma Douglas
**Attorney Email Address:** emma.douglas@splcenter.org

Send Me a Report of All Successful Uploads in this Case

Show Me a List of Files I Have Uploaded in This Case



Hide Instructions

***(exhibit number)-(exhibit part)_(exhibit description).(file extension)***
**Exhibit Number:** Sequential number used as the primary identifier of exhibits.
**Exhibit Part ID:** Number or letter used to identify between parts of the same exhibit. (Used when an exhibit is organized into multiple files)
**Description:** Used to describe the exhibit. (Please redact personal identifiers)

**Evidence submitted through this form is NOT used by counsel during trial or other proceedings to present evidence.** Exhibits shall be presented to the jury or the court by a laptop connection or by conventionally presenting exhibits using the electronic document camera. It is the responsibility of counsel that exhibits used during trial and all other proceedings coincide in exhibit number and image as the exhibits electronically submitted to the court and to substitute any documents that have been altered.

Pursuant to Local Civil Rule 79 and Local Criminal Rule 55, exhibits received into evidence shall remain in the custody of the offering party until appeal time has expired or resolved. Parties retaining custody shall make such exhibits available to opposing counsel for appeal preparation and are responsible for transmission of exhibits to the appellate court, if required.

# File Naming:

**(exhibit number)-(exhibit part)_(exhibit description).(file extension)**
Exhibit Number must start with a numeric value (ie. Correct value: 3-a1_Descrip.pdf / Incorrect value: D3-a1_Descrip.pdf)
Exhibit Part may be your own combination of alpha-numeric based on how many parts of a single Exhibit number you are producing (ie. 3-a1_Descrip.pdf; 3-1a_Descrip.pdf; 3-A26_Descrip.pdf)
Exhibit Description: The use of the "underscore" character is required when a description of the exhibit is included and cannot be used elsewhere in the exhibit name.

Example listing of valid exhibit file names: "1-a_photograph.jpg", "12_2009 Tax Statement.pdf", "13-a7_camera footage.wmv"

## Personal Identifiers:

Exhibits with personal identifiers should be redacted and noted as such in the exhibit description. Please see Administrative Procedures Privacy section I.K.1 for more information on personal identifiers. Ex: '3_REDACTED Bank Statement.pdf' whereas '3-a_SEALED Bank Statement.pdf' would include personal identifiers.



## Sealed Exhibits:

Exhibits submitted to the court as sealed should include SEALED in the exhibit description.

## Exhibit File Types

All electronic evidence should be provided using the following formats:

- Documents and Photographs: .pdf, .doc, .docx, .xls, .xlsx, .jpg, .bmp, .tif, .gif
- Video and Audio Recordings: .avi, .wmv, .mpg, .mp3, .mp4, .wma, .wav, .3gp

Regarding the file size of electronic evidence, individual files should not exceed 500MB. If possible, exhibits approaching or exceeding this size limit should be separated into multiple files. Note, PDF documents can often be reduced significantly in size by using tools such as Adobe's "Reduce File Size" feature. Images can be significantly reduced in file size by lowering its resolution or dimensions, usually with minimal affect to viewing quality. Videos should be separated into 10 minute clips to satisfy the 500 MB threshold.



Uploaded on: 10/20/2025 11:39:40pm

### Upload Summary for Case 3:22-cv-00326-JWD-RLB
Count: 29

18_Excerpts from Deposition Transcripts of Daniel Busken.pdf, 37.22 KB Uploaded
14_Excerpts from Deposition Transcript of Dr Mark Garon.pdf, 36.86 KB Uploaded
15_Carter Declaration and Report.pdf, 184.93 KB Uploaded
19_CLARK000537-CLARK000538 Occupational Therapy Discharge Summary March 2 2022.pdf, 313.32 KB Uploaded
23_Excerpts from Deposition Transcript of Charles Scott Courrege.pdf, 63.25 KB Uploaded
20_CLARK001168 CLARK001175 CLARK001149 CLARK000444 - Medical Records of Mr Alexander Clark.pdf, 554.
2_Excerpts from Deposition Transcript of Alexander Clark.pdf, 46.4 KB Uploaded
21_LPSO0000058 - Mr Alexander Clarks Original Traffic Citation.pdf, 791.61 KB Uploaded
1_Excerpts from Deposition Transcript of Jean Hotard.pdf, 1.36 MB Uploaded
13-1_December 23 2024 Requests for Production 22 23 and 24 Set Two to Sheriff Ard.pdf, 192.94 KB Uploaded
13-2_December 23 2024 Public Records Request to LPSO.pdf, 144.17 KB Uploaded

13-3_January 13 2025 Email Correspondence with Druit Gremillion.pdf, 437.96 KB **Uploaded**
11_LPSO0000050-LPSO0000058 - Summons and Incident Report.pdf, 8.67 MB **Uploaded**
22_Declaration Expert Report and Expert Rebuttal Report of Daniel Busken.pdf, 13.16 MB **Uploaded**
3_12021-05-2423-28-36LELLIS.avi, 21.21 MB **Uploaded**
10_20250207 Calvin Taylor Bowdens Interrogatory Responses Set Two.pdf, 171.84 KB **Uploaded**
13_Menza Decl ISO Response in Opp to LPSO MSJ.pdf, 227.17 KB **Uploaded**
16_12021-05-2423-33-00LELLIS.avi, 24.12 MB **Uploaded**
4_12021-05-2423-38-00LELLIS.avi, 21.15 MB **Uploaded**
13-4_January 30 2025 Email Correspondence with Druit Gremillion.pdf, 335.51 KB **Uploaded**
12_Declaration and Expert Report of Dr Sarah Abraham.pdf, 2.54 MB **Uploaded**
13-6_Correspondence with LPSO Counsel and Chief Legal Officer regarding RFPs 23 and 24.pdf, 402.91 KB **Uploaded**
13-7_April Public Records Requests to Livingston Parish Courthouse.pdf, 1.04 MB **Uploaded**
13-8_June 20 2025 Plaintiffs Production to Defendant LPSO.pdf, 136.61 KB **Uploaded**
13-5_February 7 2025 Defendant Livingston Parish Sheriffs Office.pdf, 7.5 MB **Uploaded**
5_12021-05-2423-43-00LELLIS.avi, 23.43 MB **Uploaded**
6_12021-05-2423-48-00LELLIS.avi, 23.27 MB **Uploaded**
17_LPSO000228-LPSO000271 Transcript of Mr Clarks Criminal Trial.pdf, 41.5 MB **Uploaded**
24_12021-05-2500-19-00CBOWDEN.avi, 20.35 MB **Uploaded**

Send Me a Report of All Successful Uploads in this Case