UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| Alexander Clark,<br><br>    Plaintiff,<br>vs.<br><br>Livingston Parish Sheriff's Office;<br>Deputy Jean Hotard;<br>Deputy Calvin Taylor Bowden;<br>Sheriff Jason Ard;<br>Denham Springs Police<br>Officer Sydney McCullough;<br>Chief J. Shannon Womack; and City of<br>Denham Springs,<br><br>    Defendants. | CASE NO. 22-326-JWD-RLB<br><br>JUDGE JOHN W. DEGRAVELLES<br><br>MAGISTRATE JUDGE RICHARD L.<br>BOURGEOIS, JR. |

## **ORDER**

Upon consideration of Plaintiff's Motion to Substitute the Proposed Pleading,

IT IS ORDERED that Plaintiff's Motion for Leave is hereby GRANTED.

Signed this  22nd  day of October, 2025, in Baton Rouge, Louisiana.

_____
THE HONORABLE JOHN W. DEGRAVELLES