UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| Alexander Clark,<br><br>Plaintiff,<br>vs.<br><br>Livingston Parish Sheriff's Office;<br>Deputy Jean Hotard;<br>Deputy Calvin Taylor Bowden;<br>Sheriff Jason Ard;<br>Denham Springs Police<br>Officer Sydney McCullough;<br>Chief J. Shannon Womack; and City of<br>Denham Springs,<br><br>Defendants. | CASE NO. 22-326-JWD-RLB<br><br>JUDGE JOHN W. DEGRAVELLES<br><br>MAGISTRATE JUDGE RICHARD L. BOURGEOIS, JR. |

## ORDER

Upon consideration of Plaintiff's Motion for Leave to File Conventionally,

IT IS ORDERED that Plaintiff's Motion for Leave is hereby GRANTED, and that the electronic evidence Plaintiff filed on October 20, 2025, are accepted by the Court and associated with the proposed pleadings in (Doc. 184).

Signed in Baton Rouge, Louisiana, on October 23, 2025.

_____
**THE HONORABLE JOHN W. DEGRAVELLES**