**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

| | |
|---|---|
| **ALEXANDER CLARK** | * **CIVIL ACTION NO: 22-cv-326-JWD-RLB** |
| | * |
| **VERSUS** | * **JUDGE: JOHN W. deGRAVELLES** |
| | * |
| **JEAN HOTARD, ET AL** | * **MAGISTRATE JUDGE: RICHARD L.** |
| | * **BOURGEOIS** |

## ORDER

Considering the Motion for Excess Pages filed by defendants, Jason Ard, Sheriff of Livingston Parish, State of Louisiana, Calvin Taylor Bowden, and Sergeant Jean Hotard:

**IT IS HEREBY ORDERED** that the motion is **GRANTED** and that defendants, Jason Ard, Sheriff of Livingston Parish, State of Louisiana, Calvin Taylor Bowden, and Sergeant Jean Hotard, are hereby granted leave to file their Reply Memorandum in Support of Motion for Summary Judgment in excess of the page limitation.

Baton Rouge, Louisiana, this __18th__ day of __November__, 2025.

_____
HONORABLE JOHNM W. DeGRAVELLES
CHIEF JUDGE, U.S. DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

1