1

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA


ALEXANDER CLARK
       CIVIL ACTION
       NO. 22-326-JWD-RLB

VERSUS
       JUDGE: J.W. DEGRAVELLES
       MAG. R. BOURGEOIS, JR.

JEAN HOTARD, ET AL



    Deposition of MARK TYSON GARON, M.D., taken on August 21, 2025, via Zoom Videoconference.

20

1    Q    I didn't have the next record.  It's
2  not extremely important.  But do you recall
3  whether or not you saw Mr. Clark four weeks
4  after this?
5    A    I don't recall -- I remember it was
6  kind of a short.  I didn't see him as many
7  times as I usually would see people from this
8  surgery.
9    Q    Doctor, the -- from what I'm
10 gathering from you, it sounds like you're
11 saying a fracture of the hook of the hamate
12 occurred in Mr. Clark's hand, which then, over
13 time, caused some type of rubbing against the
14 FDP tendon, causing it to fray and ultimately
15 rupture; is that correct?
16    A    Yeah.  I mean, those are the facts.
17 You can't really pin it down to when that
18 fracture occurred.
19    Q    Let me ask you this:  Can you say or
20 do you know -- do you have an opinion
21 regarding whether or not a fracture of the
22 hook of the hamate could be caused by
23 handcuffs being put on someone's wrist?
24    A    That has been a little bit peculiar
25 in this case.  I'm not aware of anywhere in

21

1   the literature where the act of handcuffing
2   anyone would lead to a hook of the hamate
3   fracture.  The hook of the hamate is actually
4   toward the inside of the palm and would be
5   very difficult to injure while you were
6   actually in the act of handcuffing.  It's way
7   more common to get a direct blow to the palm
8   of the hand, either from a fall or when
9   someone is gripping a baseball bat or gripping
10  a golf club, if that makes sense.  Just the
11  location of the hook of the hamate, I think it
12  would make it a little peculiar to get a
13  fracture when you're in the act of
14  handcuffing.
15      Q    I'm going to ask a similar question,
16  but just in the reverse.  Are you able to
17  render an opinion that more likely than not
18  Mr. Clark's fracture of his hook of the hamate
19  came from handcuffs being applied too tight?
20      A    Let me make sure I've got that right.
21  You're asking me if, more likely than not, the
22  handcuff caused the fracture?
23      Q    Correct.
24      A    I would say that's a false statement.
25      Q    So you would render the opinion of

                                                                22

1    the opposite, right, that more likely than not
2    handcuffing would not have caused the
3    fracture, correct?
4         A    Correct.
5         Q    Mr. Clark, obviously -- you know, in
6    the process of being handcuffed, officers
7    grabbed his hands and wrist to bring them
8    behind his back.  Would you be able to say
9    whether or not that type of movement could
10   have caused a fracture in the hook of the
11   hamate?
12             MR. LLOYD:
13                  Object to form.  Lacks
14             foundation.
15   BY MR. GREMILLION:
16        Q    You can answer.
17        A    Like I said, it usually takes -- to
18   get to the hook of the hamate, it takes a
19   direct blow to a very specific area in the
20   palm.  I think it would be unlikely to occur
21   in that situation.
22        Q    So then I'm going to ask the same
23   questions again.  You are unable to render the
24   opinion that more likely than not grabbing of
25   Mr. Clark's hands and wrists would have caused

23

1  a fracture of the hook of the hamate, correct?
2     A    Correct.
3          MR. LLOYD:
4              Objection; asked and answered.
5  BY MR. GREMILLION:
6     Q    And in fact, you would render the
7  opposite opinion.  And that is that more
8  likely than not, the grabbing of Mr. Clark's
9  hands and wrist would not have caused the
10 fracture of the hook of the hamate, correct?
11         MR. LLOYD:
12             Object to form; asked and
13         answered.
14         MR. GREMILLION:
15             You can answer.
16         THE WITNESS:
17             Correct.
18         MR. GREMILLION:
19             That's all the questions I have
20         for you, Dr. Garon.  There are two
21         other -- there are two other groups
22         of attorneys, I guess, representing
23         parties in this case; one for another
24         defendant, one for the plaintiff.
25         They may have questions for you.

```
                                                                    71
```

```
 1                    C E R T I F I C A T E
 2
 3           I, CECILIA M. MENESSES, Certified
       Court Reporter, in and for the State of
 4     Louisiana, as the officer before whom this
       testimony was taken, do hereby certify that
 5     MARK TYSON GARON, M.D.  after having been duly
       sworn by me upon authority of R.S. 37:2554,
 6     did testify as hereinbefore set forth in the
       foregoing 70 pages; that this testimony was
 7     reported by me in the stenotype reporting
       method, was prepared and transcribed by me or
 8     under my personal direction and supervision,
       and is a true and correct transcript to the
 9     best of my ability and understanding; that the
       transcript has been prepared in compliance
10     with transcript format guidelines required by
       statute or by rules of the board, that I have
11     acted in compliance with the prohibition on
       contractual relationships, as defined by
12     Louisiana Code of Civil Procedure Article 1434
       and in rules and advisory opinions of the
13     board; that I am not related to counsel or to
       the parties herein, nor am I otherwise
14     interested in the outcome of this matter.
15
16           Dated this 12th day of September, 2025
17
18
                 [signature: Cecilia M. Menesses]
19
20
                 CECILIA M. MENESSES, CCR
21               CCR #84099
                 STATE OF LOUISIANA
22
23
24
25
```