UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

ALEXANDER CLARK

                CIVIL ACTION
                NO. 22-326-JWD-RLB

VERSUS

                JUDGE J. DEGRAVELLES
                MAG. R. BOURGEOIS, JR.

JEAN HOTARD, ET AL

        Deposition of SARAH ABRAHAM, Ph.D, taken on July 22, 2025, via Zoom Videoconference.

1  years '20 or '21?
2      A   Again, I don't have any data from
3  LPSO for other years.  The reason I'm trying
4  to be clear about this is simply that the
5  survey data that I used on the demographics in
6  the area does span 2017 to 2021, so it's a
7  slightly wider range, which I bring to bear on
8  the question of what may be driving the
9  disparity observed in the LPSO data.  But I
10 would agree with you that I do not have LPSO
11 data outside of 2020 and 2021.
12     Q   Fair enough.  And with respect to
13 traffic stops -- particularly, the 112 that
14 you based Opinion 1 on -- you are not basing
15 it on all traffic stops by LPSO but only
16 traffic stops for those top four offenses,
17 right?
18     A   That's the only data I received and
19 was able to analyze.  And so those are the
20 bases of my opinions, yes.
21     Q   You did not review any information
22 that provided data for all traffic stops
23 conducted by LPSO during this time period,
24 right?
25     A   I did not receive any information on

```
 1   the other six traffic stops that I was able to
 2   analyze in this matter, so none of my opinions
 3   would be based on data that I don't have.
 4       Q    And not just those six, but any other
 5   violations, right?  We're not limited to the
 6   top ten, even.  You don't have data that shows
 7   all traffic stops that were conducted in
 8   Livingston Parish in 2020 or 2021, do you?
 9       A    I do not have data on all traffic
10   stops that were conducting in Livingston
11   Parish for any period of time.
12       Q    And you didn't review any information
13   which would data for all police reports
14   created by LPSO in that given time period,
15   either, right?
16       A    I did not receive complete data for
17   all police reports from LPSO, either, that's
18   correct.
19       Q    Let's talk about your opinions a
20   little bit.  I'm actually going to hop around
21   a little bit and talk first about the opinion
22   you rendered with respect to the
23   disproportionate rate of traffic stops and
24   police reports not being able to be explained
25   by behavioral or demographic factors.  I
```

```
 1   BY MR. GREMILLION:
 2        Q    Did you consider any other possible
 3   explanations for disparity that are not
 4   contained in your report?
 5        A    I didn't perform an analysis to make
 6   an assessment of any other candidate
 7   explanations for the disparity I identify in
 8   my report.
 9        Q    Did you consider whether the
10   offenders identified in the citations or
11   reports were all residents of Livingston
12   Parish?
13        A    I did not make any assessment on that
14   point.
15        Q    Did you consider a possibility that
16   nonresidents may make up a portion of that
17   dataset?  When I say, "Nonresidents,"
18   nonresidents of Livingston Parish.
19        A    It's possible that people from
20   outside of Livingston Parish would be driving
21   vehicles in Livingston Parish and, therefore,
22   have traffic citations in the area.  They
23   could be in the dataset.
24        Q    And that would, in fact, skew the
25   data in this case, because you were comparing
```

```
 1   it to census data in Livingston Parish.  And
 2   if your control of this dataset from the
 3   census data is limited to Livingston Parish,
 4   then citations issued to people who don't
 5   reside here would skew the data, correct?
 6              MS. MENZA:
 7                   Objection; incomplete
 8              hypothetical.  It calls for
 9              speculation.  It's vague and
10              ambiguous.
11              THE WITNESS:
12                   My analysis, itself, is fairly
13              robust because I find such a large
14              disparity and the share of the black
15              population in Livingston Parish is so
16              low.  And so these two things create
17              a significant amount of robustness,
18              where the data would have to be not
19              just slightly, but very off in order
20              to reverse my finding that there's a
21              specific disparity between the black
22              and nonblack traffic stops in police
23              reports in Livingston Parish.  It is
24              possible that a black population that
25              is very large and living outside of
```

68

```
 1              my understanding is that the choice
 2              to stop at four rather than get more
 3              citations was made before we had any
 4              information or at least certainly
 5              before I had any information about
 6              the race of these traffic stops.  So
 7              there's no series of events, as I
 8              understand them, that allows for
 9              intentionality and bias to be
10              injected into this analysis in the
11              way that you're presupposing could
12              happen.
13    BY MR. GREMILLION:
14         Q    Based on information and data you
15    were given, though, you are not rendering
16    opinion -- let's go back to Opinion Number 2.
17    You're not rendering an opinion relative to
18    all police reports generated by LPSO in this
19    time period, are you?
20         A    I do not have data to make any
21    statistical assessment on all police reports
22    generated by LPSO.
23         Q    And you agree that because you don't
24    have that data, you could not possibly render
25    that opinion, correct?
```

SOUTHERN COURT REPORTERS, INC.
(504)488-1112

1    A    Because I do not have the data, I'm
2  not able to assess a statistical opinion on
3  data I don't observe.
4    Q    Are all of your opinions that you
5  intend to render in this case contained in
6  your written report?
7    A    Sorry.  Can you repeat the question?
8  I missed the middle part.
9    Q    Are all the opinions that you intend
10 to render in this case contained within your
11 written report?
12   A    Based on information I have received
13 to date, yes.  Were I to receive updated
14 information, I would reserve the right to
15 update my report, as is appropriate.
16   Q    Fair enough.  Subject to receiving
17 additional information updating your report,
18 you do not intend to offer any opinions at
19 trial that are not contained in your report,
20 correct?
21   A    That is correct.
22        MR. GREMILLION:
23             Those are all the questions I
24        have for now.  Mr. Danna may have
25        some questions for you.  I appreciate