**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

| | |
|---|---|
| ALEXANDER CLARK,<br><br>*Plaintiff-Appellant*,<br><br>v.<br><br>JEAN HOTARD, *et al.*,<br><br>*Defendants-Appellees*. | CASE NO. 22-326-JWD-RLB<br><br>JUDGE JOHN W. DEGRAVELLES<br><br>MAGISTRATE JUDGE RICHARD L. BOURGEOIS, JR. |

## NOTICE OF APPEAL

Plaintiff ALEXANDER CLARK, by and through counsel, hereby appeals to the United States Court of Appeals for the Fifth Circuit from the Ruling and Order entered on June 11, 2026 in this action (ECF 235) (the "Judgment"); any and all adverse interlocutory orders, judgments, decrees, decisions, rulings, and opinions that merged into and became part of the Judgment, that shaped the Judgment, that are related to the Judgment, and upon which the Judgment is based including, but not limited to, Plaintiff's Motion to Strike Defendants' Affirmative Defenses (ECF 105), the Ruling and Order entered on July 29, 2024 (ECF 128); Defendants Calvin Taylor Bowden, Jean Hotard, and Jason Ard's ("LPSO Defendants") Motion to Dismiss Pursuant to Rule 12(c) (ECF 100) and the Order entered on September 30, 2024 (ECF 135) and the Ruling and Order entered on October 1, 2024 (ECF 136); and LPSO Defendants' Motion for Summary Judgment (ECF 171).

Respectfully submitted,

*/s/ Nora Ahmed*
*/s/ Malcolm C. Lloyd*

Nora Ahmed (admitted *pro hac vice*)
Malcolm C. Lloyd (La. Bar No. 41573)
ACLU Foundation of Louisiana
1340 Poydras St., Suite 2160
New Orleans, Louisiana 70112
T: (504) 522-0628
F: (504) 613-5611
E: nahmed@laaclu.org
E: mlloyd@laaclu.org

*/s/ Marjorie J. Menza*

Marjorie J. Menza (admitted *pro hac vice*)
Trial Impact Project
523 West 6th St., Ste 450
Los Angeles, CA 90014
(213) 259-2507
mmenza@trialimpact.org

*Counsel for Plaintiff Alexander Clark*

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of July 2026 a true and correct copy of the above and foregoing has this day been forwarded to all counsel of record via the Court's CM/ECF system.

*/ s/ Nora Ahmed*  
Nora Ahmed

*Counsel for Plaintiff Alexander Clark*