UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **ALEXANDER CLARK** | * | **CIVIL ACTION NO: 3:22-cv-326-JWD-RLB** |
| | * | |
| **VERSUS** | * | **JUDGE: JOHN W. DeGRAVELLES** |
| | * | |
| **JEAN HOTARD, ET AL** | * | **MAGISTRATE JUDGE: RICHARD L.** |
| | * | **BOURGEOIS** |

# REQUEST FOR ENTRY OF JUDGMENT

NOW COME defendants, Jason Ard, Sheriff of Livingston Parish, State of Louisiana, Calvin Taylor Bowden, and Sergeant Jean Hotard (the "LPSO Defendants"), who, pursuant to Fed. R. Civ. P. 58(d), respectfully request that the Court issue a final judgment in their favor and against plaintiff, dismissing all claims asserted by plaintiff, and who further show:

1.

On or about May 19, 2022, plaintiff instituted this action by filing a Complaint.[1] On December 4, 2023, an Amended Complaint was entered into the record, replacing the original Complaint.[2]

2.

The Amended Complaint asserted claims against six defendants; namely, Livingston Parish Sheriff Jason Ard, Deputy Jean Hotard, Deputy Calvin Taylor Bowden, the City of Denham Springs, Denham Springs Police Chief of Police J. Shannon Womack, and Officer Sydney McCullough.[3]

1 R. Doc. 1.
2 R. Doc. 89.
3 R. Doc. 89, ¶¶ 1, 16-20.

3.

On April 27, 2026, following a *Notice of Settlement*, the Court issued an Order of Dismissal, dismissing all claims asserted against J. Shannon Womack, City of Denham Springs and Sydney McCullough, with prejudice.[4]

4.

On September 30, 2024, the Court issued an *Order* granting in part a *Motion to Dismiss Pursuant to Rule 12(c)* filed by the LPSO Defendants, resulting in the dismissal of some, but not all, of plaintiff's claims against these defendants.[5]

5.

On June 11, 2026, the Court issued a *Ruling and Order*, granting a motion for summary judgment filed by the LPSO Defendants, thereby dismissing the remaining claims asserted against them.[6]

6.

Accordingly, all claims asserted by plaintiff against all defendants have now been dismissed, and the entry of a final judgment is appropriate pursuant to Rules 54 and 58 of the Federal Rules of Civil Procedure.

7.

In addition, Plaintiff has already filed a Notice of Appeal.[7] It is respectfully submitted that the entry of judgment is procedurally necessary for plaintiff to appeal this matter. *See* Fed. R. Civ. P. 54(a); Fed. R. App. P. 4(a).

4 R. Doc. 230.
5 R. Doc. 135.
6 R. Doc. 235. The Ruling an Order noted that "IT IS FURTHER ORDERED that judgment will be entered in this case." However, to date, no judgment has been issued.
7 R. Doc. 238.

8.

Accordingly, pursuant to Fed. R. Civ. P. 58(d), the LPSO Defendants respectfully request that judgment be entered in their favor and against plaintiff, dismissing all claims asserted by plaintiff.

WHEREFORE, Jason Ard, Sheriff of Livingston Parish, State of Louisiana, Calvin Taylor Bowden, and Sergeant Jean Hotard, pray that the Court grant this Motion and enter judgment in their favor, and against plaintiff, dismissing all claims asserted by plaintiff.

Respectfully submitted,

**LIVINGSTON PARISH SHERIFF'S OFFICE**
20300 Government Blvd.
Livingston, LA 70754
P: 225-686-2241
E: dgremillion@lpso.org

*/s/Druit G. Gremillion, Jr.*
**Druit G. Gremillion, Jr. (La. Bar Roll No. 33867)**
***Counsel for Jason Ard, Calvin Taylor Bowden, and Jean Hotard***