**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

**ALEXANDER CLARK**

**CIVIL ACTION**

**VERSUS**

**NO. 22-326-JWD-RLB**

**JEAN HOTARD, ET AL.**

## JUDGMENT

Plaintiff Alexander Clark ("Plaintiff") having settled his claims against (1) the City of Denham Springs; (2) the Denham Springs Police Chief Shannon Womack; and (3) an officer with the Denham Springs Police Department named Sydney McCullough (collectively, "DS Defendants"), (Docs. 229, 230, 232, 233); and the Court having assigned written reasons dismissing the following claims against Defendants, Jason Ard, Sheriff of Livingston Parish, State of Louisiana ("Sheriff Ard"); Deputy Calvin Taylor Bowden ("Bowden"); and Deputy Jean Hotard ("Hotard") (collectively, "LPSO Defendants"):

| Counts | Claim | Defendant(s) |
|---|---|---|
| Count One | Section 1983 (Fourth Amendment) False Arrest | Hotard and Bowden |
| Count Two | La. Civ. Code art. 2315 False Arrest | Hotard and Sheriff Ard |
| Count Three | La. Const. Art. I, § 5 & La. Civ. Code art. 2315 Excessive Force / Battery | Hotard, Bowden, and Sheriff Ard |
| Count Four | Section 1983 (Fourth Amendment) Excessive Force | Hotard and Bowden |
| Count Five | La. Civ. Code art. 2315 Negligent Handcuffing | Hotard and Sheriff Ard |
| Count Six | Section 1983 (Fourth Amendment), La. Const. Art. I, § 5, and La. Civ. Code art. 2315 | Hotard, Bowden, and Sheriff Ard |

| | | |
|---|---|---|
| | Unreasonable Search of Persons & Invasion of Privacy | |
| Count Seven | Section 1983 (Fourth Amendment) Bystander Liability | *(Omitted: against DS Defendant only)* |
| Count Eight | Section 1983 (Fourth Amendment—*Monell*) Excessive Force | Sheriff Ard |
| Count Nine | Section 1983 (Fourth Amendment—*Monell*) Failure to Investigate Excessive Force | Sheriff Ard |
| Count Ten | Section 1983 (Fourth Amendment—*Monell*) Excessive Force | *(Omitted: against DS Defendant only)* |
| Count Eleven | Section 1983 (Fourth Amendment) and La. Const. Art. I, § 3 Denial of Equal Protection | Sheriff Ard and Hotard |
| Count Twelve | 42 U.S.C. § 2000d *et seq.* (Title VI) Intentional Race Discrimination | Sheriff Ard |
| Count Thirteen | Section 1985(3) and Section 1983 (Fourteenth Amendment) Conspiracy to Violate Equal Protection | Hotard and Sheriff Ard |

Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that judgment is hereby entered in favor of LPSO Defendants and against Plaintiff.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that Plaintiff's Counts One, Two, Six, Eleven, and Thirteen are **DISMISSED WITHOUT PREJUDICE**, with leave to refile if Plaintiff's conviction is reversed, expunged, or otherwise declared invalid or called into question by federal habeas corpus. *See Cook v. City of Tyler*, 974 F.3d 537, 539–40 (5th Cir. 2020) (per curiam).

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that Plaintiff's Counts Three, Four, Five, Eight, Nine, and Twelve are **DISMISSED WITH PREJUDICE**.

Signed in Baton Rouge, Louisiana, on July 23, 2026.

**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**